AXA

Ali Rashad Muhammad©
c/o 8011 South Michigan Avenue
Chicago, Illinois Republic [60619]
Non-Domestic Non-Resident
Without the U.S.

**RECEIVED**

AUG −2 2023   Kbr

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| **LOAN STAR FUNDS** | ) |
| **Real Party In Interest** | ) |
| **plaintiff,** | ) |
|  | ) |
|  | ) **CASE NO. 20231709638** |
| **v.** | ) |
|  | ) **PE** |
|  | ) |
| **™ALI RASHAD MUHAMMAD©** | ) 1:23-cv-05060 |
| **defendant.** | ) Judge Mary M. Rowland |
|  | ) Magistrate Judge Young B. Kim |
|  | Random assignment |

## PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT

Comes now ™ALI RASHAD MUHAMMAD©, third-party intervenor with this petition to this

honorable court for removal of case number 20231709638 from the state court under 28 U.S.C. § 1446

and the Convention (Arbitration) 9 U.S.C.A. § 205 and the Federal Arbitration Act. There is in existence

a contract between the parties that any dispute or controversy that arises between the parties which reads:

"Any controversy or claim arising out of or relating to this agreement, or to the obligation due, breach
or enforcement thereof, shall be submitted to legal arbitration in the City of Chicago, Illinois. Any
award made by any majority of the arbitrators shall be final, binding, and conclusive on all parties
hereto for all purposes, and a judgment may be enforced thereon in any court having jurisdiction
thereof."

As such this petitioner has demanded arbitration and now files this petition for removal.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st
day of August 20 23.

By: Muhammad, Ali Rashad
sui juris In Propria Persona
Without Prejudice U.C.C. 1-308

**JURAT**

State of Illinois }
                 } ss.
County of Cook   }

Subscribed and sworn to or affirmed before me on this 1 day of AUGUST , 20 23
by Ali Rashad Muhammad, proved to be on the basis of satisfactory evidence to be the person(s) who
appeared before me.

Joyce E. Muhammad (seal)
Notary Public for the State of Illinois

OFFICIAL SEAL
JOYCE E MUHAMMAD
Notary Public, State of Illinois
Commission No. 898254
My Commission Expires
July 18, 2027

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | EVICTION COMPLAINT- FORECLOSURE RELATED FOR IMMEDIATE SEALING | For Court Use Only |
|---|---|---|
| Cook COUNTY | | FILED 6/30/2023 1:53 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 20231709638 Courtroom, 1302 23370187 |

**FILED DATE: 6/30/2023 1:53 PM 20231709638**

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where you will file the case. | **Plaintiff** *(For example, the landlord or owner):* CALIBER HOME LOANS, INC | |
| Enter your name as Plaintiff. | v. | System Generated Hearing Date: 8/2/2023 10:00 AM Location: Court Room 1302 Judge: Porter, Brian |
| Below "Defendants," enter the names of all the people you are trying to evict. | **Defendants** *(First, middle, last name):* Jacqueline Turner | |
| The sheriff will only evict unknown occupants if the "Unknown Occupants" box is checked. | ☑ **Unknown Occupants** *(Unknown Occupants are people living in the property whose names you do not know.)* | **20231709638** **Case Number** |
| The Circuit Clerk will add a Case Number. | | |

| In **1**, enter the address of the property. | **1.** | I have the right to possession of the following property: Address: 8011 S Michigan Ave , Chicago, IL 60619 Address, Unit #    City    State    ZIP |
|---|---|---|

| In **2a-e**, check the reason you are asking the court to evict Defendants from the property. | **2.** | Defendants unlawfully withhold possession and have no right to stay in the property because *(check all that apply):* |
|---|---|---|

    a. ☐ I ended *(terminated)* the lease for nonpayment of rent. Defendants owe rent for the
    period: _____ to _____ in the amount of $ _____ .
         Date    Date

    b. ☐ They refused to leave the property after their oral or written lease ended.

    c. ☐ I ended *(terminated)* the lease because Defendants violated the terms of their lease
    by *(explain how they violated the lease):* _____

    d. ☐ They are trespassers.
    e. ☑ They entered lawfully but have overstayed.

| In **3**, check the boxes that apply to your situation. | **3.** | I demand possession of the property and court costs. I also demand *(check all that apply):* ☐ Past due rent in the amount of $ _____ . ☐ Rent due through the date of judgment. ☐ Attorneys' fees, if allowed under the law. |
|---|---|---|

Enter the Case Number given by the Circuit Clerk: 20231709638

In **4**, check the boxes for which documents are attached. You must attach the *Demand or Notice*, including the *Affidavit of Service of a Demand or Notice.*

If your *Eviction Complaint* is based on violation of a lease provision, you must attach a copy of the lease, or relevant portions of it.

If you **do not** attach the *Demand, Notice* or lease, you should complete and attach the *Affidavit – Supporting Documents Not Attached to Eviction Complaint.*

**4.** Attached to the *Eviction Complaint* are *(check all that apply)*:

- [✔] The *Demand* or *Notice*
- [✔] *Affidavit of Service of a Demand or Notice*
- [ ] The written lease agreement
- [ ] *Affidavit – Supporting Documents Not Attached to Eviction Complaint*
- [✔] Other documents supporting the *Eviction Complaint (describe)*:  The entered Order Approving

Sale from the related foreclosure case and the Certificate of Sale or Judicial Deed issued pursuant to the foreclosure sale of the subject property

to which Plaintiff is the current holder.

- [ ] No documents are attached.

Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

/s/ Amanda Portes
*Your Signature*

Amanda Portes (ARDC 6297441)
*Print Your Name*

1 N. Dearborn St., Suite 1200
*Street Address*

Chicago, IL 60602
*City, State, ZIP*

(312) 346-9088
*Telephone*

pleadings@mccalla.com
*Email*

61256
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

FILED DATE: 6/30/2023 1:53 PM   20231709638

| Caliber Home Loans, Inc | Plaintiff(s) | |
| | VS. | |
| Jacqueline Turner and Unknown Occupants: et al; | | |
| | Defendant(s) | |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, James Anderson, depose and state as follows: I am over the age of 18, not a party to this action, and an employee of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465.

Type of Process: Notice of Intent to File Eviction Action and Demand for Possession and Notice under Illinois Law and the Protecting Tenants at Foreclosure Act of 2009

Defendant to be served: Jacqueline Turner

ADDRESS WHERE ATTEMPTED OR SERVED:    8011 South Michigan Avenue, Chicago, IL, 60619

I **SERVED** the within named defendant on:  11/1/2022 4:54 PM

## X POSTED

Additional Comments: 10/2/2022 12:52 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/22/2022 8:13 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/23/2022 9:06 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/24/2022 9:05 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/25/2022 6:33 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/26/2022 10:56 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX IL. No answer from the neighboring homes. 10/27/2022 11:14 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX IL. Neighbor at 8015 S Michigan F/AA/30's stated the home is occupied. 10/28/2022 8:13 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/30/2022 12:52 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/31/2022 9:16 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 11/1/2022 4:54 PM I wore a mask and socially distanced myself as best I could when completing this service. Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. I posted to the front door the home the Notice of Intent. Per Firefly Skip Dept, LP#XXXX - no IL results found. LP#XXXX - 2016 Dodge Journey, registered to Josephine Summerrise at 8010 S WASHTENAW AVE, CHICAGO, IL 60652-2814 COOK - plate is current.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Electronically signed by: James Anderson



11/6/2022 7:47:57 PM UTC
caaa3696-4ca1-4fa2-96aa-dcefcd63d377



879442_4124043_0_23__V4

Page 1 of 1

File Number: 22-13097IL_854054
Reference Number: 4124043
Case Number:
Client: McCalla Raymer Leibert Pierce, LLC
Doc Generated: 11/04/2022 11:37:55:600 AM

FILED DATE: 6/30/2023 1:53 PM   2023170963B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Caliber Home Loans, Inc

V.

8011 South Michigan Avenue, Chicago IL, 60619

Jacqueline Turner and Unknown
Occupants; et al;

### AFFIDAVIT OF DUE DILIGENCE IN SUPPORT
### POSTING THE NOTICE OF INTENT

I, James Anderson being first duly sworn on oath depose and state as follows:

1.      I am over the age of 18, am not a party to this action, and am an employee of Firefly Legal, Inc., a licensed private detective agency in the State of Illinois, with a License Number of 117.001465.

2.      I exercised due inquiry in attempting to serve Jacqueline Turner with the *Notice of Intent to File Eviction Action and Demand for Possession and Notice under Illinois Law and the Protecting Tenants at Foreclosure Act of 2009* (hereinafter the "Notice") as set forth below:

1. 10/2/2022 12:52 PM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
2. 10/22/2022 8:13 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
3. 10/23/2022 9:06 PM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
4. 10/24/2022 9:05 PM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
5. 10/25/2022 6:33 AM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
6. 10/26/2022 10:56 AM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX IL. No answer from the neighboring homes.
7. 10/27/2022 11:14 AM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX IL. Neighbor at 8015 S Michigan F/AA/30's stated the home is occupied.
8. 10/28/2022 8:13 PM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
9. 10/30/2022 12:52 PM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
10. 10/31/2022 9:16 AM          Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.
11. 11/1/2022 4:54 PM I wore a mask and socially distanced myself as best I could when completing this service. Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. I posted to the front door of the home the Notice of Intent. Per Firefly Skip Dept, LP#XXXX - no IL results found. LP#XXXX - 2016 Dodge Journey, registered to Josephine Summerrise at 8010 S WASHTENAW AVE, CHICAGO, IL 60652-2814 COOK - plate is current.



879442_4124043_0_202__V4

Page 1 of 2

File Number: 22-13097IL_854054
Reference Number: 4124043
Case Number:
Client: McCalla Raymer Leibert Pierce, LLC
Doc Generated: 11/04/2022 11:37:56:381 AM

FILED DATE: 6/30/2023 1:53 PM    20231709638

FILED DATE: 6/30/2023 1:53 PM    20231709638

3.    Jacqueline Turner could not be found upon diligent inquiry, nor was I able to make contact with said individual.

4.    Thereafter, the Notice was served upon Jacqueline Turner, at 8011 South Michigan Avenue, Chicago IL, 60619 by posting on 11/1/2022 4:54 PM.

5.    In addition, a copy of the Notice was mailed to Jacqueline Turner, at 8011 South Michigan Avenue, Chicago IL, 60619 on        11/06/2022        , via regular mail.

6.    Attached hereto and are photos of the of the premises:

| PHOTO # | DATE OF PHOTO |
|---------|---------------|
| 1 | 11/1/2022 4:54 PM |
|  |  |
|  |  |

7.    AFFIANT FURTHER SAYETH NAUGHT.



Electronically signed by: James Anderson

11/6/2022 7:47:57 PM UTC
caaa3696-4ca1-4fa2-96aa-dcefcd63d377

## CERTIFICATION PURSUANT TO 735 ILCS 5/1-109

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

879442_4124043_0_202__V4          Page 2 of 2

File Number: 22-13097IL_854054
Reference Number: 4124043
Case Number:
Client: McCalla Raymer Leibert Pierce, LLC
Doc Generated: 11/04/2022 11:37:56:381 AM

FILED DATE: 6/30/2023 1:53 PM   20231709638

| Caliber Home Loans, Inc | Plaintiff(s) | |
| | VS. | |

| Jacqueline Turner and Unknown Occupants; et al; | Defendant(s) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, James Anderson, depose and state as follows: I am over the age of 18, not a party to this action, and an employee of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465.

Type of Process: Notice of Intent to File Eviction Action and Demand for Possession and Notice under Illinois Law and the Protecting Tenants at Foreclosure Act of 2009

Defendant to be served: Unknown Occupants

ADDRESS WHERE ATTEMPTED OR SERVED:   8011 South Michigan Avenue, Chicago, IL, 60619

I SERVED the within named defendant on: 11/1/2022 4:54 PM

### X POSTED

Additional Comments: 10/2/2022 12:52 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/22/2022 8:13 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/23/2022 9:06 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/24/2022 9:05 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/25/2022 6:33 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/26/2022 10:56 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX. No answer from the neighboring homes. 10/27/2022 11:14 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX. Neighbor at 8015 S Michigan F/AA/30's stated the home is occupied. 10/28/2022 8:13 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/30/2022 12:52 PM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 10/31/2022 9:16 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. 11/1/2022 4:54 PM I wore a mask and socially distanced myself as best I could when completing this service. Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. I posted to the front door of the home the Notice of Intent. Per Firefly Skip Dept, LP#XXXX - no IL results found. LP#XXXX - 2016 Dodge Journey, registered to Josephine Summerrise at 8010 S WASHTENAW AVE, CHICAGO, IL 60652-2814 COOK - plate is current.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Electronically signed by: James Anderson

11/6/2022 7:49:09 PM UTC
4daa88be-4aea-41d3-96a8-4b45b5938a82



879442_4124044_0_23__V4

Page 1 of 1

File Number: 22-13097IL_854054
Reference Number: 4124044
Case Number:
Client: McCalla Raymer Leibert Pierce, LLC
Doc Generated: 11/04/2022 11:51:20:490 AM

Document ID: 4daa88be-4aea-41d3-96a8-4b45b5938a82

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Caliber Home Loans, Inc

V.

8011 South Michigan Avenue, Chicago IL, 60619

Jacqueline Turner and Unknown
Occupants; et al;

### AFFIDAVIT OF DUE DILIGENCE IN SUPPORT
### POSTING THE NOTICE OF INTENT

I, James Anderson being first duly sworn on oath depose and state as follows:

1.     I am over the age of 18, am not a party to this action, and am an employee of Firefly Legal, Inc., a licensed private detective agency in the State of Illinois, with a License Number of 117.001465.

2.     I exercised due inquiry in attempting to serve Unknown Occupants with the *Notice of Intent to File Eviction Action and Demand for Possession and Notice under Illinois Law and the Protecting Tenants at Foreclosure Act of 2009* (hereinafter the "Notice") as set forth below:

1. 10/2/2022 12:52 PM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

2. 10/22/2022 8:13 AM Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

3. 10/23/2022 9:06 PM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

4. 10/24/2022 9:05 PM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

5. 10/25/2022 6:33 AM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

6. 10/26/2022 10:56 AM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX. No answer from the neighboring homes.

7. 10/27/2022 11:14 AM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. Parked in the front Lic# XXXX. Neighbor at 8015 S Michigan F/AA/30's stated the home is occupied.

8. 10/28/2022 8:13 PM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

9. 10/30/2022 12:52 PM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

10. 10/31/2022 9:16 AM        Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes.

11. 11/1/2022 4:54 PM I wore a mask and socially distanced myself as best I could when completing this service. Blinds are closed and no lights are on inside the home. No answer at the front door of the home. No vehicles are parked in the front of the home. No answer from the neighboring homes. I posted to the front door of the home the Notice of Intent. Per Firefly Skip Dept, LP#XXXX - no IL results found. LP#XXXX - 2016 Dodge Journey, registered to Josephine Summerrise at 8010 S WASHTENAW AVE, CHICAGO, IL 60652-2814 COOK - plate is current.



879442_4124044_0_202__V4

Page 1 of 2

File Number: 22-13097IL_854054
Reference Number: 4124044
Case Number:
Client: McCalla Raymer Leibert Pierce, LLC
Doc Generated: 11/04/2022 11:51:22:100 AM

FILED DATE: 6/30/2023 1:53 PM 20231709638

Document ID: 4daa88be-4aea-41d3-96a8-4b45b5938a82

FILED DATE: 6/30/2023 1:53 PM 20231709638

3. Unknown Occupants could not be found upon diligent inquiry, nor was I able to make contact with said individual.

4. Thereafter, the Notice was served upon Unknown Occupants, at 8011 South Michigan Avenue, Chicago IL, 60619 by posting on 11/1/2022 4:54 PM.

5. In addition, a copy of the Notice was mailed to Unknown Occupants, at 8011 South Michigan Avenue, Chicago IL, 60619 on ___11/06/2022___ , via regular mail.

6. Attached hereto and are photos of the of the premises:

| PHOTO # | DATE OF PHOTO |
|---------|---------------|
| 1 | 11/1/2022 4:54 PM |
| | |
| | |

7. AFFIANT FURTHER SAYETH NAUGHT.



Electronically signed by: James Anderson

11/4/2022 7:49:09 PM UTC
4daa88be-4aea-41d3-96a8-4b45b5938a82

## CERTIFICATION PURSUANT TO 735 ILCS 5/1-109

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

879442_4124044_0_202__V4

Page 2 of 2

File Number: 22-13097IL_854054
Reference Number: 4124044
Case Number:
Client: McCalla Raymer Leibert Pierce, LLC
Doc Generated: 11/04/2022 11:51:22:100 AM

FILED DATE: 6/30/2023 1:53 PM    20231709638



File#:22-13097IL_854054 Page#:1 of 11

FILED DATE: 6/30/2023 1:53 PM 2023170963B



File#:22-13097IL_854054 Page#:2 of 11

FILED DATE: 6/30/2023 1:53 PM 20231709638



File#:22-13097IL_854054 Page#:3 of 11

FILED DATE: 6/30/2023 1:53 PM 20231709638



File#:22-13097IL_854054 Page#:4 of 11

FILED DATE: 6/30/2023 1:53 PM 20231709638



File#:22-13097IL_854054 Page#:5 of 11

FILED DATE: 6/30/2023 1:53 PM    20231709638



FILED DATE: 6/30/2023 1:53 PM   2023L709638



FILED DATE: 6/30/2023 1:53 PM   2023170963B

File#:22-13097IL_854054 Page#:8 of 11



FILED DATE: 6/30/2023 1:53 PM 2023170638



File#:22-13097IL_854054 Page#:9 of 11

FILED DATE: 6/30/2023 1:53 PM 2023170963B



File#:22-13097IL_854054 Page#:10 of 11

FILED DATE: 6/30/2023 1:53 PM 2023 1709638



File#:22-13097IL_854054 Page#:11 of 11

Calendar Number 60

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

Caliber Home Loans, Inc
PLAINTIFF

No. 2019CH10665

Vs.

Ali R. Muhammad; United States of America; Unknown
Owners and Nonrecord Claimants
DEFENDANTS

8011 S Michigan Ave
Chicago, IL 60619

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's Motion for the entry of an Order Approving the Report of sale and Distribution, Confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT FORTY-THREE (EXCEPT THE SOUTH SIXTEEN AND TWO THIRDS FEET THEREOF) AND ALL OF LOT FORTY-FOUR IN WOLFF'S SUBDIVISION OF BLOCK NINE IN WEBSTER'S SUBDIVISION OF THE NORTHWEST QUARTER OF SECTION THIRTY-FOUR, TOWNSHIP THIRTY-EIGHT NORTH, RANGE FOURTEEN, EAST OF THE THIRD PRINCIPAL MERIDIAN.

Commonly known as: 8011 S Michigan Ave, Chicago, IL 60619

Property Index Number: 20-34-108-005-0000

Due notice of sale motions having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) have been properly given;

That the sale was fairly and properly made;

That The Judicial Sales Corporation, hereinafter sales officer, has in every respect proceeded in accordance with the terms of this Court's Judgment and;

That the real property described herein, which is the subject matter of the instant proceedings, is a Single Family Home;

That the real property described herein was last inspected by movant, its insurers, investors, or agents, on 06/27/2022;

FILED DATE: 6/30/2023 1:53 PM   20231709638

FILED DATE: 6/30/2023 1:53 PM   20231709638

That the holder of the Certificate of Sale or the person to whom the deed will be issued can be contacted through, C/O SPOC Department 3701 Regent Blvd
Irving, TX 75063
REO@CaliberHomeLoans.com, (800) 401-6587

That justice was done.

**IT IS THEREFORE ORDERED:**

1. The sale of the premises involved herein and the Report of Sale and Distribution filed by the Sales Officer are hereby approved, ratified and confirmed;

2. That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution.

3. That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

4. That there shall be an IN REM deficiency Judgment entered in the sum of $82,537.18 with interest thereon by statute provided, against the subject property;

5. That any Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

   735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the holder of the certificate of sale and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver a deed sufficient to convey title to the holder of the certificate of sale pursuant to the findings of this Court as set forth above;

**IT IS FURTHER ORDERED:**

That the deed to be issued hereunder is a transaction subject to the Real Property Transfer Tax laws of the State of Illinois, 35 ILCS 200/31-1, *et seq*. Nothing in this Order Approving Sale shall be deemed to have an effect on the transfer exemption provisions set forth in county and local municipality transfer tax laws

That the successful bidder, any insurers, investors, and agents of the Plaintiff, are entitled to and shall have possession of the subject property as of a date 30 days (         ) after entry of this order against Ali R. Muhammad; United States of America, without further Order of the Court, as provided in 735 ILCS 5/15-1701, unless prohibited by law;

That the Sheriff of Cook County is directed to evict and dispossess:

Ali R. Muhammad at the subject property commonly known as:

8011 S Michigan Ave
Chicago, IL 60619

FILED DATE: 6/30/2023 1:53 PM 20231709638

30 days after entry of this order, unless prohibited by law.

No occupants other than the individuals named in this Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

ENTER: _____

Judge

DATED: _____ 9 - 9 . 2 2 _____

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-08322

312-603-3894 and ccc.mfmlcalendar60@cookcountyil.gov

**ENTERED**
Judge William B. Sullivan-2142

**SEP 09 2022**

**IRIS Y. MARTINEZ**
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

3

FILED DATE: 6/30/2023 1:53 PM 20231709638

## FORECLOSURE SALE DEED

THE GRANTOR, The Judicial Sales Corporation, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of an Order Appointing Selling Officer and a Judgment entered in the Circuit Court of Cook County, Illinois, on May 2, 2022, in Case No. 2019 CH 10665, entitled CALIBER HOME LOANS, INC vs. ALI R. MUHAMMAD, et al, and pursuant to which the premises hereinafter

Doc#. 2227728358 Fee: $98.00
Karen A. Yarbrough
Cook County Clerk
Date: 10/04/2022 04:12 PM Pg: 1 of 3

Dec ID 20220901645740

City Stamp 0-911-183-440

described were sold at public sale pursuant to notice given in compliance with 735 ILCS 5/15-1507(c) by said grantor on August 4, 2022, does hereby grant, transfer, and convey to **CALIBER HOME LOANS, INC** the following described real estate situated in the County of Cook, in the State of Illinois, to have and to hold forever:

**LOT FORTY-THREE (EXCEPT THE SOUTH SIXTEEN AND TWO THIRDS FEET THEREOF) AND ALL OF LOT FORTY-FOUR IN WOLFF'S SUBDIVISION OF BLOCK NINE IN WEBSTER'S SUBDIVISION OF THE NORTHWEST QUARTER OF SECTION THIRTY-FOUR, TOWNSHIP THIRTY-EIGHT NORTH, RANGE FOURTEEN, EAST OF THE THIRD PRINCIPAL MERIDIAN.**

Commonly known as 8011 S MICHIGAN AVE, CHICAGO, IL 60619

Property Index No. 20-34-108-005-0000

Grantor has caused its name to be signed to those present by its President and CEO on this 19th day of September, 2022.

**The Judicial Sales Corporation**

By _Pamela Murphy-Boylan_

Pamela Murphy-Boylan
President and Chief Executive Officer

State of IL, County of COOK ss, I, Heidi Sepulveda, a Notary Public, in and for the County and State aforesaid, do hereby certify that Pamela Murphy-Boylan, personally known to me to be the President and CEO of The Judicial Sales Corporation, appeared before me this day in person and acknowledged that as such President and CEO he/she signed and delivered the said Deed pursuant to authority given by the Board of Directors of said corporation, as his/her free and voluntary act, and as the free and voluntary act and Deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and seal on this

19th day of September, 2022

_Heidi Sepulveda_
Notary Public

**OFFICIAL SEAL
HEIDI SEPULVEDA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/14/2026**

Page 1 of 2

Case # 2019 CH 10665

FILED DATE: 6/30/2023 1:53 PM    20231709638

## JUDICIAL SALE DEED

Property Address: 8011 S MICHIGAN AVE, CHICAGO, IL 60619

This Deed was prepared by August R. Butera, The Judicial Sales Corporation, One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650.

Exempt under provision of Paragraph ___L___ Section 31-45 of the Real Estate Transfer Tax Law (35 ILCS 200/31-45).

9-21-22
Date

Buyer, Seller or Representative

Daniel C. Walters
ARDC # 6270792

Grantor's Name and Address:
   THE Judicial SALES CORPORATION
   One South Wacker Drive, 24th Floor
   Chicago, Illinois 60606-4650
   (312)236-SALE

Grantee's Name and Address and mail tax bills to:
   CALIBER HOME LOANS, INC
   13801 WIRELESS WAY
   OKLAHOMA CITY, OK 73134

Contact Name and Address:

| | |
|---|---|
| Contact: | C/O SPOC DEPARTMENT |
| Address: | 3701 REGENT BLVD IRVING, TX 75063 |
| Telephone: | (800) 401-6587 |
| Email: | REO@CaliberHomeLoans.com |

Mail To:
M. Moses
CODILIS & ASSOCIATES, P.C.
Matthew Moses, ARDC #6278082
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL, 60527
Att No. 21762
File No. 14-19-08322

REAL ESTATE TRANSFER TAX

03-Oct-2022

| | |
|---|---|
| CHICAGO: | 0.00 |
| CTA: | 0.00 |
| TOTAL: | 0.00 * |

20-34-108-005-0000 | 20220901645740 | 0-911-183-440

* Total does not include any applicable penalty or interest due.

FILED DATE: 6/30/2023 1:53 PM   20231709638

**File # 14-19-08322**

## STATEMENT BY GRANTOR AND GRANTEE

The Grantor or his agent affirms that, to the best of his knowledge, the name of the Grantee shown on the Deed of Assignment of Beneficial Interest in land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated _____September 21, 2022_____

Signature: _____

Grantor or Agent

Subscribed and sworn to before me
By the said _____Agent_____
Date _____9/21/2022_____
Notary Public_____

OFFICIAL SEAL
RHONDA WEINS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/02/2026

**Daniel C. Walters**
**ARDC # 6270792**

The Grantee or his Agent affirms and verifies that the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated _____September 21, 2022_____

Signature: _____

Grantee or Agent

Subscribed and sworn to before me
By the said _____Agent_____
Date _____9/21/2022_____
Notary Public_____

OFFICIAL SEAL
RHONDA WEINS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/02/2026

**Daniel C. Walters**
**ARDC # 6270792**

Note: Any person who knowingly submits a false statement concerning the identity of Grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to Deed or ABI to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

No. 1-22-0857

# In the Appellate Court of Illinois
## First Judicial District

CALIBER HOME LOANS, INC.,

*Plaintiff- Appellee,*

v.

ALI RASHAD MUHAMMAD,

*Defendant- Appellant.*

## NOTICE OF FILING

TO:

ALI RASHAD MUHAMMAD
8011 S. MICHIGAN AVE.
CHICAGO, IL 60619
ALIRASHAD.MUHAMMAD@GMAIL.COM

On October 14, 2022, I caused to be electronically filed via the Odyssey electronic filing system with the Clerk of the Appellate Court of Illinois, First Judicial District, the attached APPEARANCE on behalf of CALIBER HOME LOANS, INC.

Simon Fleischmann
sfleischmann@lockelord.com
Brian D. Nevel
Brian.nevel@lockelord.com
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL 60606
Phone: 312-443-0700
Fax: 312-443-0336

/s/   Brian D. Nevel
Attorney for Plaintiff-Appellee

## PROOF OF SERVICE

I certify that everything in the Proof of Service is true and correct. I understand that a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct.

The undersigned certifies, deposes and says upon oath that the undersigned caused to be served the above Notice, together with true and accurate copies of the above stated instruments which was filed and served via the Odyssey electronic filing system upon the above-named parties at said addresses on October 14, 2022 and via email on October 14, 2022.

/s/   Brian D. Nevel
Attorney for Plaintiff-Appellee

E-FILED
Transaction ID: 1-22-0857
File Date: 10/14/2022 9:44 AM
Thomas D. Palella
Clerk of the Appellate Court
APPELLATE COURT 1ST DISTRICT

No. 1-22-0857

# In the

# Appellate Court of the State of Illinois

### For the First Judicial District

### CALIBER HOME LOANS, INC.,

*Plaintiff- Appellee,*

v.

### ALI RASHAD MUHAMMAD,

*Defendant-Appellant.*

On Appeal from the Circuit Court of Cook County, Illinois
Case No. 2019 CH 10665
The Honorable William B. Sullivan, Judge Presiding

### APPEARANCE

The undersigned, as attorney, hereby enters an appearance on behalf of Plaintiff-Appellee, CALIBER HOME LOANS, INC.

Simon Fleischmann
sfleischmann@lockelord.com
Brian D. Nevel
Brian.nevel@lockelord.com
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL 60606
Phone: 312-443-0700
Fax: 312-443-0336

Respectfully submitted,

CALIBER HOME LOANS, INC.

By: /s/ Brian D. Nevel
One of Plaintiff-Appellee's Attorneys

Registered Mail No. RE 219 825 949 US

To: William P.Barr dba U.S. ATTORNEY GENERAL, and all successors and assigns (or other public officia.

)

)

)

I, Muhammad, Ali Rashad, beneficial owner of MUHAMMAD, ALI RASHAD dba ALI RASHAD

MUHAMMAD, hereby and forever, state, claim and declare I am not nor have I ever been a

U.S. Citizen or U.S. National.

Let it be known by all immigration clerks and the Secretaries of State for now, and forever I am

Not nor will ever be a U.S. Citizen or U.S. National. You have three (3) days to bring forth your

Proof that I am.

I declare under penalty of perjury under the laws of the United States of America, the foregoing

Is true and correct.

Executed on ___JuLY 21, 2020___    By: _Muhammad, Ali-Rashad ©_   without Prejudice UCC 1-308

Muhammad, Ali Rashad
**without the United States**

## JURAT

> A notary public or other officer completing this certificate verifies only the identify of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

State of Illinois          }
                           } ss.
County of Cook             }

Subscribed and sworn to (affirmed) before me on this _21_ day of _July_ _____ 20_20_ by
_Ali Rashad Muhammad_ .

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared to me.

Signature _Joyce E. Muhammad_
        Notary Public in Illinois

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

Without prejudice
Muhammad Ali Rashad ©

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/23

Notice of Rescission |revocation| of Signatures

FILED
9/9/2020 3:23 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

Principal Secured Party Creditor Name— All Rashad: Muhammad©,

GRANTOR/SOLE BENEFICIARY/HOLDER IN DUE COURSE and Authorized Rep. for/of388592
ALI RASHAD MUHAMMAD©, DoB 05.19.1972

c/o Ali Rashad: Muhammad ©                                          address 8011 S. Michigan Ave
Chicago, Illinois Republic [60619-9999]

ALL VENDORS/ALL GOVERNMENT ENTITIES, REAL, QUASI AND OTHERWISE, ALL TRADED AS
PRIVATE & PUBLIC CORPORATIONS. ALL ENTITIES THE PAST, CURRENT AND FUTURE.

Respondents **U.S. Attorney General William Barr** & ALL others to whom it may concern

RE: RESCISSION OF SIGNATURES / WAIVER OF BENEFITS/PRIVILEGES / DISSOLUTION OF ALL
ADHESION/UNILATERAL CONTRACTS / REVOCATION OF POWER(S) OF ATTORNEY IMPLIED AND/OR
EXPRESSED, REVOCATION OF ALL TRUSTS/CONTRACTS IMPLIED AND/OR EXPRESSED INCLUDING ALL
INITIALS, MARKS, ETC ON ALL CONTRACTS FOR CAUSE 12 CFR 226.23 ALSO TILA 226.23 APP'X.

SWORN DECLARATION UNDER PENALTY OF PERJURY - ACTUAL AND CONSTRUCTIVE NOTICE -
SELF-EXECUTING RESCISSION OF ALL SIGNATURES, WAIVER OF BENEFITS & PRIVILEGES,
DISSOLUTION OF ADHESION/UNILATERAL, ALL CONTRACTS, REVOCATION OF POWER(S) OF
ATTORNEY, REVOCATION OF ALL TRUSTS/CONTRACTS.

Attention,
NOTICE TO ALL VENDORS PUBLIC & PRIVATE CORPORATIONS & GOVERNMENT AGENCIES:

I, Ali Rashad: Muhammad© , THE GRANTOR/CREATOR of all Trusts/Contracts, a living man on the
land until proven otherwise, do hereby rescind for cause of failure to disclose risks, perils,
responsibilities, lack of valuable consideration, as well as non-disclosure of material facts including, but
not limited to the fact that the "Borrower/Trustee in Error," THE STRAW MAN – ALI RASHAD
MUHAMMAD© by and through the undersigned's signature, created the energy for the credit used to
fund all loans, taxes, services, CITY/COUNTY/STATE/ FOREIGN PRINCIPALS and subsequent fraudulent
pilferage/obtainage, all signatures executed in my natural and representative capacities without
exception on any and all offers, trusts, documents, instruments, process and contracts between 19th
19th day, 1972 through the date of this Actual and Constructive Notice through to the date of my
natural death, issued to me or legal fiction, THE STRAW MAN – ALI RASHAD MUHAMMAD©, in all
matters with the exception of any/all signatures executed for the purpose of Accepting for Value any
such offers, documents, instruments, process actions and/or proceedings. All such contracts, offers,
documents, instruments, process, actions and or proceedings are hereby ACCEPTED FOR VALUE and/or
RETURNED FOR FULL CREDIT, by notice all such acceptance signatures whether expressed or implied
remain in full force and effect.

All unconscionable contracts/trusts are subject to rescission under the common law for failure to make
the proper disclosures in order to constitute an acceptance, where there is no meeting of the minds
there is no contract as required by §226.23(b) (1) regarding notice of right to rescind as set forth in re

FILED DATE: 9/9/2020 3:23 PM    2019CH10665

Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002); Banker. Lexis 759. The UCC addresses unconscionable in UCC §2-302.

I further waive and reject any and all benefits and/or privileges expressed, implied or otherwise arising from any such signatures, all resulting contracts, agreements or trusts resulting from force, under threat of being denied access to One's own credit among others, involuntary servitude and peonage by adhesion contract, committed against myself. Further, these adhesion contracts and any and all powers of attorney, contracts and all trusts whether expressed, implied or otherwise are hereby revoked, terminated, canceled nunc pro tunc from _____ to 100 years from today's date.

## SWORN UNDER PENALTY OF PERJURY DECLARATION

I hereby Declare & Swear that I did not in the past, do not now or in the future intend and never do intend to purposely or otherwise avail myself or be held in economic and/or involuntary servitude, peonage, slavery, benefits, privileges, titles of nobility, Trusteeship and/or opportunities offered.

SWORN DECLARATION OF GRANTOR STATUS CLAIM OF SOLE BENEFICIARYSHIP OF ALL TRUSTS

I, _____ of the house of _____, herein "Affiant", the undersigned, being of sound mind and under no duress, being over the age of 18, do hereby certify, attest, affirm, Swear under Penalty of perjury and Declare that the following facts are true and correct, to wit:

1. As it has been declared and established by previous rescission of signature/ revocation of POA's (i.e. all grants of Power of Attorney) and Trusts public records doc #112-76222458, I, Ali Rashad: of the house of Muhammad, am the GRANTOR/TRUSTOR/ SETTLOR/SOLE BENEFICIARY OF THE CESTUI QUE TRUST, commonly known as _____, I hereby declare, express and claim my GRANTOR status of CESTUI QUE TRUST & all TRUSTS encompassing and self-executing.

2. Therefore, as all trusts/contracts are derivations of the afore-mentioned master CESTUI QUE TRUSTS, OF WHICH I AM GRANTOR, Affiant asserts this Declaration. I, _____ of the house of _____; am the GRANTOR/TRUSTOR /SETTLOR/SOLE BENEFICIARY of the CESTUI QUE TRUST and all trusts that sprang forth out of the original Trust and any/all Trusts created by me or created unbeknownst to me. As GRANTOR, I appoint myself Sole Beneficiary of all Trusts, As the GRANTOR/ CREATOR and Sole Beneficiary, I will be appointing Trustees as, if and when I see fit. Orders I give, the Trustees I appoint will follow my orders to the letter, period.

3. There has been no other claimant known to Affiant, there never will be any other claimant for the GRANTORSHIP, TRUSTORSHIP/ SETTLORSHIP/ SOLE BENEFICIARYSHIP OF MY CESTUI QUE TRUST therefore I DEMAND all escrow (not services) be closed, assets liquidated and returned to me, the Grantor/Creator Settler/Sole Beneficiary & Holder in Due Course, immediately.

I now affix my autograph & seal to these Sworn under Penalty of Perjury Declarations, Rescissions of Signatures, Revocations of POA's & Revocations of all Trusts/Contracts.

Without Prejudice, All Rights Reserved,
UCC 1-308

FILED DATE: 9/9/2020 3:23 PM  2019CH10665

**By: Principal Secured Party Creditor Name** Ali Rashad Muhammad©, **GRANTOR, Auth Rep.**
**Holder in due course for ALI RASHAD MUHAMMAD©,** DoB 05.19.1972

*I declare under the laws of the United States of America that the foregoing is true and correct.*
*Executed on this* 21 *Day of* July 2020 *without prejudice ucc 1-308*

By: Muhammad, Ali. Rashad ©

*As: Grantor of ALI RASHAD MUHAMMAD© TRUST(sui juris)*

State of Illinois    )
                     )ss.
County of Cook       )

## JURAT

Subscribed and sworn to (or affirmed) before me on this ___ day of ___
2020, by _____ , and _____ who
proved to me on the basis of satisfactory evidence to be the person(s) who
appeared before me.

Notary (seal)                    Notary Signature _____

```
OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23
```

## AFFIDAVIT OF MAILING

State of Illinois     )

                        )    ss.

County of Cook     )

I am over 18 years of age and not a party to this within action; my business address is:

    Joyce E. Muhammad
    C/O 8011 S. Michigan Ave
    Chicago, IL 60619

On the 21st day of July, 2020 I mailed one copy of the following:

- NOTICE OF RESCISSION    dated July 21, 2020, THREE (3) pages in length.
- DENIAL OF U.S. CITIZENSHIP AFFIDAVIT    dated July 21, 2020, ONE (1) page in length.

A total of FOUR (4) pages mailed herewith, including all attachments (not including this Affidavit of Mailing) by United State Post Office Registered Mail, Article No. RE 219 825 949 US, Restricted Delivery, Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to:

    WILLIAM BARR – U.S. ATTORNEY GENERAL
    U.S. Dept. OF Justice
    950 PENNSYLVANIA AVE, NW
    WASHINGTON, D.C. 20530-0001

I declare under penalty of perjury under the laws of the State of Illinois that the above is true, correct, and complete, and that this Affidavit of Service was executed on JULY 21, 2020 at Chicago, Illinois.

NOTARY PUBLIC
NOTARY PUBLIC IN AND FOR SAID STATE OF ILLINOIS
MY COMMISSION EXPIRES July 18, 2023

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

# EXPLANATORY STATEMENT
# AFFIDAVIT

## WITH THIS NOTICE IS MY FIRST-HAND KNOWLEDGE OF THE FACTS AS STATED HEREIN AND ARE SWORN AS THE TRUTH ACCORDING TO MY FIRST-HAND KNOWLEDGE.

Maxims:

All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgment in commerce.

Guaranteed-- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.

**I, Ali Rashad Muhammad an Illinoisan being duly sworn, hereby declare my intention to be a National but not a citizen of the United States. A living man on the land born outside the United States and its outlying possessions of parents both of whom are alien. Furthermore, I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crime statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.**

Date: 12/27/19

By: _Ali Rashad Muhammad_
Ali Rashad Muhammad
c/o 8011 S Michigan Ave
Chicago, Illinois state [60619]
without the united states

## JURAT

Illinois state          )
                        ) SS:
County of Cook          )

On the 27 day of DECEMBER , 2019 before me, _Joyce E Muhammad_ , personally appeared _Ali Rashad Muhammad_ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument and acknowledge to me that he is the person that executed this instrument this affidavit attested to under PENALTIES OF BEARING FALSE WITNESS under the laws of the Illinois state that the foregoing paragraph is true and correct.
**WITNESS by my hand and official seal.**

_Joyce E Muhammad_          **SEAL**
**Signature of Notary Public**

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

No. 1-22-0857

IN THE
APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC. | ) | Appeal from the |
| | ) | Circuit Court of |
| Plaintiff-Appellee, | ) | Cook County. |
| | ) | |
| v. | ) | No. 2019 CH 10665 |
| | ) | |
| ALI RASHAD MUHAMMAD, | ) | Honorable |
| | ) | William B. Sullivan, |
| Defendant-Appellant. | ) | Judge Presiding. |

### O R D E R

Presiding Justice Mikva, Justice C.A. Walker, and Justice Oden Johnson order as follows:

This cause coming to be heard on plaintiff-appellee's motion to dismiss this appeal and for an award of sanctions pursuant to Illinois Supreme Court Rule 375(b) (eff. Feb. 1, 1994) and on defendant-appellant's motion to strike plaintiff's motion;

IT IS HEREBY ORDERED: defendant-appellant's motion to strike is DENIED; plaintiff-appellee's motion to dismiss this appeal for lack of appellate jurisdiction is GRANTED; and plaintiff-appellee's motion for sanctions is DENIED.

**ORDER ENTERED**

FEB 2 4 2023

**APPELLATE COURT FIRST DISTRICT**

# AFFIDAVIT OF TRUTH

Be it known to all courts, governments, and other parties, that I, ___Ali-Rashad: Muhammad_, am a natural, freeborn Sovereign, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

My authority for this statement is the same as it is for all free Sovereigns everywhere: the age-old, timeless, and universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign Individual.

I am not a "person" when such term is defined in statutes of the United States or statutes of the several states when such definition includes artificial entities. I refuse to be treated as a federally or state created entity which is only capable of exercising certain rights, privileges, or immunities as specifically granted by federal or state governments.

I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status.

Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime; and am therefore not subject to any penalty.

I act in accordance with the following U.S. Supreme Court case:

"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

Thus, be it known to all, that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer," and voluntary consent without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, ab initio.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntarily whereby I have waived any of my natural common law rights, and, as such, **Take Notice** that I revoke, cancel, and make void ab initio my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any federal or state government authority, venue, or jurisdiction over me.

This position is in accordance with the U.S. Supreme Court decision of **Brady v. U.S.**, 379 U.S. 742 at 748 (1970):

"Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

Typical examples of such compelled and pretended "benefits" are:

1. **The use of Federal Reserve Notes to discharge my debts.** I have used these only because in America, there is no other widely recognized currency.

2. **The use of a bank account, with my signature on the bank signature card.** If there is any hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I can be obligated to fulfill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent.

   Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the Federal Reserve system. In general, people have been prevented from issuing their own currencies, and such prevention is in violation of the United States Constitution. Were there an alternative, I would be happy to use it. To not use any bank at all is impossible or very difficult, as everyone knows, in today's marketplace.

3. **The use of a Social Security number.** The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is *not* because I wish to participate in the Social Security system, as I don't wish to participate. Let it be known that I use the Social Security number assigned to me *for information only*.

4. **The use of a driver's license.** As a free Sovereign, there is no legal requirement for me to have such a license for travelling in my car. Technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to be without a license, it is likely I would be ticketed and fined or obligated to appear in court. Therefore, under duress, I carry a license to avoid extreme inconvenience.

5. **State plates on my car.** Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle," which is used for commercial purposes, nevertheless, I have registered it with the state and carry the state plates on it, because to have any other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6. **Past tax returns filed.** Any tax returns I may have filed in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the Internal Revenue Service (IRS) and the local assessors' offices; not because there is any law requiring me to do so. Once I discovered that the IRS and other tax agencies have been misinforming the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns were filed under Threat, Duress, and Coercion (TDC), and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of returns or payments that created any valid contract. Therefore, no legal obligation on my part was ever created.

7. **Birth Certificate.** The fact that a birth certificate was granted to me by a local hospital or government agency when I entered this world, is irrelevant to my Sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any legal meaning, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

8. **Marriage license.** The acquisition of a marriage license is now being revealed as being necessary only for slaves. The act of a Sovereign such as myself obtaining such a license, through social custom and ignorance of law, has no legal effect in changing my status. This is because any such change in status, if any may be supposed to occur, could happen only through a hidden and unrevealed contract or statute. Since no hidden, unrevealed, and undisclosed information, if it exists, can be lawfully held to be binding, it is null and void.

9. **Children in public school.** The attendance of my children in government-supported "public" schools or government-controlled "private" schools does not create any legal tax obligation for me, nor any other legal obligation, because I never signed a contract agreeing to such obligation for the supposed "privilege" of public school attendance.

If any of my children have attended government supported "public" or controlled "private" schools, such was done under duress and not out of free will. Be it known that I regard "compulsory state education" as a violation of the Thirteenth Amendment to the U.S. Constitution, which states in relevant part:

> "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

10. **Declaration of Citizenship.** Any document I may have ever signed, in which I answered "yes" to the question, "Are you a U.S. citizen?" - cannot be used to compromise my status as a Sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract.

I am not a "United States" citizen subject to its jurisdiction. The United States is an entity created by the U.S. Constitution with jurisdiction as described on the following pages of this Affidavit. I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate municipal body politic created under the authority of the U.S. Constitution. I am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers, or agents deriving their authority therefrom. Further, I am not a subject of the Administrative and Legislative Article IV Courts of the several states, or Article I Courts of the United States, or bound by precedents of such courts, deriving their jurisdiction from said authorities. **Take Notice** that I hereby revoke, cancel, and make void ab initio any such instrument or any presumed election made by any of the several states or the United States government or any agency or department thereof, that I am or ever have voluntary elected to be treated as a United States citizen subject to its jurisdiction or a resident of any territory, possession, instrumentality or enclave under the sovereignty or exclusive jurisdiction of any of the several states or of the United States as defined in the U.S. Constitution in Article I, Section 8, Clause 17 and Article IV, Section 3, Clause 2.

11. **Past voter registration.** Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I feel affect all of society; NOT because I need anyone to rule over me. On the contrary - I have used the voting process only to instruct *my public servants* what a Citizen and Sovereign would like done.

12. **Use of the 2-letter state code and zip code.** My use of the 2-letter state code and zip code in my "address," which is secretly codified to indicate United States "federal zone" jurisdiction, has no effect whatsoever on my Sovereign status. Simply by receiving or sending "mail" through a quasi-federal messenger service, the postal service, at a location indicated with a 2-letter state code and zip code, cannot place me under federal jurisdiction or obligation. Such a presumption would be ludicrous.

I use these codes only for the purposes of information and making it more efficacious for the U.S. Postal Service to deliver my mail.

13. **Use of semantics.** There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean I

accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in the law books different from the common usage, there can be no effect whatsoever on my Sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in common dictionary that prevails, because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my common law rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better alternatives become available, practical, and widely recognized.

## FEDERAL JURISDICTION

It is further relevant to this Affidavit that any violation of my Rights, Freedom, or Property by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

"The Congress shall have the power . . . To exercise exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And - To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers..." [emphasis added]

*and* Article IV, Section 3, Clause 2:

"The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

The definition of the "United States" being used here, then, is limited to its **territories**:

1) The District of Columbia        6) Northern Mariana Islands
2) Commonwealth of Puerto Rico     7) Trust Territory of the Pacific Islands

3) U.S. Virgin Islands      8) Military bases within the several states

4) Guam      9) Federal agencies within the several states

5) American Samoa

It does **not** include the several states **themselves**, as is confirmed by the following cites:

"We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." Slaughter House Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

"THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec**. §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

This is further confirmed by the following quote from the Internal Revenue Service:

Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa." - Internal Revenue Code Section 312(e).

In **legal** terminology, the word **"includes"** means **"is limited to."**

When referring to this "District" United States, the Internal Revenue Code uses the term **"WITHIN"** the United States. When referring to the several States, the Internal Revenue Code uses the term **"WITHOUT"** the United States.

Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few federal territory areas above indicated. For example, in two Supreme Court cases, it was decided:

"The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government," **Caha v. United States**, 152 U.S., at 215.

"We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Alabama or any of the new States were formed..."

"[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

"Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law," **Pollard v. Hagan**, 44 U.S. 221, 223, 228, 229.

Likewise, Title 18 of the United States Code at §7 specifies that the "territorial jurisdiction" of the United States extends only **outside** the boundaries of lands belonging to any of the several States.

**Therefore**, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without my fully informed and uncoerced consent, likewise, no federal statutes or regulations apply to me or have any jurisdiction over me. I hereby affirm that I do not reside or

work in any federal territory of the "District" United States, and that therefore no U.S. federal government statutes or regulations have any authority over me.

## POWERS AND CONTRACTUAL OBLIGATIONS OF
## UNITED STATES AND STATE GOVERNMENT OFFICIALS

All United States and State government officials are hereby put on notice that I expect them to have recorded valid Oaths of Office in accordance with the U.S. Constitution, Article VI:

"The Senators and Representatives before mentioned, and the members of the several State Legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution..."

I understand that by their Oaths of Office all U.S. and State government officials are contractually bound by the U.S. Constitution as formulated by its framers, and not as "interpreted," subverted, or corrupted by the U.S. Supreme Court or other courts.

According to the Ninth Amendment to the U.S. Constitution:

"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."

and the Tenth Amendment to the U.S. Constitution:

"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

Thus, my understanding from these Amendments is that the powers of all U.S. and State government officials are limited to those specifically granted by the U.S. Constitution.

I further understand that any laws, statutes, ordinances, regulations, rules, and procedures contrary to the U.S. Constitution, as written by its framers, are null and void, as expressed in the Sixteenth American Jurisprudence Second Edition, Section 177:

"The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows:

'The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted.'

'Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it...'

'A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby.'

'No one is bound to obey an unconstitutional law and no courts are bound to enforce it.'" [emphasis added]

and as expressed once again in the U.S. Constitution, Article VI:

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

All U.S. and State government officials are therefore hereby put on notice that any violations of their contractual obligations to act in accordance with their U.S. Constitution, may result in prosecution to the full extent of the law, as well as the application of all available legal remedies to recover damages suffered by any parties damaged by any actions of U.S. and State government officials in violation of the U.S. Constitution.

## REVOCATION OF POWER OF ATTORNEY

Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to the Social Security number assigned to me, __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__ as it pertains to my birth certificate, marriage or business license, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute legal owner and possess allodial title to any and all such property.

**Take Notice** that I also revoke, cancel, and make void ab initio all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does NOT grant any jurisdiction to anyone.

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,
(PRINT NAME BELOW)

_Ali RobiMuhammad_ .

Principal, by Special Appearance, Sovereign Personam, in Propria Persona, proceeding Sui Juris.

My Hand and Mark as Subscriber (SIGN NAME BELOW)

Date: _6-3-19_ Common Law Seal: _____

> OFFICIAL SEAL
> BEVERLY WEBB
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:02/13/22

## CERTIFICATE OF SERVICE

On this _3ʳᵈ_ day of _June_ , 20 _19_ , this Affidavit of Truth Signed before me, a Notary Public in and for the State of _IL_ _Ali R Muhammad_ , personally appeared to me the above-signed, identified to be the one whose name is signed on this instrument.

Signed: _Beverly Webb_ _____

Printed Name: _Beverly Webb_ _____

Date: _6-3-19_ _____

My Commission Expires: _02-13-2022_ _____

Certified Mail 7018 3090 0000 8234 2915

FROM:

™Ali Rashad Muhammad©
c/o 8011 S Michigan Avenue
Chicago, Illinois Republic
Non-Domestic, [60619]

MAY 15, 20__ C.E.

TO:
**SOCIAL SECURITY ADMINISTRATION**
**COMMISSIONER OF SOCIAL SECURITY**

**Re: Original Application**

# NOTICE

Attention: Commissioner and all Parties concerned,

This NOTICE and REQUEST is in regards to the Original application of Social Security Card/Tax Identification Account # <<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>> (hereinafter "Tax-Payer Identification Number"). Please forward me the Original application for the administration and issuance of the aforementioned Taxpayer Identification Number.

The Social Security Account/Taxpayer Identification # <<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>> has been ACCEPTED FOR VALUE and is the Sole Property of <<Ali-Rashad: Muhammad>>, sui juris, Tax Identification # <<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>> has been filed with the Department of Licensing, Commercial Registry, State of Illinois Secretary of State, United States Department of Treasury, and the (***) County Auditors Office. The Trade Name "<<ALI RASHAD MUHAMMAD>>" is the Private Property of Secured Party/Creditor, Holder-In-Due-Course, Sovereign <<Ali-Rashad: Muhammad>>, (hereinafter "Secured Party"). A Security Agreement exists between these parties and the application of the card and ALL Record, Files, Accounts, Debentures, and Indentures therefrom is Collateral therein.

NOTE:     The Secured Party, not being of the age to contract at the time of the application of the Tax Identification # <<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>>, hereby DECLARES VOID said Contract, and hereby Requests that All Records, Files, Accounts, Fixtures, Debentures, and Indentures derived therefrom are to be Released to the Secured Party IMMEDIATELY.

As a Sovereign and inhabitant of the Republic, The Secured Party is TAX EXEMPT and EXEMPT from LEVY, and ANY further operation and/or use of the Tax Identification # <<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>> under the Trade Name <<ALI RASHAD MUHAMMAD>> is an infringement upon the EXCLUSIVE Inalienable Rights of Private Domain of Secured Party and Trade Name Infringement.

Any and all Records, Files, and/or Account Balances are to be sent to the Geographical Location provided.

I expect a courteous and IMMEDIATE response, releasing my Private Property. Please be timely in regard to the Regulation Z grace period of the Federal Truth-In-Lending Act. Your assistance is greatly appreciated in this matter.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

All Rights Reserved

Ali -Rashad: Muhammad

<<Ali-Rashad: Muhammad>>, sui juris.
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner
Record Owner
Sovereign

CC:   COMMISSIONER OF SOCIAL SECURITY
      PRINCIPAL DEPUTY COMMISSIONER
      CHIEF OF STAFF
      CHIEF ACTUARY
      GENERAL COUNSEL
      INSPECTOR GENERAL
      DEPUTY COMMISSIONER FOR FINANCE,
      ASSESSMENT, AND MANAGEMENT/CHIEF-
      FINANCIAL OFFICER

INTERNAL REVENUE SERVICE
Personal File #051919723788ssa

# JURAT

State of Illinois

County of Cook _____.

Signed and sworn (or affirmed) to before me on May 15, 2080 _____ (date)

By Ali Rashad Muhammad (name of person making statement).

_____ (seal)
signature of notary public



JOYCE E. MUHAMMAD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 18, 2023

May 18, 2020 .

Dear Mr. Ali Muhammad,

We do not have a pending Social Security Card Application for you. If you would like to apply for a social security card, you may complete an application and return it to your local office with original Identification. If you have any questions you may call 888-397-3107.

**Social Security Administration**
**9715 S. Cottage Grove**
**Chicago, Illinois 60628**




INQUIRY RESPONSE - STATE USE ONLY - DATE: 09/08/2017 ORI: ILLUI P000 TCN: LS10688L82079275



**ILLINOIS STATE POLICE**
**BUREAU OF IDENTIFICATION**
**260 NORTH CHICAGO STREET**
**JOLIET, ILLINOIS 60432- 4075**

ALI RASHAD MUHAMMAD
8011 SOUTH MICHIGAN AVE
CHICAGO, IL 60619

A SEARCH OF THE FILES OF THIS BUREAU MADE PURSUANT TO THE UCIA FINGERPRINT BASED INQUIRY
SUBMITTED BY YOUR AGENCY, FAILED TO REVEAL ANY CRIMINAL CONVICTION RECORD FOR THE SUBJECT OF
YOUR INQUIRY.

ONE COPY OF THIS RESPONSE HAS BEEN PROVIDED. REQUESTS MADE FOR LICENSING OR EMPLOYMENT PURPOSES
REQUIRE THE REQUESTOR TO PROVIDE THE APPLICANT WITH A COPY OF THIS RESPONSE. THE APPLICANT THEN
HAS 7 DAYS TO NOTIFY THE ILLINOIS STATE POLICE OF ANY INACCURACIES. THE APPLICANT MAY INITIATE
PROCEEDINGS TO CHALLENGE OR CORRECT SUCH ERRORS BY CONTACTING THE BUREAU OF IDENTIFICATION.

ANY PERSON WHO INTENTIONALLY AND KNOWINGLY REQUESTS, OBTAINS, OR SEEKS TO OBTAIN CONVICTION
INFORMATION UNDER FALSE PRETENSES, DISSEMINATES INACCURATE OR INCOMPLETE CONVICTION
INFORMATION OR VIOLATES ANY OTHER PROVISIONS OF ILLINOIS COMPILED STATUTES, CHAPTER 20, ACT 2635 ET
SEQ., MAY BE GUILTY OF A CRIME PUNISHABLE BY UP TO ONE YEAR IMPRISONMENT AND/OR MAY INCUR CIVIL
LIABILITIES.

THE SEARCH ROUTINE USED TO PROCESS YOUR SUBMISSION DID NOT INCLUDE AN INQUIRY INTO THE ILLINOIS
STATE POLICE SEX OFFENDER REGISTRATION FILE. TO DETERMINE IF THE SUBJECT OF YOUR INQUIRY IS
A REGISTERED SEX OFFENDER, PLEASE CHECK THE ILLINOIS STATE POLICE REGISTERED SEX OFFENDER
INFORMATION WEB SITE AT "WWW.ISP.STATE.IL.US".

IF YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CONTACT THE BUREAU OF IDENTIFICATION CUSTOMER
SUPPORT UNIT BY EMAIL AT BOI_CUSTOMER_SUPPORT@ISP.STATE.IL.US OR BY PHONE AT 815/740-5160.

---

**IDENTIFIERS**

**REQUEST DATE:**          **INQUIRY TYPE:** UCIAF   **RESULT:** NO RECORD ON FILE
**TCN:** LS10688L82079275      **DCN:** L82079275
**Name:** MUHAMMAD , ALI RASHAD
**Sex:** MALE              **Race:** BLACK                        **DOB:** 05/19/1972

**STATE USE ONLY**
WARNING: RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW
TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION

Yolani
Yolaine M. Dauphin
Room 110
Admin. Law Judge

Form **SSA-521** (11-2018) UF
Discontinue Prior Editions
Social Security Administration

Page 1 of 2
OMB No. 0960-0015

TOE 420

## REQUEST FOR WITHDRAWAL OF APPLICATION

Do not write in this space

IMPORTANT NOTICE - This is a request to withdraw your application. If we approve it, the decision we made on your application will have no legal effect. You will forfeit all rights attached to an application, including the rights of appeal. You will have to return any payment we made to you or anyone else on the basis of that application. You must then reapply if you want a determination of your Social Security rights at any time in the future. Any subsequent application may not involve the same retroactive period. We intend for you to use this procedure only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL   ALI R MUHAMMAD (ALI RASHAD MUHAMMAD) | SOCIAL SECURITY NUMBER 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 |
|---|---|
| IF DIFFERENT, PRINT YOUR NAME *(First name, middle initial, last name)* | YOUR SOCIAL SECURITY NUMBER |
| TYPE OF BENEFIT YOU WANT TO WITHDRAW   O.A   S.D.I. and / other | DATE OF APPLICATION | IF APPLICABLE, DO YOU WANT TO KEEP MEDICARE BENEFITS? ☐ Yes ☒ No |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand that (1) this request may not be cancelled after 60 days from the mailing of notice of approval; and (2) if a determination of my entitlement has been made, there must be repayment of all benefits paid on the application I want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. I further understand that the application withdrawn and all related material will remain a part of the records of the Social Security Administration and that this withdrawal will not affect the proper crediting of wages or self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, use the reverse of this form.)*

1. ☐ I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under full retirement age and still wish to withdraw my application.)

2. ☐ Other (Please explain fully): "see attached affidavit and certification of withdrawal"

☒ Continued on reverse

### SIGNATURE OF PERSON MAKING REQUEST

| Signature *(First name, middle initial, last name) (Write in ink)* | Date *(Month, day, year)* |
|---|---|
| **SIGN HERE** | Telephone Number *(include area code)* n/a |

Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*
c/o 8011 S Michigan Ave

| City and State City of Chicago, State of Illinois | ZIP Code [60619] | Enter Name of County (If any) in which you now live |
|---|---|---|

Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

### FOR USE OF SOCIAL SECURITY ADMINISTRATION

| ☐ APPROVED | ☐ NOT APPROVED BECAUSE | ☐ BENEFITS NOT REPAID | ☐ CONSENT(S) NOT OBTAINED | ☐ OTHER *(Attach special determination)* |
|---|---|---|---|---|
| SIGNATURE OF SSA EMPLOYEE | | TITLE | ☐ OTHER *(Specify)* | DATE |

Form **SSA-521** (11-2018) UF                                                                 Page 2 of 2

Additional Remarks:   "see attached affidavit and certification of withdrawal"

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 202, 205, 223 and 1872 of the Social Security Act, as amended. allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may cause continued consideration of your benefits claim.

We will use the information you provide to cancel your application for benefits. We may also share your information for the following purposes, called routine uses:

- To student volunteers and other workers, who technically do not have the status of Federal employees, when they are performing work for Social Security Administration (SSA) as authorized by law, and they need access to personally identifiable information in SSA records in order to perform their assigned agency functions; and

- To contractors and other Federal agencies, as necessary, for the purpose of assisting SSA in the efficient administration of its programs.

In addition, we may share the information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0089, entitled Claims Folders Systems, as published in the Federal Register (FR) on April 1, 2003, at 68 FR 15784. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

FILED DATE: 11/7/2022 12:38 PM 2019CH10665

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

CALIBER HOME LOANS, INC.,

             Plaintiff,

v.

ALI R. MUHAMMAD; UNITED STATES OF AMERICA; UNKNOWN
OWNERS AND NON-RECORD CLAIMANTS,

             Defendant(s).

FILED
11/7/2022 12:38 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60

Case No. 2019 CH 106852441

8011 S. MICHIGAN AVE.
CHICAGO, IL 60619

**NOTICE OF MOTION**

TO: SEE SERVICE LIST

    On November 17, 2022 at 2:30 P.M., or as soon as counsel may be heard, Plaintiff shall appear before the Honorable William B. Sullivan, or any Judge sitting in their stead via Zoom video or telephone conference, or in a location otherwise designated on that date by the Clerk for the Circuit Court of Cook County, Illinois and

    THEN AND THERE MOVE THIS COURT FOR THE ENTRY OF AN ORDER SUPPLEMENTING THE RECORD ON APPEAL

    Meeting ID Number: 810 2556 7672
    Password (if applicable): 021601
    Phone Dial-in Number: (312) 626-6799

Attached to this notice is a court-approved flyer explaining how to use Zoom. If you need further assistance, please call the JusticeCorps court information helpline at (872) 529-1903.

If you need to request an in-person hearing, please contact the court at (312) 603-3894 or ccc.mfmlcalendar60@cookcountyil.gov.

                          LOCKE LORD LLP

                          /s/ Brian D. Nevel
                          ONE OF ITS ATTORNEYS

Simon Fleischmann
sfleischmann@lockelord.com
Brian D. Nevel
Brian.nevel@lockelord.com
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 443-0700
Fax: (312) 443-0336
Firm ID No. 44058

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he/she served this Notice by placing a copy of the Notice and all documents referenced herein in envelopes addressed to each of the parties on the service list, affixing proper postage to each envelope, and depositing same in the United States Mail at 111 South Wacker Drive, Chicago, Illinois, (or by electronic filing/email where indicated) at 5:00 p.m. on November 7, 2022.

LOCKE LORD LLP

BY:  /s/ Brian D. Nevel
       ONE OF ITS ATTORNEYS

Simon Fleischmann
sfleischmann@lockelord.com
Brian D. Nevel
Brian.nevel@lockelord.com
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 443-0700
Fax: (312) 443-0336
Firm ID No. 44058

**SERVICE LIST**

ALI RASHAD MUHAMMAD
8011 S. MICHIGAN AVE.
CHICAGO, IL 60619
ALIRASHAD.MUHAMMAD@GMAIL.COM

CODILIS & ASSOCIATES, P.C.
PLEADINGS@IL.CSLEGAL.COM

DAVID H. DECELLES, ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR UNITED STATES OF AMERICA
USAILN.FORECLOSURE@USDOJ.GOV

UNKNOWN OWNERS AND NON-RECORD CLAIMANTS
8011 S. MICHIGAN AVE.
CHICAGO, IL 60619

FILED DATE: 11/7/2022 12:38 PM   2019CH10665

FILED DATE: 11/7/2022 12:38 PM    2019CH1066

# ZOOM FROM YOUR PHONE

## How to use Zoom on your smart phone for your remote court hearing



**1** ## GO TO YOUR APP STORE

On iPhones, it is called the App Store. On Androids, it is called Google Play. If the court gave you a link, click the link and follow the instructions.

 

**2** ## DOWNLOAD THE ZOOM APP

Search for the Zoom Cloud Meetings app in the search bar and download the FREE app called "ZOOM Cloud Meetings."

**ZOOM Cloud Meetings**
Meet Happy
★★★★☆

**3** ## OPEN THE ZOOM APP

You can open the Zoom app immediately after downloading it by clicking the "Open" button in your App Store or you can open the Zoom app that is now on your phone.



**4** ## CLICK "JOIN A MEETING"

You do not need to "Sign Up" or "Sign In" to join a meeting.

Join a Meeting

**5** ## TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled **A**.
Type in your full name in the box labeled **B**.



**6** ## TYPE THE ZOOM MEETING PASSWORD

Type in the Zoom Meeting Password the court gives you in the box labeled **C** and click "Continue."



**7** ## CLICK "JOIN WITH VIDEO"

You will be automatically asked to connect to video. If you are not asked, look for the camera symbol and click "Start Video."

Join with Video

**8** ## CLICK "JOIN AUDIO" AND CHOOSE "CALL OVER INTERNET" OR "DIAL IN"

You will be automatically asked to connect to audio. If you are not asked, look for the headphones symbol, click "Join Audio," and select "Call Over Internet." "Dial in" requires the phone number the court gives you.



To hear others please join audio
Call Over Internet
Dial in
Cancel

**ACCESS TO JUSTICE**
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Computer Instructions and Tips**

FILED DATE: 11/7/2022 12:38 PM  2019CH1066

# ZOOM FROM YOUR COMPUTER

**How to use Zoom on your computer or laptop (with a webcam) for your remote court hearing**



## 1 — GO TO zoom.us/join

If the court gave you a link, click the link and follow the instructions.



## 2 — TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled **A** and click "Join."



## 3 — CLICK "OPEN ZOOM MEETINGS"

If you don't have Zoom installed on your computer, click on "download and run Zoom" and open the .exe file to install Zoom.

## 4 — TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled **B**. Type in your full name in the box labeled **C**.



## 5 — TYPE THE ZOOM MEETING PASSWORD

Type in the Zoom Meeting Password the court gives you in the box labeled **D** and click "Join Meeting."



## 6 — CLICK "JOIN WITH VIDEO"

You will see a video preview before you join with video. If you do not want to appear with video, click "Join without Video."



## 7 — CLICK "JOIN WITH COMPUTER AUDIO"

You can test your speaker and microphone by clicking the words under "Join with Computer Audio."




### Getting Ready for Your Remote Hearing:

- Check your internet or phone connection.
- Charge your computer or phone. Make sure you have enough minutes.
- Use earbuds or headphones if you can. This makes it easier to hear you speak.
- Look for the microphone symbol to mute and un-mute yourself.
- Keep yourself on mute when your case is not before the judge.

- Use an empty, quiet space where no one will interrupt you and with no background noise.
- Set the camera at eye level. If using a phone, prop it up so your hands are free.
- Pause before speaking in case there is audio/video lag.
- Even if you are at home, remember that a remote hearing is still an official court hearing and you should dress and behave appropriately.

**ACCESS TO JUSTICE**
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Flip for Phone Instructions**

FILED DATE: 11/7/2022 12:38 PM 2019CH1066

# ZOOM DESDE SU TELÉFONO

### Cómo usar Zoom en su teléfono inteligente para su audiencia remota en la corte



**1 VAYA A SU TIENDA DE *APPS***

En iPhone, se llama App Store. En Android, se llama Google Play.
Si la corte le dio un sitio internet "link," haga clic en el sitio y siga las instrucciones.



**2 DESCARGUE EL *APP* DE ZOOM**

Ponga Zoom Cloud Meetings en la barra de búsqueda de *apps* y descargue
el *app* GRATIS llamada "ZOOM Cloud Meetings."



ZOOM Cloud Meetings
Meet Happy
★★★★★

**3 ABRA EL *APP* DE ZOOM**

Puede abrir el *app* de Zoom inmediatamente después de descargarla
haciendo clic en el botón "Open" de su tienda de *apps*, o puede abrir el *app*
de Zoom que está instalada ahora en su teléfono.



OPEN

**4 HAGA CLIC EN "JOIN A MEETING"**

No hace falta "Sign Up" (registrarse) o "Sign In" (iniciar sesión) para participar
en una reunión.

Join a Meeting

**5 PONGA SUS DATOS Y HAGA CLIC EN "JOIN"**

Ponga el número asignado a su reunión (Meeting ID) que le dio la corte
en el recuadro **A** . Ponga su nombre completo en el recuadro **B**. Primero su nombre
y luego su apellido.



**6 PONGA LA CONTRASEÑA DE LA REUNIÓN DE ZOOM**

Ponga la contraseña (Zoom Meeting Password) que le dio la corte en el recuadro **C**
y haga clic en "Continue."



**7 HAGA CLIC EN "JOIN WITH VIDEO"**

Recibirá automáticamente un mensaje para conectar el video. Si no ve
el mensaje, busque el símbolo de la cámara y haga clic en "Start Video."



Join with Video

**8 HAGA CLIC EN "JOIN AUDIO" Y SELECCIONE "CALL OVER INTERNET" O "DIAL IN"**

Recibirá automáticamente un mensaje para conectar el audio. Si no ve el mensaje,
busque el símbolo de audífonos, haga clic en "Join Audio" y seleccione "Call Over Internet."
La opción "Dial in" requiere el número de teléfono que le dio la corte.





**ACCESS TO JUSTICE**
EDUCATION SUPPORT. EMPOWERMENT.
(08/20)

**Vea instrucciones para conectarse con una computadora y consejos útiles al otro lado.**

# ZOOM DESDE SU COMPUTADORA

### Cómo usar Zoom en su computadora o portátil (con webcam) para su audiencia remota en la corte



**1** **VISITE zoom.us/join**
Si la corte le dio un sitio internet "link," haga clic en el sitio "link" y siga las instrucciones.

**2** **PONGA SUS DATOS Y HAGA CLIC EN "JOIN"**
Ponga el número asignado a su reunión (Meeting ID) que le dio la corte en el recuadro **A** y haga clic en "Join."

**3** **HAGA CLIC EN "OPEN ZOOM MEETINGS"**
Si no tiene Zoom instalado en su computadora, haga clic en "download and run Zoom" (descargar y ejecutar Zoom) y abra el archivo .exe para instalar Zoom.

**4** **PONGA SUS DATOS Y HAGA CLIC EN "JOIN MEETING"**
Ponga el número asignado a su reunión (Meeting ID) que le dio la corte en el recuadro **B**. Ponga su nombre completo en el recuadro **C**. Primero su nombre y luego su apellido.

**5** **PONGA LA CONTRASEÑA DE LA REUNIÓN DE ZOOM**
Ponga la contraseña (Zoom Meeting Password) que le dio la corte en el recuadro **D** y haga clic en "Join Meeting."

**6** **HAGA CLIC EN "JOIN WITH VIDEO"**
Verá una vista previa de video antes de conectar el video. Si no quiere aparecer con video y solo con voz, haga clic en "Join without Video."

**7** **HAGA CLIC EN "JOIN WITH COMPUTER AUDIO"**
Puede probar su volumen y micrófono haciendo clic en las palabras debajo de "Join with Computer Audio."

**Cómo prepararse para su audiencia remota:**

- Verifique su conexión de internet o teléfono.
- Cargue su computadora o teléfono. Verifique que tenga minutos suficientes.
- Si puede, use audífonos o auriculares. De esa manera será más fácil escuchar lo que está diciendo.
- Haga clic en el símbolo del micrófono para activar y desactivar el modo silenciar.

- Instálese en un espacio desocupado y tranquilo donde nadie lo interrumpa y que no hayan ruidos de fondo.
- Coloque la cámara al nivel de sus ojos. Si va a usar un teléfono, apóyelo en un soporte para dejar las manos libres.
- Haga una pausa antes de hablar en caso que haya una demora en el audio/video.
- Aunque esté en su casa, recuerde que una audiencia remota sigue siendo una audiencia oficial de la corte. Vístase y compórtese adecuadamente, como si estuviera en la corte.



**ACCESS TO JUSTICE**
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

Vea instrucciones para teléfonos inteligentes al otro lado

FILED DATE: 11/7/2022 12:38 PM    2019CH10668

FILED
11/7/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
20202159

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

CALIBER HOME LOANS, INC.,

Plaintiff,

v.

ALI R. MUHAMMAD; UNITED STATES OF AMERICA; UNKNOWN
OWNERS AND NON-RECORD CLAIMANTS,

Defendant(s).

Case No. 2019 CH 10665

8011 S. MICHIGAN AVE.
CHICAGO, IL 60619

## PLAINTIFF'S MOTION TO SUPPLEMENT TO THE RECORD ON APPEAL

NOW COMES the Plaintiff, CALIBER HOME LOANS, INC., by and through its attorneys, LOCKE

LORD LLP, and hereby moves this Honorable Court for entry of an Order Supplementing the Record on

Appeal pursuant to Illinois Supreme Court Rule 329. In support of its Motion, Plaintiff states as follows:

### PROCEDURAL HISTORY

After having been given multiple opportunities to properly file an answer or other responsive pleading

to Plaintiff's Complaint, on September 21, 2021, this Court entered an Order barring Defendant from filing

any further documents without prior court approval. A true and accurate copy of said Order is attached hereto

as Exhibit A. Accordingly, on May 2, 2022, this Court entered several orders, including but not limited to

Default, Judgment of Foreclosure and Sale, and Summary Judgment ("Judgement Orders"). True and

accurate copy of said Orders are attached hereto as Group Exhibit B. Prior to the sale of the Subject Property,

however, on June 8, 2022, Defendant filed a Notice of Appeal in the Frist Judicial Circuit under case number

1-22-0857, seeking to appeal the Judgment Orders as well as denial of his "Motion to Vacate a Void

Judgment" entered on May 26, 2022, a true and accurate copy of which is attached hereto as Exhibit C. On

August 11, 2022, the Clerk of the Circuit Court of Cook County filed a Placita and Certification of Transcript

of Record for Appeal. A true and accurate copy is attached hereto as Exhibit D. Seeking to stay the

forthcoming judicial sale of his property, Defendant filed an Emergency Motion to Stay the Sale on August 3,

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

2022, which was denied the same day. A true and accurate copy of said Motion and Order are attached hereto as Group Exhibit E. Defendant then filed an "Emergency Motion to Recuse and Disqualify Judge William B. Sullivan, Challenge Subject Matter Jurisdiction, and Motion to set aside Agency Action" on September 6, 2022. A true and accurate copy of said Motion is attached hereto as Exhibit F. On September 9, 2022, this Court entered Orders confirming the judicial sale of the subject property that occurred on August 4, 2022, and also denied Defendant's latest Emergency Motion for failure to appear. True and accurate copies of said Orders are attached hereto as Group Exhibit G.

## APPLICABLE LEGAL STANDARD

Illinois Supreme Court Rule 329 affords the trial court the authority to supplement the Record on Appeal to correct material omissions, inaccuracies, or improper authentication, either before or after the record is transmitted to the reviewing court. Upon order issued pursuant to motion, the clerk of the circuit court shall prepare a certified supplement to the record which shall be filed in the reviewing court. Id.

## ARGUMENT

In this case, the Record on Appeal must be supplemented because not only was the Order of Default Judgment somehow omitted from the Record, it was also prepared prior to final disposition of this foreclosure action. Specifically, the Record on Appeal is completely devoid of all pleadings and orders filed after July 26, 2022, and before the final and appealable order was entered on September 9, 2022. Hence, the Record on Appeal before the reviewing court is incomplete because it fails to accurately disclose what occurred in the trial court, and thus, the record must be made to conform to the truth.

## CONCLUSION

Accordingly, Plaintiff respectfully requests that this Court enter an Order supplementing the Record on Appeal, pursuant to Illinois Supreme Court Rule 329 to include the following orders/filings in order to properly respond to Defendant's appeal:

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

| Orders/Filings | Date Filed/Entered |
|---|---|
| Order of Default Judgment | May 2, 2022 |
| Defendant's Emergency Motion to Stay Sale, including all exhibits thereto | August 3, 2022 |
| Order Denying Defendant's Emergency Motion to Stay Sale | August 3, 2022 |
| Notice and Motion for Order Approving Report of Sale and Distribution, including all exhibits thereto | August 17, 2022 |
| Certificate of Service | August 26, 2022 |
| Defendant's Emergency Motion to Recuse and Disqualify Judge William B. Sullivan, Challenge Subject Matter Jurisdiction, and Motion to set aside Agency Action, including all exhibits thereto | September 6, 2022 |
| Order Approving Report of Sale and Distribution, Confirming Sale, and Order of Possession | September 9, 2022 |
| Order striking Defendant's Emergency Motion to Recuse and Disqualify Judge William B. Sullivan, Challenge Subject Matter Jurisdiction, and Motion to set aside Agency Action | September 9, 2022 |

WHEREFORE, pursuant to the foregoing, the Plaintiff, CALIBER HOME LOANS, INC., respectfully requests this Honorable Court enter an Order supplementing the Record on Appeal, pursuant to Illinois Supreme Court Rule 329, to include the aforementioned orders and filings, plus any other relief this Court may deem just and equitable.

LOCKE LORD LLP

_/s/ Brian D. Nevel_
ONE OF PLAINTIFF'S ATTORNEYS

Simon Fleischmann
sfleischmann@lockelord.com
Brian D. Nevel
Brian.nevel@lockelord.com
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 443-0700
Fax: (312) 443-0336
Firm ID No. 44058

Hearing Date: 11/17/2022 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

FILED
11/7/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
20202159

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC., | ) | Case No. 19-CH-10665 |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8011 S. Michigan Ave., |
| v. | ) | Chicago, Illinois 60619 |
| | ) | |
| ALI RASHAD MUHAMMAD; UNITED | ) | Calendar 60 |
| STATES OF AMERICA; UNKNOWN | ) | |
| OWNERS; and NONRECORD | ) | |
| CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter coming to be heard upon Plaintiff's Motion to Strike and/or Dismiss Defendant's Petition for Declaratory Judgment on the Pleadings ("Petition") With Prejudice and for Sanctions ("Motion"); Plaintiff appearing by counsel; Defendant Muhammad failing to appear either in person or by counsel; due notice having been given to all parties; and the Court being otherwise duly advised:

IT IS HEREBY ORDERED THAT the Motion is granted and Defendant Muhammad's Petition is stricken and dismissed with prejudice;

IT IS FURTHER ORDERED THAT the Defendant Muhammad is barred from filing any further documents in this matter without prior approval from this Court. The Clerk of the Circuit Court of Cook County is directed not to accept any filings of Defendant Muhammad unless accompanied by an order of this Court authorizing such filing.

DATE: **September 21, 2021**

ENTERED:



**/s/ Judge William B. Sullivan  2142**
Judge William B. Sullivan

*Order prepared by:*
Michael P. McGivney
LOCKE LORD LLP, No. 44058
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0700
*michael.mcgivney@lockelord.com*
*Counsel for Plaintiff*



97589788v.1

Hearing Date: 11/17/2022 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

Calendar Number 60

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

FILED
11/7/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
20202159

Caliber Home Loans, Inc
PLAINTIFF
Vs.
Ali R. Muhammad; United States of America
DEFENDANTS

No. 2019CH10665

8011 S Michigan Ave
Chicago, IL 60619

### ORDER OF DEFAULT

The above cause coming on to be heard upon the motion of the Plaintiff, and the Court having found that certain Defendant(s) have failed to appear and/or plead;

IT IS HEREBY ORDERED that the Defendant(s),

Ali R. Muhammad

is/are in default herein, and the relief sought by Plaintiff is hereby granted as set forth in the Judgment for Foreclosure and Sale.

ENTER: _____
J U D G E

DATED: _____5 · 2 · 22_____

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-08322

**ENTERED**
Judge William B. Sullivan-2142
**MAY 02 2022**
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

FILED DATE: 11/7/2022 12:34 PM 2019CH10665

1


EXHIBIT
B

Calendar Number 60

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**

Caliber Home Loans, Inc
    PLAINTIFF

          Case No. 2019CH10665

        Vs.

Ali R. Muhammad; United States of
America; Unknown Owners and Nonrecord
Claimants
    DEFENDANTS

          8011 S Michigan Ave
          Chicago, IL 60619

**ORDER**

This case coming on to be heard before the Court on its Judgment of Foreclosure and Sale; Attorney for the Plaintiff appearing; Ali R. Muhammad appearing; and the Court being fully advised:

IT IS HEREBY ORDERED:

Defendant having not sought leave of Court pursuant to the Court's September 21, 2021 order, Defendant's filings of April 29, 2022 are hereby stricken.

ENTERED: _____
                        Judge
DATE: ___5-2-22_____

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-08322



FILED DATE: 11/7/2022 12:34 PM   2019CH10665

Calendar Number 60

Cook County ID #21762

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

Caliber Home Loans, Inc
                              PLAINTIFF

              Vs.

                                                   No. 2019CH10665

Ali R. Muhammad; United States of America
                              DEFENDANTS

                                                   8011 S Michigan Ave
                                                   Chicago, IL 60619

## JUDGMENT FOR FORECLOSURE AND SALE

THIS CAUSE having been duly heard by this Court upon the record herein on the merits of the
Complaint for Foreclosure filed by the Plaintiff and on Plaintiff's Motion for entry of Judgment for
Foreclosure and Sale, (hereinafter referred to as Judgment) the Court

**FINDS:**

(1) **JURISDICTION:** The Court has jurisdiction over the parties hereto and the subject matter
hereof.

(2) **ALLEGATIONS PROVEN:** This Judgment is fully dispositive of the interest of all
defendants. All the material allegations of the Complaint filed pursuant to 735 ILCS 5/15-1504,
those allegations being both required and those deemed alleged by virtue of subsection (c), are
true and proven, that by entry of this Judgment for Foreclosure and Sale, the Mortgage which is
the subject matter of these proceedings is extinguished and merged into Judgment and default
no longer exists, but has been replaced by Judgment, and that by virtue of the Mortgage, and
the evidences of indebtedness secured thereby alleged in the Complaint, there is due to the
Plaintiff, and it has a valid subsisting lien on the property described hereafter, the following
accounts:

| | |
|---|---|
| Principal, Accrued Interest and Advances by Plaintiff: | $186,796.02 |
| Costs of Suit: | $968.45 |
| Foreclosure Attorneys' Fees: | $1,610.00 |
| General Admin Order Attorney Fees | $100.00 |
| Interest at a rate of $16.54 from 03/16/2022 to 05/02/2022 | $793.92 |
| TOTAL | $190,268.39 |

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

All the foregoing amounts have been accounted for in the Affidavit(s) filed by Plaintiff.

(3) **POST JUDGMENT INTEREST**: For the purposes of calculating Plaintiff's indebtedness at sale, interest shall accrue pursuant to Illinois statute.

(4) **SUBORDINATE LIENS AND INTERESTS:**

(a) The Court further finds that there is due and owing to the Defendants immediately hereinafter stated, if any, the sums set forth, as a lien(s) upon the subject premises subordinate and inferior to the lien and interest of the Plaintiff pursuant to the verified pleadings filed herein:

That the United States of America has a valid and subsisting lien in the amount of $364,642.80, plus interest and penalties and less any payments or credits made since the assessment, junior to the lien of the Plaintiff.

Except for the Plaintiff, any other party claiming an interest in the premises or the proceeds of the judicial sale of the mortgaged real estate is deferred in proving its priority until the hearing to confirm the sale.

With respect to the Internal Revenue Service and Pursuant to 28 U.S.C. ' 2410, the United States of America shall be granted 120 days from the date of sale within which to redeem the property from said sale.

(5) **ATTORNEY FEES:** By its terms said Mortgage provides that the attorneys for the Plaintiff shall be entitled to an award of reasonable attorneys fees herein, and, that included in the above indebtedness are attorneys' fees as set forth in the attorney's certificate in the sum of $1,710.00.

(6) **COURT COSTS:** Under the provisions of said Mortgage, the costs of foreclosure are an additional indebtedness for which the Plaintiff should be reimbursed, and that such expenses incurred to date totaling $968.45 are hereby allowed to the Plaintiff.

(7) **ADVANCES:** That advances made subsequent to the execution of the affidavit of mortgagee in order to protect the lien of the Plaintiff and preserve the real estate, such as, but not limited to: real estate taxes or assessments, property inspections, property maintenance, insurance premiums, any other fees, charges and expenses which are recoverable under the terms of the mortgage, and post Judgment attorneys fees incurred by the plaintiff and not included in this judgment, but incurred prior to the conclusion of this foreclosure action shall become an additional indebtedness secured by the Judgment lien and bear interest from the date of the advance at the Note rate of interest.

(8) **PROPERTY FORECLOSED UPON:** The Mortgage described in the Complaint and hereby foreclosed appears of record in the Office of the Recorder and/or Registrar for Cook County, Illinois, as Document No. 1704118039, and the property herein referred to and directed to be sold is described as follows:

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

LOT FORTY-THREE (EXCEPT THE SOUTH SIXTEEN AND TWO THIRDS FEET THEREOF) AND ALL OF LOT FORTY-FOUR IN WOLFF'S SUBDIVISION OF BLOCK NINE IN WEBSTER'S SUBDIVISION OF THE NORTHWEST QUARTER OF SECTION THIRTY-FOUR, TOWNSHIP THIRTY-EIGHT NORTH, RANGE FOURTEEN, EAST OF THE THIRD PRINCIPAL MERIDIAN.

COMMONLY KNOWN AS:     8011 S Michigan Ave
                       Chicago, IL 60619

TAX PARCEL NUMBER: 20-34-108-005-0000

(9) **MORTGAGE NOTE:** The Mortgage herein referred to secures a Mortgage Note in the sum $157,100.00 which has been duly accelerated pursuant to the terms of the said subject Note and mortgage.

(10)     **REDEMPTION:** The owner(s) of the equity of redemption are the mortgagors, property owners and any other party defendant named in the Complaint with the statutory right of redemption, with the exception of the Registrar of Titles, if named, and any party dismissed by order of Court.

    (a) The Court has obtained jurisdiction over the owners of the right of redemption as set forth in The Attorney's Certificate of Service and Defaulted Parties.

    (b) The redemption period will expire on **August 3, 2022**.

(11) Based upon the pleadings, proofs and admission(s), Plaintiff has standing, capacity and authority to maintain this cause.

(12) The pleadings and proofs presented in the cause are sufficient to support the entry of this judgment.

## IT IS HEREBY ORDERED AND ADJUDGED THAT:

 (1) **JUDGMENT:** A Judgment for Foreclosure and Sale be entered pursuant to 735 ILCS 5/15-1506 against the subject property and against all defendants not previously dismissed. The court finds that all attorney fees and costs requested herein are reasonable and allowable under the terms of the note and mortgage.

(2) **SALE:** The subject real estate is ordered to be sold pursuant to 735 ILCS 5/15-1507.

### (3) **SALE PROCEDURES:**

 (a) The subject real estate shall be sold pursuant to statute at the expiration of the reinstatement period and the redemption period found to expire as set forth is paragraph 10 above.

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

(b) The Judicial Sale to be conducted pursuant to this Judgment for Foreclosure and Sale shall be by public auction. The opening bid shall be provided by the Plaintiff and conducted by the Sheriff for Cook County or other Selling Officer as appointed by the Court and shall be conducted in full compliance with the statutory requirements contained in 735 ILCS 5/15-1507. In the event that Plaintiff fails to provide the Sheriff for Cook County or other Selling Officer as appointed by the Court with its initial bid, then the Sheriff for Cook County or other Selling Office as appointed by the Court shall continue the sale to a date as mutually agreed upon by the Sheriff of Cook County or other Selling Office as appointed by the Court, and Plaintiff's counsel and in compliance with 735 ILCS 5/15-1507(c)(4). If the sale is erroneously held without Plaintiff providing its initial bid, then Plaintiff shall have the option to have the sale vacated and held for naught. Should an error in the bid directed by Plaintiff occur for any reason, then the sale shall be vacated solely upon request of Plaintiff, or Plaintiff's successors or assigns.

(c) The real estate shall be sold for cash or certified funds to the highest bidder with all sums due at the time of sale unless other terms are agreed to by the Plaintiff.

(d) Any purchaser at the Judicial Sale takes subject to any and all liens, encumbrances and any existing defects in title. The Plaintiff shall not be responsible for any damages resulting from existing liens, encumbrances or title defects nor makes any warranties, either express or implied, by virtue of the Judicial Sale.

(4) **NOTICE OF SALE:**

(a) The mortgagee, or such other party designated by the court, in a foreclosure under Article 15 shall give public Notice of the Sale pursuant to statute. The Notice of Sale shall include all information as stated in 735 ILCS 5/15-1507(c) parts (A)-(H) where such information is available to Plaintiff or Counsel for Plaintiff. Immaterial error in the information shall not invalidate the legal effect of the notice. The Notice of Sale shall contain at least the following information:

1. The name, address and telephone of the person to contact for information regarding the real estate.

2. The common address and other common description (other than legal description), if any, of the real estate.

3. A legal description of the real estate sufficient to identify it with reasonable certainty.

4. A description of the improvements on the real estate.

5. The real estate may NOT be inspected prior to sale.

6. The time and the place of the sale.

7. The terms of the sale.

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

8. The title, case number and the court in which the foreclosure was filed.

9. Any other information required herein or by separate order.

(b) The notice of sale shall be published at least 3 consecutive calendar weeks (Sunday through Saturday), once in each week, the first such notice to be published not more than 45 days prior to the sale, the last such notice to be published not less than 7 days prior to the sale, by: (A) advertisements in a newspaper circulated to the general public in the county in which the real estate is located, in the section of that newspaper where legal notices are commonly placed; and (B) separate advertisements in the section of such a newspaper, which may not be the same newspaper used for section (A), in which real estate other than real estate being sold as part of legal proceedings is commonly advertised to the general public, there being no requirement for the second advertisement to include a legal description; and (C) such other publications as may be further ordered by the court.

(c) The party who gives notice of public sale shall also give notice of public sale to all parties in the action who have appeared and have not heretofore been found by the court to be in default for failure to plead. Such notice shall be given in the manner provided in the applicable rules of court for service of papers other than process and complaint; not more than 45 days nor less than 7 days prior to the day of sale. After notice is given as required by statute, a copy thereof shall be filed in the Office of the Clerk of this Court together with a certificate of counsel or other proof that notice has been served in compliance with this Section.

(d) The party who gives notice of public sale shall again give notice of any adjourned sale; provided, however, that if the adjourned sale is to occur less than 60 days after the last scheduled sale, notice of any adjourned sale need not be given.

(e) Notice of the sale may be given prior to the expiration of any reinstatement period or redemption period. No other notice by publication or posting shall be necessary.
(f) The person named in the notice of sale to be contacted for information about the real estate may, but shall not be required to, provide additional information other than that set forth in the notice of sale.

## (5) SALE PROCEEDS:

(a) In the event the Plaintiff is purchaser of the mortgaged real estate at such sale, the Plaintiff may offset against the purchase price of such real estate the amounts due under the judgment for foreclosure at the statutory interest rate from the date of Judgment through the date of sale plus any fees, costs and advances made after execution of the affidavit of mortgagee that was used in support of entry of this Judgment of Foreclosure and Sale, including , but not limited to any amounts allowed pursuant to the terms of the Note and Mortgage and any amounts allowed pursuant to 735 ILCS 5/15-1505 and 735 ILCS 5/15-1603.

(b) The proceeds of the sale shall be distributed in the following order pursuant to 735 ILCS 5/15-1512:

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

1. The reasonable expenses of sale.

2. The reasonable expenses of securing possession before sale, holding, maintaining, and preparing the real estate for sale, including payment of taxes and other governmental charges, premiums on hazard and liability insurance, management fees, and, to the extent provided for in the mortgage or other recorded agreement and not prohibited by law, reasonable attorneys' fees, payments made pursuant to Section 15-1505 and other legal expenses incurred by the mortgagee.

3. Satisfaction of all claims in the order of priority as set forth in the Judgment for Foreclosure and Sale. If the issue of priorities was reserved pursuant to 735 ILCS 5/15-1506(h), the proceeds will be distributed as set forth in the order confirming sale.

4. Any balance of proceeds due after the above distribution shall be held by the officer conducting the sale until further order of court.

(6) **RECEIPT UPON SALE AND CERTIFICATE OF SALE:** Upon and at the sale of mortgaged real estate, the person conducting the sale shall give to the purchaser a receipt of sale. The receipt shall describe the real estate purchased and shall show the amount paid or to be paid therefore. Upon payment in full of the amount bid, the person conducting the sale shall issue, in duplicate, and give to the purchaser a Certificate of Sale in recordable form which describes the real estate purchased and states the amount paid. The Certificate of Sale shall be freely assignable.

(7) **REPORT OF SALE:** The person conducting the sale shall promptly make a report to the court. The report of sale may be prepared by the Plaintiff to be reviewed and executed by the person conducting the sale and the person conducting the sale shall submit or cause to be submitted the report for review by the court at the time of Confirmation of Sale. The report shall include a copy of all receipts of sale.

(8) **CONFIRMATION OF SALE:** Upon motion and notice in accordance with court rules applicable to motions generally, the court shall conduct a hearing to confirm the sale pursuant 735 ILCS 5/15-1508. The mortgagee, or such other party designated by this court, shall send notice of such hearing.

(a) Unless the court finds that either a notice required in accordance with 735 ILCS 5/15-1507(c) was not given, that the terms of the sale were unconscionable, that the sale was conducted fraudulently, or that justice was otherwise not done, the court shall then enter an order confirming the sale.

(b) The order confirming the sale shall include an order for possession which shall become effective 30 days after entry. The order for possession may be included in the order confirming sale or may be by separate order to be entered at the time of sale confirmation.

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

(c) If the proceeds of the sale are not sufficient to satisfy those sums due the Plaintiff, the Court shall enter a personal deficiency judgment pursuant to 735 ILCS 5/15-1508(e) providing that the Court finds that it has personal jurisdiction over the parties personally liable on the note and that said liability has not been discharged in bankruptcy. The Court shall enter an In Rem deficiency Judgment if it finds there to be no personal jurisdiction over those parties liable on the note or if there is no personal liability based on other findings by the court.

(9) **TERMINATION OF SUBORDINATE INTERESTS:** In the event of such sale and the failure of the person entitled thereto to redeem prior to such sale pursuant to statutory provisions, the defendants made parties to the foreclosure in accordance with statutory provisions, and all non-record claimants given notice of the foreclosure in accordance with statutory provisions, and all persons claiming by, through or under them, and for each and any and all of them, shall be forever barred and foreclosed of any right, title, interest, claim, lien or right to redeem in and to the mortgaged real estate.

(a) This Judgment and all orders entered pursuant to said judgment are valid as stated above. The inadvertent failure to name a subordinate record claimant will not invalidate this judgment. Should such a record party not be party to this action, the Plaintiff may take title and file a subsequent action to determine the redemptive rights of such a party. Plaintiff may amend the complaint for foreclosure to name such a party if it is made aware of the claim prior to the judicial sale without affecting the validity of the judgment as to the other defendants. Should such a claimant not exercise its redemptive rights within the stated time, they shall be forever barred and foreclosed of any right, title, interest, claim, lien or right to redeem or otherwise enforce its claim against the subject property.

(10) **ISSUANCE OF DEED:** After the expiration of the mortgagor's reinstatement and redemption rights, payment of the purchase price by the successful bidder and confirmation of the sale, the person conducting the sale shall execute and issue a deed to the owner and holder of the Certificate of sale pursuant to 735 ILCS 5/15-1509. Delivery of the deed shall be sufficient to pass title and will bar all claims of parties to the foreclosure including unknown owners and Non-record Claimants.

(11) **JURISDICTION:** The Court retains jurisdiction over the parties and subject matter of this cause for the purpose of enforcing this Judgment or vacating said Judgment if a reinstatement is made as set forth in paragraph (9) of this Judgment.

(12) A copy of this judgment shall be mailed to the mortgagors and current owners(s) at their last known mailing address within 7 days.

(13) Pursuant to 735 ILCS 5/15-1506(f), IT IS HEREBY ORDERED that THE JUDICIAL SALES CORPORATION ("Selling Officer") is appointed Selling Officer for the purpose of the sale at public auction of the ownership interest that is the subject matter of this action, pursuant to the Judgment for Foreclosure and Sale. If the plaintiff chooses to utilize a marketing platform for the subject property, the plaintiff is authorized to engage an independent contractor to implement a national marketing platform to reach a larger market for potential third party bidders. The marketing platform shall include providing sale information on a national website,

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

direct-mail advertising, print media marketing, radio marketing, and localized advertising in specific communities. All costs for the additional services provided by the independent marketing contractor shall be borne by the plaintiff or the independent contractor. None of the additional costs shall be borne by the defendants. The independent marketing contractor waives any potential lien rights it may have in the real estate regarding non-payment of the additional costs borne by the plaintiffs. Furthermore, either Plaintiff's Counsel or Selling Officer is hereby designated by the Court to send notice of motion for entry of an order approving report of sale and distribution, confirming sale and order of possession, pursuant to 735 ILCS 5/15-1508(b) and any notices of sale pursuant to 735 ILCS 5/15-1507(c).

ENTER: _____

DATED: _____5 - 2 - 22_____

Julie Dejong
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-08322

**E N T E R E D**
Judge William B. Sullivan-2142

**MAY 02 2022**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Calendar Number 60

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

Caliber Home Loans, Inc

              PLAINTIFF

     Vs.

Ali R. Muhammad; United States of America
              DEFENDANTS

No. 2019CH10665

8011 S Michigan Ave
Chicago, IL 60619

### ORDER FOR SUMMARY JUDGMENT

This matter coming to be heard on Plaintiff's Motion for Summary Judgment, Defendant(s) having Answered Plaintiff's Complaint to Foreclose Mortgage, the Court having reviewed said Answer and determining that said Answer, as pleaded without sufficient supporting documentation, does not raise a genuine issue of material fact sufficient to preclude the entry of Summary Judgment in favor of Plaintiff, the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS ORDERED:

Plaintiff's Motion for Summary Judgment is granted. Summary Judgment and Judgment of Foreclosure and Sale is hereby entered in favor of Plaintiff and against the following Defendants:

United States of America.

ENTERED: _____

                  Judge

DATED:    5 - 2 - 22

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-08322

ENTERED
Judge William B. Sullivan-2142

MAY 02 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

FILED DATE: 11/7/2022 12:34 PM 2019CH10665

1

FILED DATE: 11/7/2022 12:34 PM 2019CH10665

Calendar Number 60

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

Caliber Home Loans, Inc
               PLAINTIFF

     Vs.

                                    No. 2019CH10665

Ali R. Muhammad; United States of America; Unknown
Owners and Nonrecord Claimants
              DEFENDANTS

8011 S Michigan Ave
Chicago, IL 60619

## ORDER DISMISSING CERTAIN PARTY DEFENDANT

THIS CAUSE COMING ON TO BE HEARD on motion of the Plaintiff, the Court having
jurisdiction over the parties and subject matter and being fully advised in the premises;

IT IS HEREBY ORDERED that the following Defendant(s) are hereby dismissed as party
defendants:

Unknown Owners and Nonrecord Claimants

ENTER _____
                   JUDGE

DATED: 5 - 2 - 22

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-08322

**ENTERED**
Judge William B. Sullivan-2142

**MAY 02 2022**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

1

Hearing Date: 11/17/2022 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

FILED
6/8/2022 6:38 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
18218996

CALIBER HOME LOANS, INC.,            )
                                     )
        Plaintiff-Appellees,         )
                                     )    Case No. 2019CH10665
    v.                               )
                                     )
ALI RASHAD MUHAMMAD,                 )    8011 S. Michigan Ave.,
                                     )    Chicago, Illinois 60619
        Defendant-Appellants.        )

FILED
11/7/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
20202159

### NOTICE OF APPEAL

Notice is hereby given that the defendant, Ali Rashad Muhammad ("consumer"), hereby appeal

to the Court of Appeals from the final judgment in this action entered by the Cook County Circuit Court

on May 2, 2022. As well as the denial of Motion to Vacate a Void Judgment on May 26, 2022.

Respectfully submitted,

By: _Ali Rashad Muhammad_
        Ali Rashad Muhammad/Attorney in Fact


EXHIBIT
C

**CERTIFICATE OF SERVICE**

I hereby certify that true and exact copies of the foregoing have been forwarded by email and first-class U.S. Mail, postage pre-paid, to:

ERNEST J CODILIS JR.
CODILIS AND ASSOCIATES, P.C.
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Attorneys for Plaintiff-Appellee

on this the 8th day of June 2022.

By: _Ali Rashad Muhammad_
Ali Rashad Muhammad/Attorney in Fact

State of Illinois          }
                                    }SS.
County of Cook         }

**JURAT**

Subscribed and sworn to (or affirmed) before me on this _8th_ day of _JUNE_ 2022, by _Ali Rashad Muhammad_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature _Joyce E Muhammad_ (seal)

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

3349-Placita and Certification Transcript Record for Appeal File
**Certificate and Receipt/Record on Appeal in the Appellate Court**          **(12/01/20) CCA-F 0015**

Hearing Date: 11/17/2022 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

$0
-$0
$0

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

## APPEAL TO THE APPELLATE COURT OF ILLINOIS
### FIRST DISTRICT
### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION

FILED
11/7/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
20202159

**CALIBER HOME LOANS INC.,**

Plaintiff-Appellees,

vs.

**ALI RASHAD MUHAMMAD,**

**CASE NO.:**          **2019CH10665**

**REVIEWING COURT NO:**          **1-22-0857**

Defendant-Appellants

I certify that the electronic record on appeal has been prepared and certified in the form required for electronic transmission to the Reviewing Court.

Dated:   **08-10-22**

IRIS Y. MARTINEZ
**CLERK OF THE CIRCUIT COURT**

Received the original of the foregoing, this _____ day of _____, _____

**DATE EFILED:** 8/10/22

**DATE ACCEPTED:** 8/11/22

**ATTORNEY FOR THE APPELLANT**

**ATTORNEY CODE NO.:**          **99500**

**AMOUNT OF VOLUME(S):**     **3**

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Hearing Date: 11/17/2022 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

FILED
8/3/2022 2:50:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
26992932

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

CALIBER HOME LOANS, INC.,                )
                                         )
    Plaintiff,               )
                                         )   Case No. 2019CH10665
                                         )
    v.                       )
                                         )
ALI RASHAD MUHAMMAD                      )   8011 S. Michigan Ave.,
                                         )   Chicago, Illinois 60619
    Defendant.               )
_____  )   Calendar 60

### EMERGENCY MOTION TO STAY JUDICIAL SALE

Defendant Ali Rashad Muhammad, ("Muhammad") respectfully moves this court for an order

pursuant to the modification of the agreement by way of contract on the 3rd day of September 2021, by

and between ALI RASHAD MUHAMMAD and Caliber Home Loans, Inc, ("Caliber"). And came to be

heard on September 21, 2021.

### FACTUAL BACKGROUND

Caliber accepted the contract on said day after being given the terms of the contract by way of

Muhammad's Copyright Notice, which Muhammad initially filed with this court on 11/14/2019, and

again, emailed by Muhammad to Caliber along with a Cease-and-Desist letter, Copyright registration

certificate number 00072366-1, and a copy of Assumed Business Name Certificate on September 4, 2021.

Caliber after being noticed, proceeded with the unauthorized use of Muhammad's Copyrighted

Tradename/Trademark, by willfully filing into this court documents bearing said intellectual property

without Muhammad's prior express written consent, thereby accepting and validating the Self-executing

Contract/Security Agreement in Event of Unauthorized Use, clause of the contract and thereby becoming

contractually bound for such unauthorized use. In other words, an offer existed which the purported

offeree reasonably [could] have supposed that by acting in accordance with it a contract could be

concluded.

### PAGE ONE OF FOUR



After Caliber ignored Muhammad's demand to Cease-and-Desist such unauthorized use and Counterfeiting of Muhammad's intellectual property, Muhammad sent an invoice and notice detailing the use fees associated with such unauthorized use and counterfeiting on September 30, 2021, via USPS postage pre-paid certified Mail return receipt requested. In accord with the "Payment Terms:" of the agreement/contract, Caliber consented and agreed that once Muhammad sent Caliber the invoice that Caliber would pay Muhammad all unauthorized use fees in full within ten (10) days of the date Caliber being sent Muhammad's "invoice," itemizing said fees. In accordance with "Default Terms:" In event of non-payment in full of all unauthorized use fees by Caliber within ten (10) days of date invoice is sent, Caliber shall be deemed in default and : (a) all of Caliber's property and property pledged as collateral by Caliber, as set forth above in paragraph "(2)," immediately became, i.e. is, property of Muhammad; Muhammad is appointed User's Authorized Representative as set forth above in paragraph "(8)" of the Agreement/contract; and (c) Caliber consents and agrees that Muhammad may take possession of, as well as otherwise dispose of in any manner that Muhammad, in Muhammad's discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of Caliber's property and interest, described above in paragraph "(2)," of the agreement/contract, formerly pledged as collateral by Caliber, now property of Muhammad, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Muhammad, again in Muhammad's sole discretion, deems appropriate.

In accordance with the "Terms for Curing Default:" provision, Upon event of default, "Default Terms," irrespective of any and all of User's former property and interest in property, in the possession of, as well as disposed of by Muhammad, as authorized under "Default Terms," Caliber may cure Caliber's default only re the remainder of Caliber's said former property and interest in the possession of, nor otherwise disposed of by, Muhammad within twenty (20) days of Caliber's default only by payment in full.

In accordance with the "Terms of Strict Foreclosure:" provision, Caliber's non-payment in full of all unauthorized use fees itemized in invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Muhammad immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as

**PAGE TWO OF FOUR**

FILED DATE: 1/9/2022 8:59 PM   2019CH10665

collateral by Caliber, now property of Muhammad, which is not in possession of, nor otherwise disposed of by Muhammad upon expiration of said twenty- (20) day default-curing period. Ownership subject to common-law copyright and UCC financing statement and Security Agreement filed with the UCC filing office. Record Owner: Ali Rashad Muhammad©.

On October 15, 2021, by way of notary, Muhammad sent certified postage pre-paid USPS return receipt Requested, a NOTICE And DEMAND for PAYMENT, which was received by Caliber on October 19, 2021, which Caliber failed to cure. Muhammad then sent on November 23, 2021, an overdue invoice to Caliber which Caliber received on December 2, 2021 and failed to cure. On December 14, 2021, the Notary certificate of Non-Response was issued. In accordance with the Federal and State Constitutions, The Contract Clause provides that no state shall pass a Law impairing the Obligation of Contracts. And in accordance with Muhammad's right to set off, in accord with Illinois Law, and due to Muhammad's last minute discovery of Caliber's willful intent comment's, this is being filed as an Emergency Motion to Stay. This act not being a surprise to any of the parties considering prior notice of copyright and Caliber's admitted willful unauthorized use on the record of this court and Caliber's attorney Michael McGivney being removed from this case. This being also in accordance with the postal

Rule of Acceptance by Mail laid down in ADAMS v. LINDSELL (1818) 1 B & Ald 681. And thereby being a contract in law since there exists no undisputed facts. And as such any sale of the said property knowing the existence of such contract, which modifies the previous contract and thereby changed the liability of the parties, rendering a debt owed to Muhammad by Caliber. And in the event of the sale of Muhammad's property, Muhammad would suffer irreparable harm.

Therefore, Muhammad requests a stay of the Judicial Sale, dismissal of Caliber's suit with prejudice as the Authorized Representative of Caliber, and any other relief this court deems appropriate and equitable.

Attachments:

Exhibit A – Copy of Contract/Security Agreement

Exhibit B – Copy of Administrative Process of Ali Rashad Muhammad

Exhibit C – Copy of Comments of Caliber's willful unauthorized use of Muhammad's property

**PAGE THREE OF FOUR**

I declare under the laws of the United States of America that the foregoing is true and correct.
Executed on this 3 day of AUGUST , 2022.

By: Ali Rashad Muhammad

Ali Rashad Muhammad attorney in fact

State of Illinois )
)SS.
County of Cook )

Subscribed and affirmed to before me on this 3 day of AUGUST , 2022, by
Ali Rashad Muhammad , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Joyce E. Muhammad (seal)

Notary Public Signature

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

**PAGE FOUR OF FOUR**

FILED DATE: 8/26/2022 8:50 PM 2019CH10665

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

CALIBER HOME LOANS, INC.,                )
                                         )
            Plaintiff,                   )
                                         )    Case No. 2019CH10665
                                         )
    v.                                   )
                                         )
ALI RASHAD MUHAMMAD                      )    8011 S. Michigan Ave.,
                                         )    Chicago, Illinois 60619
            Defendant.                   )
                                         )    Calendar 60

## NOTICE OF EMERGENCY MOTION

Emailed to:

Codilis and Associates, P.C.
James J Bernhard
pleadings@il.cslegal.com


Judge William B Sullivan
ccc.mfmlcalendar60@cookcountyil.gov

        PLEASE TAKE NOTICE that on _____, 2022 at _____., or
as soon thereafter as litigant may be heard, we shall appear before Honorable William B. Sullivan, or any
other judge sitting in his stead, via Zoom Meeting ID: 810 2556 7672; Passcode: 021601; Zoom
Conference Call Number: (312) 626-6799 in room 2803 of the Daley Center, Chicago, IL 60602 and shall
then and there present Muhammad's Motion to Stay Judicial Sale, a copy of which is hereby served upon
you.

Dated: August 3, 2022                        ™ALI RASHAD MUHAMMAD©

                                       By: _Ali Rashad Muhammad_
                                             Ali Rashad Muhammad attorney in fact



Ali Rashad Muhammad
alirashad.muhammad@gmail.com
c/o 8011 S. Michigan Avenue
Chicago, Illinois [60619]
Phone: 708-539-9201

FILED DATE: 1/5/2022 8:50 PM  2019CH10665

## AFFIDAVIT OF MAILING

I, Ali Rashad Muhammad, attorney in fact, hereby affirm that, on August 2, 2022, I caused the foregoing to be served upon the following party(s) via email:

Codilis and Associates, P.C.
James J Bernhard
pleadings@il.cslegal.com

Judge William B Sullivan
ccc.mfmlcalendar60@cookcountyil.gov

By: _Ali Rashad Muhammad_

Ali Rashad Muhammad attorney in fact

State of Illinois
County of Cook

The foregoing instrument was acknowledged before me on this 3 day of AuGusT , 2022, by
Ali Rashad Muhammad as attorney in fact on behalf of ALI R MUHAMMAD.

_Joyce E Muhammad_ (seal)
Notary Public Signature

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**
**MORTGAGE FORECLOSURE/MECHANICS LIEN SECTION**

_____, )
                     )
      **Plaintiff(s),** )
                     )
       **v.** )        **Case No.** _____
_____, )
                     )
      **Defendant(s).** )

### EMERGENCY MOTION ORDER

THIS CAUSE coming before the Court for scheduling of an Emergency Motion

_____; and

the Court and the Court having reviewed the motion;

### IT IS HEREBY ORDERED AS FOLLOWS:

☐ The Court finds that this motion shall be heard on an emergency basis. The motion shall be

heard on _____, 20__ at _____ AM/PM in Courtroom _____

subject to proper notice to all parties, and compliance with General Administrative Order 2018-

05 and the Standing Courtroom Procedures for Mortgage Foreclosures. Movant shall serve a

copy of this order with the Notice of Motion and Motion upon all parties.

☐ The motion is denied without prejudice because there is not an emergency. Movant may

schedule the motion in normal course through the Office of the Clerk of the Court. Movant

shall serve a copy of this order on all parties within five (5) business days.

Attorney No.: _____
Name: _____
Atty. For: _____
Address: _____
City/State/Zip: _____
Telephone: _____

ENTERED:

Dated: _____, _____

_____
Judge                Judge's No.

3

**EXHIBIT A**

2019CH10665

This Instrument was prepared by:
**ALI RASHAD MUHAMMAD**
**8011 SOUTH MICHIGAN AVENUE**
**CHICAGO, ILLINOIS [60619]**

**Return to:**
**Ali Rashad Muhammad**
**7749 South Essex Avenue**
**Chicago, Illinois [60649]**

**Security Agreement**
**Loan Acct. #7020245000214155013**

Notice: All rights reserved re common-law trade-name/trade-mark, ALI RASHAD MUHAMMAD as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark under Common Law by Ali Rashad Muhammad. Said common-law trade-name/trade-mark, ALI RASHAD MUHAMMAD, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express written consent and acknowledgment of Ali Rashad Muhammad as signified by the red-ink signature of Ali Rashad Muhammad, hereinafter "Secured Party." **With the intent of being contractually bound**, any juristic person, as well as the agent of said juristic person, consents and agrees by this Common Law Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark ALI RASHAD MUHAMMAD, described herein, nor any derivative of, nor any variation in the spelling of, ALI RASHAD MUHAMMAD without prior express written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in red-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of ALI RASHAD MUHAMMAD, and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "ALI RASHAD MUHAMMAD," nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "ALI RASHAD MUHAMMAD," in Hold-harmless and Indemnity Agreement No. ARM-052611-HHIA dated the Third day of the Fifth Month in the Year of Our Lord Two Thousand Zero Hundred Eleven against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, dispositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever.

Self-executing Contract/Security Agreement in Event of Unauthorized Use: By this Common Law Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of ALI RASHAD MUHAMMAD other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law intellectual property, contractually binds User, **renders this Common Law Notice a Security agreement** wherein User is debtor and **Ali Rashad Muhammad is Secured Party**, and signifies that User: (1) **grants Secured Party a security interest in all of User's assets**, land, and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $1,000,000.00 per each occurrence of use of the common-law- trade-name/trade-mark ALI RASHAD MUHAMMAD, as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, ALI RASHAD MUHAMMAD, plus costs, plus triple damages; (2) **authenticates this Security Agreement** wherein User is debtor and Ali Rashad Muhammad is Secured Party, **and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter of credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common-law-intellectual property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office,** as well as in any county recorder's office, wherein User is debtor and Ali Rashad Muhammad is Secured Party; (4) **consents and agrees that said UCC Financing Statement described in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraphs "(3)" and "(4)," as well as the filing of any Security Agreement, as described in above in paragraph "(2)," in the UCC filing office, as well as in any county recorder's office; (6) consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses,** and (8) **appoints Secured Party as Authorized Representative for User**, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

FILED DATE: 6/19/2023 2:30 PM  2019CH10665

User further consents and agrees with all the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: Payment Terms: In accordance with fees for unauthorized use of ALI RASHAD MUHAMMAD as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees. Default Terms: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date invoice is sent, User shall be deemed to be in default and: (a) all of User's property and property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all User's property and interest, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate. Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by Secured Party, as authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and interest in property, formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by Secured Party within twenty (20) days of date of User's

default only by payment in full. Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default" **authorizes Secured Party's immediate non-judicial strict foreclosure** on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty- (20) day default-curing period. Ownership subject to common-law trade-name/trade-mark and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: Ali Rashad Muhammad, Autograph Common Law Intellectual Property. Unauthorized use of "Ali Rashad Muhammad" incurs same unauthorized use fees as above associated with ALI RASHAD MUHAMMAD, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."

This Security Agreement (this *"Security Agreement"*) is made effective as of September 21, 2021 *("Effective Date"*), by and between Caliber Home Loans, Inc., a Rhode Island corporation, Locke Lord, LLP, a Delaware corporation ("Debtors"), and ALI RASHAD MUHAMMAD TRUST, established in Illinois, account number 70202450000214155013, in trust for Ali Rashad Muhammad as beneficiary *("Secured Party"*), with reference to the essential facts stated in the Recitals below.

## RECITALS

Pursuant to the terms of that Unauthorized Use fee Agreement dated September 21, 2021 (the "Unauthorized Use fee Agreement"), and the Secured Convertible Promissory Note of even date herewith (the "Note"), all between Debtors and Secured Party, Secured Party is loaning to Debtors a total amount of $20,000,000.00 (the "Loan"). This Security Agreement, the Invoice, and the Note, shall collectively be referred to as the "Loan Documents".

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to ALI RASHAD MUHAMMAD and any successors and assigns of ALI RASHAD MUHAMMAD the following described property located in the County of Cook:

## LEGAL DESCRIPTION ATTACHED HERETO AND MADE PART HEREOF

Which currently has the address of 8011 S MICHIGAN AVE

CHICAGO, Illinois [60619] ("Property Address").

IN WITNESS WHEREOF, Debtor and Secured Party have executed this Security Agreement effective as of the date first above written

DEBTORS:

Caliber Home Loans, Inc.
a Rhode Island corporation

By: /s/ William Dellal
Name: William Dellal
Title: President

Locke Lord, LLP
a Delaware corporation

By: /s/ Michael P. McGivney
Name: Michael P. McGivney
Title: Authorized Agent

SECURED PARTY:

ALI RASHAD MUHAMMAD Account #
70202450000214155013 in trust for
Ali Rashad Muhammad

By: /s/ Ali Rashad Muhammad
Name: Ali Rashad Muhammad
Title: Authorized Signatory

Page Two of Five

FILED DATE: 1/9/2020 2:59 PM   2019CH10665

**Witnesses:**

_Samuel Hill_

Witness –

_Robert E Hunter_

Witness –

**JURAT**

State of Illinois )
                )SS.
County of Cook )

This instrument was acknowledged before me on September 21, 2021 ,
by Ali Rashad Muhammad.

Joyce E. Muhammad
Signature of Notary Public
Typed or printed name:
Joyce E. Muhammad

My Commission expires: July 18, 2023 (seal)

Loan Originator Organization: ALI RASHAD MUHAMMAD

Loan Originator: Ali Rashad Muhammad

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

## EXHIBIT A:

LOT FORTY-THREE (EXCEPT THE SOUTH SIXTEEN AND TWO THIRDS FEET THEREOF) AND OF LOT FORTY-FOUR IN WOLFF'S SUBDIVISION OF BLOCK NINE IN WEBSTER'S SUBDIVISION OF THE NORTHWEST QUARTER OF SECTION THIRTY-FOUR, TOWNSHIP THIRTY-EIGHT NORTH, RANGE FOURTEEN, EAST OF THE THIRD PRINCIPAL MERIDIAN.

FOR INFORMATION ONLY: 20-34-108-005-0000
8011 S. Michigan Ave, Chicago Illinois [60619]

FILED DOCKET 15 PM 3/26/22 8:50 PM   2019CH10665

## AFFIDAVIT OF TRUTH

This Instrument was prepared by:
ALI RASHAD MUHAMMAD TRUST
8011 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS [60619]

Return to:
Ali Rashad Muhammad
c/o 7749 South Essex Avenue
Chicago, Illinois [60649]

Loan Acct. #70202450000214155013

A default has occurred with respect to the obligation secured by the mortgage by and between debtors

(CALIBER HOME LOANS, INC), (LOCKE LORD LLP) and Secured Party (Ali Rashad Muhammad)

described in the Security Agreement by and between the same. The secured party therefore is entitled to

enforce the mortgage nonjudicially.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct. Executed on this 14th day of December 2021.

By:   _Ali Rashad Muhammad_

Secured Party/ Creditor

## JURAT

State of Illinois    }
                     }
County of Cook    }

Signed and sworn (or affirmed) to before me on _December 14,_____ 2021 by
_Ali Rashad Muhammad_ (name of person making statement).

_Joyce E. Muhammad_ (seal)
Signature of Notary Public

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

**EXHIBIT B**

M 2019CH10665

FILED DATE: 8/19/2021 8:30 PM   2019CH10665

™ALI RASHAD MUHAMMAD©
8011 South Michigan Avenue
Chicago, Illinois [60619]

September 04, 2021

**VIA Email**

Michael P. McGivney
111 S. WACKER DR Ste. 4100
CHICAGO, IL. 60606
Michael.mcgivney@lockelord.com

Re: Cease and Desist – Trademark Infringement

To Whom It May Concern:

It has come to our attention that your Documents, NOTICE OF MOTION, MOTION, And EXHIBIT 1, are identical to ™ALI RASHAD MUHAMMAD©, specifically, the unauthorized use of my tradename/trademark without the prior express written consent and acknowledgment. For examples, refer to Exhibit A to this letter.

We are the proprietors of all copyright in ALI RASHAD MUHAMMAD (the "Mark"). We had reserved all rights in the Mark, which was first published on 09/16/2019. You neither requested nor received permission to use our Mark, therefore your unauthorized copying and use of our copyrighted Work constitutes copyright infringement in violation of the United States copyright laws.

We hereby demand that you, within three (3) days of this letter:
- Remove all infringing content
- Permanently cease the use, publication, and distribution of our copyrighted material
- Notify me/us in writing when these tasks have been completed
- Destroy all physical and electronic copies

If you do not cease and desist within the above stated time period, we will be forced to take appropriate legal action against you and will seek all available damages and remedies.

Sincerely,
/s/ Ali Rashad Muhammad©
Authorized Representative

Cease and Desist – Trademark
Infringement (1091071-ARM)

| First name | Ali |
|---|---|
| Last name | Muhammad |
| City | Chicago |
| Country | United States of America |



## Copyright number

## 00072366-1

**Received on**

2021-06-30 11:34:32

**Sole Author**

Yes

**Category**

Business > Other

**Title**

ALI RASHAD MUHAMMAD

**Description**

Confidential

# ASSUMED BUSINESS NAME CERTIFICATE

An Assumed Business Name Certificate is hereby granted to:

## - ALI RASHAD MUHAMMAD -

Owner(s):   ALI RASHAD MUHAMMAD

Address(es):   8011 S. MICHIGAN AVE
CHICAGO, IL 60619

I, Karen A. Yarbrough, County Clerk in Cook County, State of Illinois, attest that the above business registered an Assumed Business Name with my office in the City of Chicago in accordance with the provisions of Chapter 805 Illinois Compiled Statutes 405/0.01 et seq. A full copy of the registration is on file and available for inspection with the Clerk's office.

Given under the hand of the Clerk and the seal of Cook County.

Karen A. Yarbrough, Cook County Clerk

Registration Date: October 21, 2020
Printed On: December 14, 2020
Registration No: Y20004988

FILED DATE: 8/3/2022 8:50 AM   2019CH10665



RECEIVED
BY
RECEPTION AREA
21 APR 12 PH12:28

Return Date: No return date scheduled
Hearing Date: 11/25/2019 9:30 AM - 9:30 AM
Courtroom Number: N/A
Location: District 1 Court
Cook County, IL

# TULSA WORLD

P.O. Box 1770    Tulsa, Oklahoma    74102-1770    tulsaworld.com

11/14/2019 8:25 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

7375624

MUHAMMAD ALI
XXX1 SOUTH MICHIGAN AVE
CHICAGO, IL 60619

Account Number
1091071

Date
September 13, 2019

| Date | Category | Description | Ad Size | Total Cost |
|------|----------|-------------|---------|------------|
| 09/13/2019 | Legal Notices | COPYRIGHT NOTICE | 2 x 177.00 CL | |

copy on back

## Affidavit of Publication

I, _____ Melissa Marshall _____ of lawful age, am a legal representative of the Tulsa World of Tulsa, Oklahoma, a daily newspaper of general circulation in Tulsa County, Oklahoma, a legal newspaper qualified to publish legal notices, as defined in 25 O.S. § 106 as amended, and thereafter, and complies with all other requirements of the laws of Oklahoma with reference to legal publication. That said notice, a true copy of which is attached hereto, was published in the regular edition of said newspaper during the period and time of publication and not in a supplement, on the DATE(S) LISTED BELOW

08/23, 08/30, 09/06, 09/13/2019

Newspaper reference: 0000571894

M. Marshall
Legal Representative

Sworn to and subscribed before me this date:    OCT 1 6 2019

Notary Public

KATHLEEN A. DRAKE
Notary Public
State of Oklahoma
Commission # 06000391 Expires 01/09/22

My Commission expires    1-9-22

FILED DATE: 11/14/2019 8:25 PM 2019CH10665

**571894**

Published in the Tulsa World, Tulsa County, Oklahoma, August 23 & 30; September 6 & 13, 2019

**Copyright Notice**

Date: September 29, 2021

From: ™ALI RASHAD MUHAMMAD©
ALI RASHAD MUHAMMAD EXPRESS TRUST
c/o 8011 South Michigan Avenue
Chicago, Illinois [60619]

To: Michael P. McGivney
LOCKE LORD, LLP
111 S. Wacker Dr. Ste. 4100
Chicago, IL. 60606

**NOTICE OF DEFAULT**
**AFFIDAVIT**

**WITH THIS NOTICE IS MY FIRST-HAND KNOWLEDGE OF THE FACTS AS STATED HEREIN AND SWORN AS THE TRUTH ACCORDING TO MY FIRST-HAND KNOWLEDGE.**

Dear Mr. McGivney of Locke Lord, LLP, on September 4, 2021, VIA Email, we sent you and your principal, Locke Lord, LLP a cease and desist letter for your violation of my tradename/trademark, due to you and your company's unauthorized use of said tradename/trademark without express written permission and acknowledgement. Also, with the cease and desist letter was a copy of our copyright notice and copyright number and DBA certificate.

Within the cease and desist letter it was demanded by us of you to within three (3) days of that letter:

- Remove all infringing content
- Permanently cease the use, publication, and distribution of our copyrighted material
- Notify us in writing when those tasks had been completed
- And Destroy all physical and electronic copies

And if you did not cease and desist within the above stated time period, we would be forced to take appropriate legal action against you and will seek all available damages and remedies. Then on September 8, 2021, in disregard of the cease and desist letter, you and your principal, sent by email and filed documents totaling 91 pages in length with our copy written tradename/trademark thereon without express written consent and acknowledgment.

To this day, none of our demands have be complied with and have further been willfully violated, therefore we send this notice of default, with invoice attached, which as stipulated in the copyright notice, represents a self-executing, binding contract/security agreement. See invoice attached.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on this 30 day of September 20 21.

ALL RIGHTS RESERVED

By: _Ali Rashad : Muhammad ©_
Authorized Representative

**JURAT**

State of Illinois  }
                   }ss.
County of Cook     }

Subscribed and sworn to or affirmed before me on this 30 day of SEPTEMBER, 2021 by Ali Rashad Muhammad, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Joyce E. Muhammad_ (seal)

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

FILED DATE: 11/19/2020 8:50 PM   2019CH10665

Date: September 29, 2021

From: ™ALI RASHAD MUHAMMAD©
     ALI RASHAD MUHAMMAD EXPRESS TRUST
     c/o 8011 South Michigan Avenue
     Chicago, Illinois [60619]

To: Michael P. McGivney
     LOCKE LORD, LLP
     111 S. Wacker Dr. Ste. 4100
     Chicago, IL 60606

## INVOICE

### Verified Statement of Account

Non-Negotiable – Private Between the Parties

Account Debtor:
LOCKE LORD, LLP
MICHAEL P MCGIVNEY
111 S. Wacker Drive Ste. 4100
Chicago, Il. 60606

Account Creditor:
™ALI RASHAD MUHAMMAD©
Ali-Rashad: Muhammad©®
c/o 8011 South Michigan Ave
Chicago, Illinois [60619]

In accordance with notice and terms contained within that certain private, consensual contract by and between Account Debtor MICHAEL P MCGIVNEY and Account Creditor Ali-Rashad: Muhammad©®, i.e., "Notice by Cease and Desist, Copyright Notice/Security Agreement" dated November 14, 2019, received and executed by LOCKE LORD, LLP and MICHAEL P MCGIVNEY on September 4, 2021, September 8, 2021, respectfully, an accounting of unauthorized-use fees incurred by LOCKE LORD, LLP and MICHAEL P MCGIVNEY, current as of the date of this invoice, re MICHAEL P MCGIVNEY's use of Account Creditor's copywritten property, is set forth as follows:

| Principal Amount | Unauthorized-Use Locator | Occurrences of Use | Extended Amount |
|---|---|---|---|
| $1,000,000.00 | Complaint to foreclose mortgage September 8, 2021, signed by Michael P. McGivney | 10 | $10,000,000.00 |
| $1,000,000.00 | Notice of Motion dated September 8, 2021, signed by Michael P. McGivney | 10 | $10,000,000.00 |
| | | Grand Total: | $20,000,000.00 |

The total amount of this invoice is Twenty Million Dollars in one ounce Gold eagle coins / Silver equivalent / fiat federal reserve notes ($20,000,000.00). Account Debtor has ten (10) days to tender payment in full. Remit to:

Ali-Rashad: Muhammad©®
c/o 8011 South Michigan Ave
Chicago, Illinois Republic [60619]

This invoice is dated: The Twenty-ninth Day of the Ninth Month in the Year of Our Lord Two Thousand Twenty-One.

The Undersigned, Ali-Rashad: Muhammad©®, does herewith swear, declare and affirm that the Undersigned has examined and any accompanying schedules, statements, and documents and that, in accordance with the best of the Undersigned's knowledge and belief, this statement is true correct, and complete. This declaration of Ali-Rashad: Muhammad©® is based on information of which Ali-Rashad: Muhammad©® has first-hand knowledge.

ALL RIGHTS RESERVED

By: _Ali Rashed: Muhammad_ ©

9/27/21, 11:08 AM                                              Gmail - Cease and Desist

 Gmail                              Ali Muhammad <alirashad.muhammad@gmail.com>

## Cease and Desist
1 message

**Ali Muhammad** <alirashad.muhammad@gmail.com>                Sat, Sep 4, 2021 at 5:17 PM
To: "McGivney, Mike" <Michael.McGivney@lockelord.com>

**3 attachments**

 **img20210904_17064134.pdf**
1594K

 **img20210904_17064343.pdf**
1477K

 **img20210904_17064443.pdf**
568K

Date: September 29, 2021

From: ™ALI RASHAD MUHAMMAD©
     ALI RASHAD MUHAMMAD EXPRESS TRUST
     c/o 8011 South Michigan Avenue
     Chicago, Illinois [60619]

To: Michael P. McGivney
    LOCKE LORD, LLP
    111 S. Wacker Dr. Ste. 4100
    Chicago, IL. 60606

## AFFIDAVIT OF MAILING

STATE OF ILLINOIS   )
                 )ss.
COUNTY OF COOK   )

I am over 18 years and not a party to the within action; my business address is:
For: Ali Rashad Muhammad
Joyce E. Muhammad (Notary Public)
c/o P.O. Box 19237
Chicago, Illinois 60619

On the 1st day of September 2021, I mailed the original copy of the following:

NOTICE OF DEFAULT one (1) page
NOTICE OF MOTION one (1) page
Cease and Desist Email Copy one (1) page

A total of (3) three pages, (not including this Affidavit of Mailing) by United States Postal Service
Certified Mail, No. 7020 2450 0002 1411 0463, Return Receipt requested, in a sealed envelope with
postage pre-paid properly addressed

MICHAEL P MCGIVNEY
LOCKE LORD, LLP STE 4100
111 S. WACKER DRIVE
CHICAGO, IL 60606

I have hereunto set my hand and affixed my seal of office, this 30 day of September, 20 21 C.E.

*Joyce E. Muhammad*
Notary Public in and for Illinois state

My Commission expires: July 18, 2023

> OFFICIAL SEAL
> JOYCE E MUHAMMAD
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/18/23

FILED DATE: 5/8/2023 2:28:30 PM 2019CH10665

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Locke Lord, LLP
Michael P. McGinney
111 S. WACKER Dr. Ste. 4100
Chicago, IL 60606

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5726 9346 2612 85

2. Article Number (Transfer from service label)

7020 2450 0002 1411 0463

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Portivey
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

NOTICE OF DEFAULT
INVOICE

DEL. 10/5

**UNITED STATES POSTAL SERVICE.**

GRAND CROSSING C ANNEX
7748 S COTTAGE GROVE AVE
CHI AGO IL 60619-9998
(800)275-8777

09/30/2021                          03:02 PM

Product              Qty    Unit    Price

First-Class Mail®      1            $0.58
Letter
   Chicago, IL 60606
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
   Mon 10/04/2021
Certified Mail®                     $3.75
   Tracking #:
      70202450000214110463
Return Receipt                      $3.05
   Tracking #:
      9590 9402 5726 9346 2612 85
Total                               $7.38

Grand Total:                        $7.38

Cash                               $10.00
Change                             -$2.62

************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811

Preview your Mail

# AFFIDAVIT OF MAILING

Date: September 30th, 2021

From: ALI RASHAD MUHAMMAD
     ALI RASHAD MUHAMMAD EXPRESS TRUST
     c/o 8011 South Michigan Avenue
     Chicago, Illinois [60619]

To: Michael P. McGivney
     LOCKE LORD, LLP
     111 S. Wacker Dr. Ste 4100
     Chicago, Il. 60606

STATE OF ILLINOIS     }
                   }ss.
COUNTY OF COOK     }

I am over the age of 18 years and not a party to the within action; my business address is:
By: Joyce E. Muhammad
For: Ali Rashad Muhammad
c/o P.O. Box 19237
Chicago, Illinois 60619

On the 30th day of September 2021, I mailed the original copy of the following:

NOTARY DEFAULT one (1) page
NOTICE OF INVOICE one (1) page
CEASE AND DESIST EMAIL COPY one (1) page

A total of three (3) pages, (not including this Affidavit of Mailing) by U.S. postal service
Certified Mail, No. 7020 2450 0002 1411 0463, Return Receipt Requested, in a sealed envelope
with postage pre-paid properly addressed

MICHAEL P. MCGIVNEY
LOCKE LORD, LLP STE 4100
111 S. WACKER DRIVE
CHICAGO, IL 60606

I have hereunto set my hand and affixed my seal of office, this 30 day of September,
20 21 C.E.

_Joyce E. Muhammad_
Notary Public in and for Illinois state

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

My Commission expires: July 18, 2023

Date: October 15, 2021

From: ™ALI RASHAD MUHAMMAD©
     ALI RASHAD MUHAMMAD EXPRESS TRUST
     c/o 8011 South Michigan Avenue
     Chicago, Illinois [60619]
     Claimant / Attorney in Fact

To: Michael P. McGivney
     LOCKE LORD, LLP
     111 S. Wacker Dr. Ste. 4100
     Chicago, IL. 60606
     LIBELLEE / Respondent

# NOTICE OF DEMAND FOR PAYMENT

To whom it may concern:

You are currently indebted to the Libellant / Secured Party in the amount of $20,000,000.00 for Copyright
Infringement relating to Documents you filed with the Judicial Courts of the State of Illinois of which you
are in Default. This amount is overdue and remains unpaid despite the previous request for payment by
the Libellant / Secured Party. Copies of the relevant invoice(s) are enclosed.

Unless payment if full is remitted to the claimant above within ten (10) days of the receipt of this final
Notice, the Libellant / Secured Party will establish an Affidavit of Default/Non-Response and then,
initiate appropriate legal proceedings against you to recover the above amount together with interests,
legal costs, and appropriate late fees for every day the balance remains unpaid. In addition, on the 91 day
of the initial "cease and desist" letter received by you and your firm, this claim automatically becomes an
accounts receivable.

Kindly govern yourself accordingly.

Respectfully,

Ali-Rashad: Mohammad

Ali-Rashad: Muhammad
Libellant, Self-Litigant

**JURAT**

State of Illinois

County of Cook

Signed (or subscribed or attested) before me on **October 15, 2021** by
Ali Rashad Muhammad (name of person).

Joyce E. Muhammad (seal)
signature of notary public

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

**AFFIDAVIT OF MAILING**

STATE OF ILLINOIS )
                      )ss.
COUNTY OF COOK )

I am over 18 years and not a party to the within action; my business address is:
For: Ali Rashad Muhammad
Joyce E. Muhammad (Notary Public)
c/o P.O. Box 19237
Chicago, Illinois 60619

On the 15th day of October 2021, I mailed the original copy of the following:

NOTICE AND DEMAND one (1) page
COPY OF INVOICE one (1) page

A total of (2) two pages, (not including this Affidavit of Mailing) by United States Postal Service
Certified Mail, No. 7020 2450 0002 1415 5013, Return Receipt requested, in a sealed envelope with
postage pre-paid properly addressed

MICHAEL P MCGIVNEY
LOCKE LORD, LLP STE 4100
111 S. WACKER DRIVE
CHICAGO, IL 60606

I have hereunto set my hand and affixed my seal of office, this 15 day of OCTOBER , 2021 C.E.

_Joyce E. Muhammad_
Notary Public in and for Illinois state

My Commission expires: _July 18, 2023_

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23



NOTICE DEMAND PAYMENT    Locke Lord
I INVOICE CLERK                    10/15 DEL

10/20

# UNITED STATES
# POSTAL SERVICE.

GRAND CROSSING C ANNEX
7748 S COTTAGE GROVE AVE
CHICAGO, IL 60619-9998
(800)275-8777              02:59 PM

10/15/2021

Product          Qty    Unit     Price
                        Price

First-Class Mail@    1
Letter
    Chicago, IL 60606
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
        Mon 10/18/2021              $3.75
    Certified Mail
        Tracking #:
        7020450000021 47            $3.95
    Return Receipt
        Tracking #:
        9590 9402 5726 9346 2364    $1.78

Total                               $9.48

First-Class M
Letter
    Chicago, IL 60602
    Weight: 0 lb 0.70 oz
    Estimated Delivery Dat
        Mon 10/18/2021              $1.53
    Certified Mail
        Tracking #         03099    $3.05
        9590 9402 5726 9346 2364.36 $7.38

                                    $14.76

Grand Total:                        $15.00
Cash                                -$0.24
Change

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Locke Lord LLP
Attn: Michael McGivney
111 S Wacker Drw Ste 4100
Chicago, IL 60606

9590 9402 5726 9346 2364 43

2. Article Number (Transfer from service label)
7020 2450 0002 1415 5013

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

™ALI RASHAD MUHAMMAD©
ALI RASHAD MUHAMMAD EXPRESS TRUST
c/o 8011 South Michigan Avenue
Chicago, Illinois [60619]

To: LOCKE LORD LLP
Attn: Michael P. McGivney
111 S Wacker Dr. Ste. 4100
CHICAGO, IL 60606

Our Ref        [1091071-ARM]
Your Ref       [70202450000214155013]
Direct Dial No. [312-528-9519]
Direct Email   [Michael.mcgivney@lockelord.com]

Date: 11-23-2021

By Certified Mail, Return Receipt Requested

Dear Michael

Payment Reference: [70202450000214155013]
Account Overdue; $20,000,000.00 Outstanding

We write to let you know that, according to our records, your account with us is overdue for payment. Please remember that our payment terms are [10] days from the date of our invoice, which was sent to you on 09/29/2021 as set out in the attached statement. Consequently, the above outstanding amount was due for payment on 10/09/2021 but as at the date of this letter we have not received your payment.

If there is a reason you have not made this payment, or believe payment has already been made, please contact us immediately (and at the latest within [3] days of receipt of this letter) with details so that we may investigate accordingly.

If there is any further delay or refusal, we may be forced to take action to recover the outstanding amount. Any controversy or claim arising out of or relating to this agreement, or to the obligation due, breach or enforcement thereof, shall be submitted to legal arbitration in the City of Chicago, Illinois. Any award made by any majority of the arbitrators shall be final, binding, and conclusive on all parties hereto for all purposes, and a judgment may be enforced thereon in any court having jurisdiction thereof.

Yours faithfully

™ALI RASHAD MUHAMMAD©
ALI RASHAD MUHAMMAD EXPRESS TRUST
c/o 8011 South Michigan Avenue
Chicago, Illinois [60619]



**AFFIDAVIT OF MAILING**

STATE OF ILLINOIS    )
                         )ss.
COUNTY OF COOK    )

I am over 18 years and not a party to the within action; my business address is:
For: Ali Rashad Muhammad
Joyce E. Muhammad (Notary Public)
c/o P.O. Box 19237
Chicago, Illinois 60619

On the 23rd day of November 2021, I mailed the original copy of the following:

NOTICE OF OVERDUE PAYMENT (1) page
COPY OF ORIGINAL INVOICE    (2) pages
Cease and Desist Email Copy one (1) page

A total of (4) four pages, (not including this Affidavit of Mailing) by United States Postal Service
Certified Mail, No. 7020 2450 0002 1416 2622, Return Receipt requested, in a sealed envelope with
postage pre-paid properly addressed

MICHAEL P MCGIVNEY
LOCKE LORD, LLP STE 4100
111 S. WACKER DRIVE
CHICAGO, IL 60606

I have hereunto set my hand and affixed my seal of office, this 23 day of November, 2021 C.E.

*Joyce E. Muhammad*

Notary Public in and for Illinois state

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

OVERDUE PAYMENT LETTER Mz Dei.
REDRESS OF GRIEVANCE LETTER
CONGR. KINZINGER SEN Dow HARMON



FILED DATE 8/3/2019 2:28:50 PM 2019CH10665

**UNITED STATES POSTAL SERVICE.**

GRAND CROSSING C ANNEX
7748 S COTTAGE GROVE AVE
CHICAGO, IL 60619-9998
(800)275-8777

11/23/2021                    01:27 PM

Product          Qty  Unit   Price
                      Price

First-Class Mail®  1          $2.16
Large Envelope
   Springfield, IL 62706
   Weight: 0 lb 5.60 oz
   Estimated Delivery Date
   Mon 11/29/2021
Certified Mail®                $3.75
   Tracking #:
      70183090000080439822
Return Receipt                 $3.05
   Tracking #:
      9590 9402 5726 9346 2694 41
Total                          $8.96

First-Class Mail®  1          $0.58
Letter
   Chicago, IL 60606
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
   Fri 11/26/2021
Certified Mail®                $3.75
   Tracking #:
      70202450000214162622
Return Receipt                 $3.05
   Tracking #:
      9590 9402 5726 9346 2694 58
Total                          $7.38

First-Class Mail®  1          $2.16
Large Envelope
   Washington, DC 20515
   Weight: 0 lb 5.40 oz
   Estimated Delivery Date
   Mon 11/29/2021
Certified Mail®                $3.75
   Tracking #:
      70183090000080439839
Return Receipt                 $3.05
   Tracking #:
      9590 9402 5726 9346 2694 34
Total                          $8.96

Grand Total:                  $25.30

Cash                          $30.00
Change                        -$4.70

*****************************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking       call
            1-800-222-1811.

Preview your Mail

# NOTARY CERTIFICATE OF NON RESPONSE

Pursuant to Uniform Commercial Code 3-305, formal notice is herein given that on or about September 30th 2021, the undersigned Public Notary did present the attached contract, via certified U.S. post Mail/ Return Receipt Requested #: 7020 2450 0002 1411 0463 with postage pre-paid, along with succeeding presentments the via the same dated October 15th 2021 [NOTICE AND DEMAND] certified U.S. post Mail/ Return Receipt Requested #: 7020 2450 0002 1415 5013, along with presentment sent via the same dated November 23rd 2021 [NOTICE OVERDUE PAYMENT] certified U.S. post Mail/ Return Receipt Requested #: 7020 2450 0002 1411 2622 with postage pre-paid, to the party listed therein with notice attached giving the party three days (72 hours) to either accept or refuse the conditions of the attached contract.

Allowing seven days for mailing of the contract, and more than three days or 72 hours for the acceptance or refusal, time allowed having passed for responding, said party having received notice of the terms of the contract, and the Notary showing no record of acceptance or refusal, the Notary does stipulate that according to the maxim of law "Silence is Acquiescence" there does herein appear to be an agreement of the parties on the terms and conditions of the contract attached herein and therefore confession of judgment of the merits is warranted.

Date: 12 / 14 / 2021

Joyce E. Muhammad Notary Public

Seal

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

[Note: Notary Public JOYCE E. MUHAMMAD is not an attorney licensed to practice law in the state of Illinois and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents and has no interest in any issue referenced therein. JOYCE E. MUHAMMAD is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]



# AFFIDAVIT OF MAILING

STATE OF ILLINOIS    }
                            }ss.
COUNTY OF COOK    }

I am over the age of 18 years and not a party to the within action; my business address is:
By: Joyce E. Muhammad
For: Ali Rashad Muhammad
c/o P.O. Box 19237
Chicago, Illinois 60619

On the 14th day of December 2021, I mailed the original copy of the following:

NOTARY CERTIFICAT OF DISHONOR one (1) page

A total of one (1) page, (not including this Affidavit of Mailing) by U.S. postal service Certified
Mail, No. 7020 2450 0002 1416 6460, Return Receipt Requested, in a sealed envelope with
postage pre-paid properly addressed

MICHAEL P. MCGIVNEY
LOCKE LORD, LLP STE 4100
111 S. WACKER DRIVE
CHICAGO, IL 60606

I have hereunto set my hand and affixed my seal of office, this 14 day of December,
20 21 C.E.

_Joyce E Muhammad_
Notary Public in and for Illinois state

My Commission expires: _July 18, 2023_

```
OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23
```

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 70202450000214166460

Remove ✕

Your item was delivered to an individual at the address at 11:26 am on December 17, 2021 in CHICAGO, IL 60606.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

December 17, 2021 at 11:26 am
CHICAGO, IL 60606

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 17, 2021, 11:26 am**
Delivered, Left with Individual
CHICAGO, IL 60606
Your item was delivered to an individual at the address at 11:26 am on December 17, 2021 in CHICAGO, IL 60606.

**December 16, 2021, 2:09 am**
Departed USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

3/30/22, 3:51 PM                                    USPS.com® - USPS Tracking® Results

**December 15, 2021, 8:11 am**
Arrived at USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

**December 15, 2021, 3:05 am**
Arrived at USPS Regional Origin Facility
BEDFORD PARK IL DISTRIBUTION CENTER

**December 14, 2021, 3:10 pm**
USPS in possession of item
CHICAGO, IL 60619

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Hearing Date: 9/21/2021 2:30 PM - 2:30 PM
Courtroom Number:
Location:

FILED
9/3/2021 1:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

14701459

## N THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CH-10665 |
| v. | ) | |
| | ) | |
| ALI RASHAD MUHAMMAD; UNITED | ) | 8011 S. Michigan Ave., |
| STATES OF AMERICA; UNKNOWN | ) | Chicago, Illinois 60619 |
| OWNERS; and NONRECORD | ) | |
| CLAIMANTS, | ) | Calendar 60 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Ali Rashad Muhammad
      8011 S. Michigan Ave.,
      Chicago, Illinois 60619
      *alirashad.muhammad@gmail.com*      9/21/

PLEASE TAKE NOTICE that on _____, 2021 at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable William B. Sullivan, or any other judge sitting in his stead, *via Zoom* Meeting ID: 810 2556 7672; Passcode: 021601; Zoom Conference Call Number: (312) 626-6799 in room 2803 of the Daley Center, Chicago, IL 60602 and shall then and there present *Caliber's Motion to Strike and/or Dismiss Defendant's Petition for Declaratory Judgment on the Pleadings with Prejudice and for Sanctions,* a copy of which is hereby served upon you.

Dated:  September 3, 2021                    **CALIBER HOME LOANS, INC.,**

                                             By:   /s/ Michael P. McGivney
                                                   One of its attorneys

Simon Fleischmann
*sfleischmann@lockelord.com*
Michael P. McGivney
*michael.mcgivney@lockelord.com*
LOCKE LORD LLP
Firm No. 44058
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0208 (MPM)

## CERTIFICATE OF SERVICE

    I, Michael P. McGivney, an attorney, hereby certify that, under section 1-109 of the Code of Civil Procedure, on September 3, 2021, I caused the foregoing to be served upon the following party via email:

    Ali Rashad Muhammad
    8011 S. Michigan Ave.
    Chicago, Illinois 60619
    *alirashad.muhammad@gmail.com*

                                         /s/ Michael P. McGivney

FILED DATE: 9/3/2021 1:22 PM 2019CH10665
FILED 9/3/2021 1:22 PM 2019CH10665

Hearing Date: 9/21/2021 2:30 PM - 2:30 PM
Courtroom Number:
Location:

FILED
9/3/2021 1:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

14701459

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CH-10665 |
| v. | ) | |
| | ) | |
| ALI RASHAD MUHAMMAD; UNITED | ) | 8011 S. Michigan Ave., |
| STATES OF AMERICA; UNKNOWN | ) | Chicago, Illinois 60619 |
| OWNERS; and NONRECORD | ) | |
| CLAIMANTS, | ) | Calendar 60 |
| | ) | |
| Defendants. | ) | |

## CALIBER'S MOTION TO STRIKE AND/OR DISMISS DEFENDANT'S PETITION FOR DECLARATORY JUDGMENT ON THE PLEADINGS WITH PREJUDICE AND FOR SANCTIONS

Plaintiff Caliber Home Loans, Inc. ("Caliber") respectfully moves this Court for an order

pursuant to 735 ILCS 5/2-619.1 striking and/or dismissing Defendant Ali Rashad Muhammad's

Petition for Declaratory Judgment Based on the Pleadings ("Petition") with prejudice and barring

him from filing any other pleadings or documents without prior leave of Court. In support of this

motion, Caliber states as follows:

## INTRODUCTION

Throughout this foreclosure, Muhammad has repeatedly filed nonsensical and

incomprehensible documents that failed to set forth any meritorious defenses or claims. This

conduct has continued even after the Court struck his fourth and final attempt to answer Caliber's

Complaint *with prejudice* on December 16, 2020. His latest effort is more of the same. For the

reasons stated below, Muhammad's Petition is procedurally improper and fails to state a claim

under RICO, TILA, or the other plainly inapplicable theories asserted. The Petition should be

summarily dismissed. And since Muhammad has demonstrated an ongoing disregard for Court

orders, he should be prohibited from any further filings without prior leave of Court.

1

FILED DATE: 9/2/2021 1:22 PM 2019CH10665

FILED DATE: 9/2/2021 2:59 PM 2019CH10665

## FACTUAL BACKGROUND

On January 27, 2017, Muhammad entered into a mortgage loan transaction with Caliber which transaction is evidenced by a note ("Note") in the original principal amount of $157,000 and secured by a mortgage ("Mortgage") encumbering the real property commonly known as 8011 S. Michigan Ave., Chicago, Illinois 60619 ("Property"). (**Exhibit 1**, Complaint to Foreclose Mortgage filed Sept. 16, 2019, attached hereto, at Exs. A and B thereto.) The Mortgage was recorded with the Cook County Recorder of Deeds as Document No. 1704118039 on February 10, 2017. (Ex. 1 at Ex. A thereto.) Because of Muhammad's default on the Note and Mortgage, Caliber initiated the above-captioned case by filing a complaint to foreclose the Mortgage on September 16, 2019. (Ex. 1.)

Muhammad was given multiple opportunities to file an answer in response to Caliber's complaint, but his pleadings failed to comply with the Illinois Code of Civil Procedure each time. Specifically, each pleading failed to admit or deny any of the complaint's allegations and instead claimed he was entitled to his own relief, but only provided a rambling, incoherent mess of irrelevant allegations. After his fourth attempt to file a proper pleading failed, this Court dismissed his Third Amended Answer with prejudice. (**Exhibit 2**, Order of December 16, 2020.)

Despite the Court's order, Muhammad has continued to file documents in this case that are full of incoherent, rambling and nonsensical claims and allegations that are irrelevant to the issues of this case. (*See, e.g.*, **Group Exhibit 3**, "Writ of Quo Warranto" filed December 22, 2020; Notice and "Request for Withdrawal of Application" filed December 24, 2020; "Writ of Praecipe to the Court Clerk Iris Y. Martinez" filed January 19, 2021.) Muhammad served Caliber with the Petition on or about August 3, 2021. (**Exhibit 4**, Petition.)[1] Despite being styled as a motion for a judgment

---

[1] It is not clear if Muhammad has even filed the Petition. On September 1, 2021, Caliber's counsel contacted the Clerk of the Court and confirmed there is no record of Muhammad filing the Petition in this matter. In any event, because

2

FILED DATE: 9/3/2021 1:22 PM 2019CH10665
FILED DATE: 9/3/2021 1:22 PM 2019CH10665

on the pleadings, it does not respond to the allegations in Caliber's complaint. Instead, it asserts a variety of claims, including violations of RICO, that he rescinded the loan under TILA, fraud, and that he is entitled to declaratory judgment. (Ex. 4.)[2]

## LEGAL STANDARDS

"A motion to dismiss under [735 ILCS 5/2-615] challenges the legal sufficiency of a complaint, based on facial defects of the complaint." *Johnson v. Filler*, 2018 IL App (2d) 170923, ¶ 15, 109 N.E.3d 370, 374. Conclusions of law or fact unsupported by specific allegations are insufficient to survive scrutiny. *Anderson v. Vanden Dorpel*, 172 Ill. 2d 399, 408 (1996). While a motion to dismiss must admit all well-pled facts, when considering the motion, the court must ignore conclusions unsupported by specific facts. *Knox Coll. v. Celotex Corp.*, 88 Ill. 2d 407, 426-27 (1981). Thus, if the pleading lacks sufficient facts to state a cause of action "the motion [to dismiss] must be granted regardless of how many conclusions the count may contain and regardless of whether or not they inform the defendant in a general way of the nature of the claim against him." *Id.; see also Adkins v. Sarah Bush Lincoln Health Ctr.*, 129 Ill. 2d 497, 519-20 (1989).

Unlike a 2-615 motion, a motion to dismiss under 735 ILCS 5/2-619 "admits the legal sufficiency of the [pleadings], but asserts an affirmative defense or other matter that avoids or defeats the [] claim[s]." *Horlacher v. Cohen*, 2017 IL App (1st) 162712, ¶ 50. "The purpose of a section 2-619 motion to dismiss is to dispose of issues of law and easily proved issues of fact at

---

Muhammad has indicated he intends to file this Petition with the Court, Caliber proceeds on the assumption that he did so as of August 3, 2021.

[2] Muhammad also purports to represent "similarly situated individuals," but gives no details as to the definitions of the class, nor does he allege any facts regarding the appropriateness for class treatment in this matter. To the extent that Muhammad is actually purporting to assert a class action, this must be stricken as well as it is wholly unsupported by any factual allegations regarding the class. Indeed, Muhammad provides no class definitions and no allegations as to numerosity, adequacy, or predominance, among other things.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) ECALAKZA    C. Date of Delivery 9/7/21 |
| 1. Article Addressed to:<br><br>Mike McGivney<br>Locke Lord LLP<br>111 S. Wacker Drive Ste. 4100<br>Chicago, IL 60606 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| [barcode]<br>9590 9402 5726 9346 2427 03 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>ricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (*Transfer from service label*)<br>7020 2450 0002 1411 0371 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

IRIS MARTINEZ
Judiciary Court of the State of Illinois
50 W. Washington St Ste 1001
Chicago, IL. 60602

9590 9402 5726 9346 2364 36

2. Article Number *(Transfer from service label)*

7020 2450 0002 1415 5099

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  R. Baule          □ Agent
                     □ Addressee

B. Received by *(Printed Name)*   | C. Date of Delivery
                                  | 10/20/21

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
☑ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
                        □ Priority Mail Express®
                        □ Registered Mail™
                        □ Registered Mail Restricted Delivery
                        □ Return Receipt for Merchandise
                        □ Signature Confirmation™
                        □ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED DATE: 11/20/2019 8:59 PM    2019CH10665

# ALI R MUHAMMAD TRUST

**LEI:** 984500488461AA1NF165
LEI Registration Status: ISSUED

United States of America, Chicago, 8011 S Michigan Ave, 60619



LEGAL NAME
ALI R MUHAMMAD TRUST

LEGAL JURISDICTION
US-IL

ENTITY STATUS
ACTIVE

REGISTERED AT
No Registration Authority available
RA000000

ENTITY LEGAL FORM CODE
Trust

## Addresses

LEGAL ADDRESS
8011 S Michigan Ave
60619
Chicago
US-IL
US | United States of America

HEADQUARTERS ADDRESS
8011 S Michigan Ave
60619
Chicago
US-IL
US | United States of America

## Registration Details

LEI INITIAL REGISTRATION DATE
2021-05-30

LEI LAST UPDATE DATE
2021-05-30

LEI NEXT RENEWAL DATE
2022-05-30

AUTOMATIC RENEWAL UNTIL
2024-05-30

LEI REGISTRATION STATUS
ISSUED

MANAGING LOU
Ubisecure Oy (RapidLEI)
529900T8BM49AURSDO55

VALIDATION SOURCES
ENTITY_SUPPLIED_ONLY

## Parents

NATURAL_PERSONS (Direct Parent Exception reported)

NATURAL_PERSONS (Ultimate Parent Exception reported)

DIRECT CHILDREN
No direct child data available

ULTIMATE CHILDREN
No ultimate child data available

LEI certificate is generated by LEI Register US (www.lei-identifier.com). LEI data is gathered from the GLEIF (www.gleif.org) database. LEI Register US is not responsible

**LEI Register US**
info@lei-identifier.com



AMERICAN**BAR**ASSOCIATION
Intellectual Property
Law Section

321 N. Clark Street
Chicago, IL 60654-7598
T 312-988-6254
iplaw@americanbar.org
www.americanbar.org/iplaw

CHAIR
Scott Bittman
New York, NY

CHAIR-ELECT
Kim R. Jessum
Yardley, PA

VICE CHAIR
Theo Cheng
Chicago, IL

SECRETARY
Adriana B. Luedke
Bettendorf, MO

FINANCIAL OFFICER
Robert Lytle

REVENUE OFFICER
Susan E. McGahan

CLE OFFICER
David Postolski

MEMBERSHIP OFFICER
Kevin Greenleaf

PUBLICATIONS OFFICER
Stephen P. Gleit

SECTION DELEGATES TO
THE HOUSE OF DELEGATES
William L. LaFuze (2021)
Lisa A. Dunner (2022)
Joseph M. Potenza (2023)

IMMEDIATE PAST CHAIR
George W. Jordan III

COUNCIL MEMBERS
James R. Davis II (2021)
Jonathan R. Sick (2021)
Joshua L. Simmons (2021)
Francine D. Ward (2021)
Erwin P. Cadena (2022)
Lisa Genduli (2022)
Cristina D. Francisco (2022)
Mary E. Rasenberger (2022)
Fernand H. Bedi (2023)
Diane Dunn McKay (2023)
Diane M. Meush (2023)
April A. D'Aleta (2023)
James L. Bikoff (2024)
Keena Hylton-Endo (2024)
Reka D. Maximai (2024)
Richard A. Baker (2024)

Young Lawyer Council Member
Parvin Bua Tafakkori (2021)

SECTION STAFF
Michael D. Winter
Director
Carey Hanks
Programming / Events
Amy Mandel
Communications / Publications

December 21, 2020

The Honorable Andrei Iancu
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office
Mail Stop OPIA, P.O. Box 1450
Alexandria, Virginia 22314

### Re: USPTO Request for Information on State Sovereign Immunity - Impact on Trademark Infringement

Dear Under Secretary Iancu:

The American Bar Association Section of Intellectual Property Law (the "Section") thanks the United States Patent and Trademark Office for the opportunity to provide comments in response to the USPTO study on state sovereign immunity. The views expressed herein are presented on behalf of the Section and have not been approved by the House of Delegates or the Board of Governors of the American Bar Association. Accordingly, they should not be construed as representing the position of the ABA.

The Section is pleased that the USPTO has taken action to confront this important issue in intellectual property law and provides herein some preliminary comments regarding the impact of state sovereign immunity on trademark infringement claims.[1]

State sovereign immunity impacts the ability of trademark owners to protect against and rectify infringement and dilution of their trademarks by state government actors. When states commit infringement and parties cannot stop that infringement or seek adequate compensation, trademark owners are effectively deprived of their full property rights and consumers are likely to be confused in the marketplace. As confirmed just this year by the Supreme Court in *Allen v. Cooper*, 140 S. Ct. 994, 1004 (2020), Congress has the power to abrogate sovereign immunity only when there is (1) more than "innocent" or "negligent" property deprivation and instead a pattern of "intentional, or at least reckless" deprivation; and (2) no adequate state remedy available. *See also*

---

[1]  Given the limited time to respond, the comments in this letter focus solely on trademark infringement claims. With additional time, the Section would be happy to provide further comments with respect to how the issue of state sovereign immunity impacts patent claims.

*Florida Prepaid v. College Savings*, 527 U.S. 627, 642-3, 645 (1999) (invalidating Congressional abrogation of state sovereign immunity in the Patent and Plant Variety Protection Remedy Clarification Act because Congress did not identify proper constitutional authority or a pattern of intentional or reckless infringement). This is a high burden to meet under the circumstances. The Section therefore fully supports the USPTO studying this important issue in more detail and specifically considering what actions can be taken to rectify the issue in light of the high burden for abrogation.

I. **A More Detailed Study Is Necessary To Determine Whether There Is A Pattern or Practice of Intentional or Reckless Infringement By State Actors**

The Section believes the pattern of intentional infringement by state actors requires greater study and is hopeful that a sufficient number of trademark owners will respond to the USPTO request for comment to allow the USPTO to get an accurate assessment of whether such a pattern exists. Significantly, it is difficult to capture the full extent of whether states use sovereign immunity to abuse the trademark system because sovereign immunity deters private parties from bringing trademark infringement claims against state entities in the first place. Put simply, it makes little sense to spend resources instituting a trademark infringement lawsuit against a state actor if the trademark owner knows that the claim is likely to be barred by sovereign immunity.

Nevertheless, and with this limitation in mind, there are at least some cases in which trademark owners do attempt to allege infringement against state actors and are barred by sovereign immunity. These cases illustrate the arduous path faced by rights holders that try to stop such infringements. For example, in *Board of Regents of University of Wisconsin v. Phoenix Intern. Software*, 653 F.3d 448, 450-2 (7th Cir. 2011), the State of Wisconsin applied to register the mark "CONDOR" for its software despite the fact that Phoenix registered the identical mark for its software four years earlier. After the plaintiff opposed the application, the Trademark Trial and Appeal Board granted the opposition and canceled the application, and the State of Wisconsin appealed the ruling. Plaintiff subsequently brought claims for trademark infringement against the State in federal district court. The Court ruled that Wisconsin waived its sovereign immunity defense by subjecting itself to federal jurisdiction by appealing the TTAB Order and allowed the infringement claims to proceed against them. Importantly, the plaintiff's claims of trademark infringement likely would have been barred by sovereign immunity absent the unusual circumstance present in this case—namely that the state actor itself (Wisconsin) instituted the civil action.

Many state courts have also held that the Eleventh Amendment will bar trademark infringement claims. *See e.g., Arkansas Lottery Comm'n v. Alpha Mktg.*, 2013 Ark. 232 (2013) (Alpha Marketing began using the trademark "ARKANSAS LOTTERY" in 1994 and registered it in 2007. Arkansas subsequently used "MY ARKANSAS LOTTERY" and the Arkansas Attorney General sent a cease and desist letter to Alpha to stop using their mark. Alpha filed a complaint alleging trademark infringement, but the court ultimately held that Alpha's trademark infringement claims were barred by sovereign immunity); *Kyle v. Georgia Lottery Corp.*, 290 Ga. 87 (2011) (Kyle registered the mark "MONEYBAG$" in 1995 for his game, which helped players pick lotto numbers.



FILED DATE: 8/2/2023 8:50 PM 2019CH10665

Georgia ran the lottery game called "MONEY BAGS" and performed a trademark search which revealed Kyle's trademark. In 2000 and 2002, Kyle granted a consent to George to use the mark, but when Georgia ran the game again in 2005 and 2007, it declined to seek Kyle's permission and instead claimed sovereign immunity. The court ultimately held that Kyle lacked bona fide use of the mark and that Kyle's alternative theories of liability of deceptive trade practices and breach of contract were barred by sovereign immunity).

While none of the cases highlighted above seemingly present a strong case for a pattern or practice of reckless infringement by state actors, and indeed may even show less than compelling facts to prove infringement overall, the cases demonstrate that the doctrine of sovereign immunity typically bars these types of claims on the federal and state level. These decisions are also likely to deter a sophisticated trademark owner from initiating such a trademark infringement claim against a state actor because the decisions support the view that sovereign immunity is a complete defense. Trademark owners therefore are unlikely to bring cases because to do so would be an exercise in futility. This problem reemphasizes the important need for the USPTO's study. The Section recommends that the USPTO leave its comment period open for a sufficient period of time to allow it to solicit as much public feedback as possible to ascertain both (1) the extent to which infringement claims are simply not brought against States in light of the Eleventh Amendment and (2) how States generally respond to legitimate cease and desist demands that do not result in litigation.

II.   **Alternative Theories Of Liability Do Not Provide Adequate Remedies For Plaintiffs In The Absence Of A Remedy Under Trademark Law**

In addition to being blocked by the Eleventh Amendment, trademark owners have few alternative theories of liability to compensate them for infringing their trademark rights.

***First***, the *Ex Parte Young* doctrine, which allows suits in federal court for injunctions against state officials acting on behalf of the state and is the primary method to ensure state compliance with federal law, has its limitations. *See Ex Parte Young*, 209 U.S. 123 (1908). While the doctrine allows a private party to seek injunctive relief against state officials acting in their official capacity for violations of federal law or the Constitution, it is not a perfect remedy. The doctrine can be difficult for a plaintiff to establish. For example, plaintiffs can struggle to establish a causal connection between the named government official and the unconstitutional actions even if the named officials oversaw the activity. *See Pennington Seed, Inc. v. Produce Exchange No. 299*, 457 F.3d 1334, 1338 (Fed. Cir. 2006) (finding an insufficient causal connection between the obligation of the state officials overseeing the intellectual property activity of the university and the actual violation committed).

Further, the *Ex Parte Young* doctrine will not necessarily make the trademark owner whole because it allows only for forward-looking injunctive relief and does nothing to remedy the past damage done by the infringement. The lack of money

FILED DATE: 18/30/2022 8:50 PM   2019CH10665

damages as a remedy for intentional trademark infringement results, among other things, in rights holders losing the chance for compensation for harm to their reputations and goodwill they may have suffered, including through the recovery (or, more accurately, lack thereof) of treble damages when the state knowingly infringes upon a mark.

**Second,** more traditional theories of liability, such as tort law, are also difficult to pursue in light of sovereign immunity. Statutory waivers of sovereign immunity vary by jurisdiction and court. If a state has immunity in tort claims, a rights holder must rely on these limited voluntary waivers by state statute. *See, e.g. Kyle v. Georgia Lottery Corp.,* 290 Ga. 87, 88 (2011) (finding that deceptive trade practices and breach of contract claim related to the unauthorized use of the mark was outside the scope of the Georgia Tort Claims Act and thus the plaintiff's claims were barred by sovereign immunity; *Schneider v. Northeast Hosp. Auth.,* 1998 WL 834346 at *1 (Tex. App. 1998) (finding infringement claims were outside the scope of the Texas Tort Claims Act, which only waives sovereign immunity for personal injury from motor vehicle accidents and the misuse of tangible or real property; plaintiff's claims barred by sovereign immunity). These varying, limited statutory waivers create a piecemeal system where a rights holder's options for redress depend upon the state in which there might be jurisdiction rather than the merits of a claim.

Further, some states have established a state claim commission where a plaintiff can present their claim to the commission for a potential recommendation to the legislative body to compensate the aggrieved party with money damages. However, the existence of such commissions, their structure and available relief vary across states. *See Arkansas Lottery Comm'n v. Alpha Mktg.,* 2013 Ark. 232, 14 (2013).

**Third,** pursuing trademark infringement as an unconstitutional taking has also proven extremely difficult for rights holders. For example, in *Schneider,* the plaintiff who operated Northeast Minor Emergency Center, sued the Northeast Hospital Authority, an arm of the state government, seeking damages and injunctive relief for trademark infringement as an unconstitutional taking of his property under the Texas Constitution. 1998 WL 834346 at *2 (Tex. App. 1998). Northeast Hospital Authority had purchased the Kingwood Minor Emergency Center near the plaintiff's facility and renamed it "Northeast Minor Emergency Center." This was the exact name of the plaintiff's facility. Ultimately, the court found that trademark infringement is not a compensable taking under the Texas Constitution. *Id.* Even though the plaintiff attempted to protect his property interests through an alternative cause of action, the court struck down that avenue, and he was unable to recover.

*Schneider* does not stand alone in representing the difficulty of obtaining a remedy for an unconstitutional taking. In *Arkansas Lottery Comm'n v. Alpha Mktg.,* the plaintiff argued that he was entitled to an injunction and damages because state infringement of his trademark was an unconstitutional taking under the Arkansas Constitution. The court found that the plaintiff's unconstitutional takings claims were barred by sovereign immunity because the exception to sovereign immunity for unconstitutional acts is limited to injunctions and does not apply to actions seeking

monetary relief. 2013 Ark. 232, 14-15 (2013). Obtaining relief for an unconstitutional taking in the trademark context can be completely foreclosed, as in *Schneider*, or limited in scope, as in *Arkansas Lottery Comm'n*. This leaves few options for an aggrieved rights holder.

### III.    Remedies In The Alternative to Abrogation Should Be Considered

Given the lack of remedies available to trademark owners in the face of the Eleventh Amendment, and the high burden to establish abrogation, the Section believes that the USPTO's study should also consider alternative measures to abrogation, such as encouraging states to proactively waive sovereign immunity. Even if the USPTO determines there is no pattern or practice of intentional or reckless state infringement – or that remedies may exist in some (but not all) cases through limited waivers or other doctrines – that should not excuse even one case of infringement, especially intentional infringement, by a state actor. The USPTO's study should seriously consider how States can be incentivized to abide by trademark laws, *e.g.*, through proper clearance of their tradmearks, and if they fail to do so, face appropriate penalties.

* * *

The Section appreciates the opportunity to offer these comments in support of the USPTO's study and would be happy to offer additional comments as the USPTO begins to assess the findings. Should you have any questions or would like to discuss these issues further, please do not hesitate to contact me.

Sincerely,

*June M. Besek*

June M. Besek Chair
ABA Section of Intellectual Property Law

**EXHIBIT C**

Hearing Date: 9/21/2021 2:30 PM - 2:30 PM
Courtroom Number:
Location:

FILED
9/3/2021 1:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

14701459

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CH-10665 |
| v. | ) | |
| | ) | |
| ALI RASHAD MUHAMMAD; UNITED | ) | 8011 S. Michigan Ave., |
| STATES OF AMERICA; UNKNOWN | ) | Chicago, Illinois 60619 |
| OWNERS; and NONRECORD | ) | |
| CLAIMANTS, | ) | Calendar 60 |
| | ) | |
| Defendants. | ) | |

### CALIBER'S MOTION TO STRIKE AND/OR DISMISS DEFENDANT'S PETITION FOR DECLARATORY JUDGMENT ON THE PLEADINGS WITH PREJUDICE AND FOR SANCTIONS

Plaintiff Caliber Home Loans, Inc. ("Caliber") respectfully moves this Court for an order pursuant to 735 ILCS 5/2-619.1 striking and/or dismissing Defendant Ali Rashad Muhammad's Petition for Declaratory Judgment Based on the Pleadings ("Petition") with prejudice and barring him from filing any other pleadings or documents without prior leave of Court. In support of this motion, Caliber states as follows:

### INTRODUCTION

Throughout this foreclosure, Muhammad has repeatedly filed nonsensical and incomprehensible documents that failed to set forth any meritorious defenses or claims. This conduct has continued even after the Court struck his fourth and final attempt to answer Caliber's Complaint *with prejudice* on December 16, 2020. His latest effort is more of the same. For the reasons stated below, Muhammad's Petition is procedurally improper and fails to state a claim under RICO, TILA, or the other plainly inapplicable theories asserted. The Petition should be summarily dismissed. And since Muhammad has demonstrated an ongoing disregard for Court orders, he should be prohibited from any further filings without prior leave of Court.

1

FILED DATE: 9/3/2021 1:22 PM    2019CH10665
FILED DATE: 9/3/2021 1:22 PM    2019CH10665

## FACTUAL BACKGROUND

On January 27, 2017, Muhammad entered into a mortgage loan transaction with Caliber which transaction is evidenced by a note ("Note") in the original principal amount of $157,000 and secured by a mortgage ("Mortgage") encumbering the real property commonly known as 8011 S. Michigan Ave., Chicago, Illinois 60619 ("Property"). (**Exhibit 1**, Complaint to Foreclose Mortgage filed Sept. 16, 2019, attached hereto, at Exs. A and B thereto.) The Mortgage was recorded with the Cook County Recorder of Deeds as Document No. 1704118039 on February 10, 2017. (Ex. 1 at Ex. A thereto.) Because of Muhammad's default on the Note and Mortgage, Caliber initiated the above-captioned case by filing a complaint to foreclose the Mortgage on September 16, 2019. (Ex. 1.)

Muhammad was given multiple opportunities to file an answer in response to Caliber's complaint, but his pleadings failed to comply with the Illinois Code of Civil Procedure each time. Specifically, each pleading failed to admit or deny any of the complaint's allegations and instead claimed he was entitled to his own relief, but only provided a rambling, incoherent mess of irrelevant allegations. After his fourth attempt to file a proper pleading failed, this Court dismissed his Third Amended Answer with prejudice. (**Exhibit 2**, Order of December 16, 2020.)

Despite the Court's order, Muhammad has continued to file documents in this case that are full of incoherent, rambling and nonsensical claims and allegations that are irrelevant to the issues of this case. (*See, e.g.*, **Group Exhibit 3**, "Writ of Quo Warranto" filed December 22, 2020; Notice and "Request for Withdrawal of Application" filed December 24, 2020; "Writ of Praecipe to the Court Clerk Iris Y. Martinez" filed January 19, 2021.) Muhammad served Caliber with the Petition on or about August 3, 2021. (**Exhibit 4**, Petition.)[1] Despite being styled as a motion for a judgment

---

[1] It is not clear if Muhammad has even filed the Petition. On September 1, 2021, Caliber's counsel contacted the Clerk of the Court and confirmed there is no record of Muhammad filing the Petition in this matter. In any event, because

2

on the pleadings, it does not respond to the allegations in Caliber's complaint. Instead, it asserts a variety of claims, including violations of RICO, that he rescinded the loan under TILA, fraud, and that he is entitled to declaratory judgment. (Ex. 4.)[2]

## LEGAL STANDARDS

"A motion to dismiss under [735 ILCS 5/2-615] challenges the legal sufficiency of a complaint, based on facial defects of the complaint." *Johnson v. Filler*, 2018 IL App (2d) 170923, ¶ 15, 109 N.E.3d 370, 374. Conclusions of law or fact unsupported by specific allegations are insufficient to survive scrutiny. *Anderson v. Vanden Dorpel*, 172 Ill. 2d 399, 408 (1996). While a motion to dismiss must admit all well-pled facts, when considering the motion, the court must ignore conclusions unsupported by specific facts. *Knox Coll. v. Celotex Corp.*, 88 Ill. 2d 407, 426-27 (1981). Thus, if the pleading lacks sufficient facts to state a cause of action "the motion [to dismiss] must be granted regardless of how many conclusions the count may contain and regardless of whether or not they inform the defendant in a general way of the nature of the claim against him." *Id.; see also Adkins v. Sarah Bush Lincoln Health Ctr.*, 129 Ill. 2d 497, 519-20 (1989).

Unlike a 2-615 motion, a motion to dismiss under 735 ILCS 5/2-619 "admits the legal sufficiency of the [pleadings], but asserts an affirmative defense or other matter that avoids or defeats the [] claim[s]." *Horlacher v. Cohen*, 2017 IL App (1st) 162712, ¶ 50. "The purpose of a section 2-619 motion to dismiss is to dispose of issues of law and easily proved issues of fact at

---

Muhammad has indicated he intends to file this Petition with the Court, Caliber proceeds on the assumption that he did so as of August 3, 2021.

[2] Muhammad also purports to represent "similarly situated individuals," but gives no details as to the definitions of the class, nor does he allege any facts regarding the appropriateness for class treatment in this matter. To the extent that Muhammad is actually purporting to assert a class action, this must be stricken as well as it is wholly unsupported by any factual allegations regarding the class. Indeed, Muhammad provides no class definitions and no allegations as to numerosity, adequacy, or predominance, among other things.

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION
### MORTGAGE FORECLOSURE SECTION

| | | |
|---|---|---|
| Caliber Home Loans, Inc., | ) | |
| | ) | Case No. 19 CH 10665 |
| Plaintiff, | ) | |
| | ) | Calendar 60 |
| v. | ) | |
| | ) | Hon. William B. Sullivan |
| Ali Rashad Muhammad | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter coming before the court for scheduling of Defendant's emergency motion to stay judicial sale, the court being fully advised on the premises;

**IT IS HEREBY ORDERED:**

1.  Defendant's motion is denied with prejudice.

Date: August 3, 2022                                   ENTERED:

**ENTERED**
Judge William B. Sullivan-2142
**AUG 03 2022**
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

_____
Judge William B. Sullivan

Order Prepared by the Court
Email: ccc.mfmlcalendar60@cookcountyil.gov
Phone: (312) 603-3894

Hearing Date: No 17/2022 2:30 PM 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

™Ali Rashad Muhammad©, Secured Party
c/o 8011 South Michigan Avenue
Chicago, Illinois state [60619]
Tel 708-539-9201

FILED
9/6/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
20208239

## IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

CALIBER HOME LOANS, INC.,
    **PLAINTIFF**

   vs.

ALI RASHAD MUHAMMAD
    **DEFENDANT.**

No. 2019CH10665

8011 S Michigan Ave
Chicago, Ill. [60619]

### DEFENDANT ALI RASHAD MUHAMMAD'S EMERGENCY MOTION
### TO RECUSE AND DISQUALIFY JUDGE WILLIAM B SULLIVAN
### CHALLENGE SUBJECT MATTER JURISDICTION AND MOTION TO SET ASIDE
### AGENCY ACTION

**I am before this court without prejudice, without waiving any rights, remedies or defenses, statutory or procedural. Here by special restricted appearance.**

Comes now Defendant Ali Rashad Muhammad ("Muhammad"), in the above listed action and files his

Brief in Support of Motion to Recuse and Disqualify Judge William B Sullivan. In the following

paragraphs, Defendant shows the grounds for which he Moves to Recuse and Disqualify Judge Sullivan.

### BRIEF BACKGROUND OF PROCEEDINGS

1.  On or about September 16, 2019, attorneys for Complainant filed this foreclosure suit. The
    Complaint alleges: "Plaintiff files this Complaint to Foreclose the mortgage, trust deed or other
    conveyance in the nature of a mortgage (hereinafter called "Mortgage").

2.  On October 18, 2019, Muhammad filed a Response to the complaint in the nature of a
    Counterclaim, Request for Admissions, Affirmative defenses, Adverse Claim and Answer and
    Rebuttal point for point of each of Plaintiff's Complaint. See Exhibit 1A

3.  On October 21, 2019, Muhammad sent via USPS Certified Mail 7018 3090 0000 8236 0216,
    Return receipt requested, an Affidavit of Ali Rashad Muhammad wherein notice was given to the
    alleged lender (CALIBER HOMES LOANS, INC.,) of Muhammad's unconditional right of
    rescission regarding alleged account #9703301359 and any security interest attached thereto, due
    to the alleged lender's failure to provide full disclosure. (See Exhibit 1)

1



FILED DATE: 9/6/2022 12:04 PM 2019CH10665

4. On March 13, 2020, Muhammad sent via USPS Certified Mail 7018 3090 0000 8051 0477, Return receipt requested, Securities Bonds (13 GSA BONDS) to Judge William B Sullivan, which was received on March 16, 2020, evidenced by the green form 3811 receipt. These bonds we stated were being issued to settle and close case #2019CH10665. We also sent Securities Bonds (13 GSA BONDS) to Clerk Dorothy Brown on the same day via USPS Certified Mail 7019 3090 0000 8051 0460 and received on March 16, 2020, as well. See Exhibit B

5. On or around June 15th, 2020, we mailed an affidavit of discharge to Judge William B Sullivan, stating the fact that due to the Judge receiving and accepting those bonds (securities), the debt was to be considered discharged and that Judge Sullivans default or acquiescence constituted a contract deemed settled and closed res judicata. This was also sent USPS Certified Mail # 7018 3090 0000 8233 6617. See Exhibit B1

6. On or around September 1st, 2020, Clerk Dorothy Brown returned those bonds via USPS Mail and informed us that we were to efile anything pertaining to the case. On September 2nd, 2020, we filed those bonds into the registry of the Court. See Exhibit B2

7. On May 2, 2022, Judge Sullivan entered a Summary Judgment, Default Judgment of foreclosure and sale. Muhammad objected and took exception.

## LAW AND ARGUMENT

8. According to Illinois Supreme Court Rule 63 (CANON 3): A Judge Should Perform the Duties of Judicial Official Impartially and Diligently. The judicial duties of a judge take precedence over all the judge's other activities. The judge's judicial duties include all the duties of the judge's office prescribed by law. In the performance of these duties, the following standards apply:
A. Adjudicative Responsibilities.
   (1) A judge should be faithful to the law and maintain professional competence in it.
   (4) A judge shall accord to every person who has a legal interest in a proceeding, or that persons lawyer, the right to be heard according to law.
   (6) A judge shall devote full time to his or her judicial duties and should dispose promptly of the business of the court.

C. Disqualification.
   (1) A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances where:
      (d) the judge knows that he or she, individually or as a fiduciary, or the judge's spouse, parent or child wherever residing, or any other member of the judge's family residing in the judge's household, has an economic interest in the subject matter in controversy or in a party to the proceeding, or has any other more than de minimis interest that could be substantially affected by the proceeding; or

      (e) the judge or the judge's spouse, or a person within the third degree of relationship to either of them, or the spouse of such person:
         (i) is a party to the proceeding, or an officer, director, or trustee of a party;
         (ii) is acting as a lawyer in the proceeding;

2

FILED DATE: 9/6/2022 12:08 PM   2019CH10665

(iii) is known by the judge to have a more than de minimis interest that could be substantially affected by the proceeding; or,

(2) A judge shall keep informed about the judge's personal and fiduciary economic interests and make a reasonable effort to keep informed about the personal economic interests of the judge's spouse and minor children residing in the judge's household.

9. Rule 68 of the rules of the Illinois Supreme Court requires each circuit judge to file an annual ethics statement. In a confidential portion of the statement the judge is required to list "creditors to whom amounts in excess of $1000 are owed by me," and also any potential conflicts of interest. United States of America v. Reginald J Holzer 816 F.2d 304 (1987) 7th Cir. Court of Appeals.

b. In addition this activity violates The Public Officer Prohibited Activities Act.

## ARGUMENT

10. On or about August 9th, 2022, we paid for and received on August 12th, 2022, Judge Sullivan's ethic statement to determine if he listed Muhammad as one of his creditors of whom amounts in excess of $1,000 were owed by Sullivan, and also to see if Sullivan listed any conflict of interests. Clearly, we submit for the record and on the record that due to the facts stated above, specifically the fact that Sullivan received and accepted Bonds from Muhammad, this made Muhammad a creditor of Sullivan and also posed a conflict of interest since Sullivan was adjudicating a case in which Muhammad was a party. See Exhibit C

11. After receiving and inspecting the ethics statements for the years 2020, 2021 and 2022, we did not discover any statements made by Sullivan about Muhammad being a creditor whom Sullivan owed money, nor about a conflict of interest. In addition, nor was there any statement or admission by Sullivan of receiving any gift. See Exhibit C

12. We submit that this poses a question of whether the facts we have stated establish fraud within the meaning of the Mail fraud statute and extortion within the meaning of the Hobbs Act? Fraud in its elementary common law sense of deceit – and this is one of the meanings that fraud bears in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) – includes deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary towards the public, including in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them, he is guilty of fraud. When a judge is busy receiving or accepting loans from one party and not telling the opposing counsel (let alone the public) he is concealing material information in violation of his fiduciary obligations.

13. But the State of Illinois has decided that judges shall not be compensated out of fees paid by the litigants, and a judge who disregards this decision deprives the state of fees paid by the litigants, and a judge who disregards this decision deprives the state of whatever benefits (what the cases call the public's "intangible rights") it hoped to obtain from the system of compensation that it did adopt. He also makes litigants pay double for judicial services – once in their taxes (which pay the judges' salaries), and the second time in fees paid directly to the judge. When in addition the judge conceals what he is doing, he commits fraud; for what he is concealing is clearly material information to his employer, the state.

3

FILED DATE: 9/6/2022 12:08 PM  2019CH10665

14. We also submit that such actions by Sullivan could be considered as receiving bribes. Bribery occurs when property or personal advantage is accepted by a public employee with knowledge that it is offered with intent to influence the performance of any act related to his public position. No particular act need be contemplated by the person offering the property or personal advantage, or the public official to whom the offer is made. The crime is completed when the property or personal advantage is accepted by the public employee knowing it was offered with the intent that he act favorably to the person offering the property or personal advantage when necessary. United States v. Gorny, 732 F.2d 597, 601 (7th Cir. 1984).

15. Thus we contend that the mails were used to carry out the scheme to defraud. "Further, we held that a mailing is in furtherance of a scheme if the defendant "commits an act with knowledge that the use of the mails will follow in the ordinary course of business or commits an act when the use of the mails can reasonably be foreseen." United States v. McManigal, 708 F.2d 276, 281 7th Cir. Ct. of Appeals (1983).

16. We turn to the issue of extortion, defined in the Hobbs Act as "the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear or under color of official right." Muhammad contends the fear of losing his home caused him to mail the Bonds to Sullivan.

17. Muhammad further contends that, Sullivans actions are akin to devising a scheme to defraud Illinoisans and government of Illinois of their right to have the State's affairs conducted honestly and to obtain directly or indirectly, money and other things of value by means of false pretenses and the concealment of material facts. Thereby defrauding Illinoisans of their intangible rights to honest and impartial government.

18. Muhammad also contends that Sullivan committed these acts while associated with a legitimate enterprise and that he thereby committed racketeering activity while so associated as a judge of Judicial Courts of the State of Illinois doing business as CIRCUIT COURT COOK COUNTY. And that Sullivan thereby violated federal law, specifically 18 U.S.C. § 1962(c), making it unlawful for "any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt."

19. And lastly but certainly not least, Muhammad contends that public officers are expected to adhere to the highest standards of ethical conduct. It is unethical for public officers to use the knowledge and power of their positions to further their private interests. When private interests compete with the performance of duty, a conflict of interest arises. Conflicts of interest are prohibited by common law and statute not only to prevent the actual abuse of power for an officer's benefit, but also to prevent the officer from being placed in a situation that carries within it the potential of abuse. Muhammad submits that such conflict of interest exists in this case #2019Ch10665.

4

**CONCLUSION**

For violations of Muhammad's due process, his right to be secure in his papers, his right to fair trial, his right to equal justice under the law, deprivation of property without just compensation and for Sullivan particularly violating the **Public Officers Prohibited Activities Act**, wherein "Contracts made in violation of the Illinois conflict of interest statutes are void. A public officer who violates a conflict-of-interest statute is guilty of a Class 4 felony which is punishable by up to three years in prison and a fine of up to $10,000. In addition, the officer is removed from public office." Muhammad challenges subject matter jurisdiction and moves this court or another court or judge to disqualify Sullivan and to hold unlawful and set aside this agency action, due to it being arbitrary and capricious, abuse of discretion, breach of trust, violation of federal and state law, loss of subject matter jurisdiction and fraud upon the court by Sullivan.

Respectfully,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___August 6, 2022___, 2022.

By: ___Ali-Rashad : Muhammad___

Without Prejudice UCC 1-308, 1-103

**JURAT**

State of Illinois   )
                    )ss.
County of Cook      )

Signed and sworn (or affirmed) to before me on ___August 6, 2022___ (date) by

___Ali Rashad Muhammad___ (name of person making statement).

___Joyce E Muhammad___ (seal)
Signature of notary public

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

CC: Judge Timothy C. Evans

    Attorney General Kwame Raoul

5

## CERTIFICATE OF SERVICE

On 9/06/2022

I Ali Rashad Muhammad, a natural man created by God, hereby certify that I caused to be delivered via email, these documents to the party(s) listed below.

Ernest J. Codilis Jr.
pleadings@il.cslegal.com
CODILIS AND ASSOC. P.C.
15W030 N Frontage Rd,
Burr Ridge, IL 60527

By: /s/ Ali Rashad Muhammad

Hearing Date; No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

# EXHIBIT 1

FILED
9/6/2022 3:02 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
19968430

Certified Mail No. # 7018 3090 0000 8236 0216

FILED
10/18/2019 6:20 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

7024556

### AFFIDAVIT OF Ali Rashad Muhammad

™Ali Rashad Muhammad©
c/o 8011 S. Michigan Ave
Chicago, [60619]
Illinois

To: CALIBER HOME LOANS, INC
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

OCTOBER 19, 2019

The undersigned, ™Ali Rashad Muhammad©, a native state Citizen and real live sentient man, hereinafter "Affiant" does herewith assert and declare on Affiantt's unlimited liability that Affiant issues this AFFIDAVIT OF ™Ali Rashad Muhammad© with sincere intent, that Affiant is competent to testify and state the matters set forth herein and is willing to testify with first hand knowledge, all contents herein are true, correct, and complete in accordance with Affiant's knowledge, understanding, and intent. Affiant is of sound mind, and over the age of twenty-one. Affiant reserves all rights. Affiant being unschooled in law, and who has no bar attorney, without an attorney, and having never been represented by an attorney, and does not waive counsel, knowingly and willingly Declares and duly affirms:

1.  Affiant is not a legal entity nor any other form of juristic or artificial person.
2.  CALIBER HOME LOANS, INC. is engaged in the business of taking deposits making loans.
3.  Affiant, regarding the absolute and legal estate, is the sole legal and absolute owner, maker, or issuer of the estate and any asset(s) or property(ies) regarding the absolute estate and Affiant has never assigned, transferred, nominated any of Affiant's right, title, or interest to CALIBER HOME LOANS, INC.
4.  Affiant has no knowledge of nor has CALIBER HOME LOANS, INC. ever revealed or disclosed to Affiant any trust relationship or creation of any trust with CALIBER HOME LOANS, INC. or any other(s) regarding alleged account #9703301359 or the Mortgage/Deed of Trust regarding the same.
5.  It was never Affiant's intent to agree or consent to any trust relationship or creation of trust between CALIBER HOME LOANS, INC. and Affiant.
6.  Affiant never knew of nor agreed nor consented to CALIBER HOME LOANS, INC. or any others granting authority and becoming a trustee, agent, or having agency over any of Affiant's property.
7.  Affiant understood Affiant was obtaining CALIBER HOME LOANS, INC.'S capital and not obtaining credit or a line of credit nor an open end nor closed end of any form of credit.
8.  CALIBER HOME LOANS, INC. advanced money or property inducing Affiant into believing said advancement was from CALIBER HOME LOANS, INC.'S funds when in fact was credit.
9.  Affiant was induced by CALIBER HOME LOANS, INC into believing CALIBER HOME LOANS, INC.'S capital was the only funding source of the alleged transaction.
10. CALIBER HOME LOANS, INC actions to date prevent full disclosure to Affiant denying Affiant an opportunity to make a fully informed decision with regard to this alleged transaction.

Page 1 of 5

Certified Mail No. # 7018 3090 0000 8236 0216

FILED DATE: 10/18/2019 6:20 PM 2019CH10665
FILED DATE: 10/18/2019 6:20 PM 2019CH10665

11. CALIBER HOME LOANS, INC. never disclosed any documented fact that CALIBER HOME LOANS, INC. purchased Affiant's alleged obligation thereby allegedly obligating Affiant to CALIBER HOME LOANS, INC.

12. CALIBER HOME LOANS, INC. induced Affiant into believing CALIBER HOME LOANS, INC.'S capital was the sole source of funding regarding alleged account # 9703301359.

13. CALIBER HOME LOANS, INC. is knowingly and willfully engaging in the collection of an extension of credit while inducing Affiant into believing Affiant is repaying CALIBER HOME LOANS, INC.'S own capial.

14. CALIBER HOME LOANS, INC. is using extortionate enforcement of payment without clear and full disclosure of foundation to Affiant.

15. CALIBER HOME LOANS, INC. is intentionally concealing and withholding material facts regarding any trust or the creation of any trust in re alleged Mortgage/Deed of Trust connected to alleged account # 9703301359.

16. CALIBER HOME LOANS, INC. is intentionally concealing and withholding material facts in re any trustee or beneficiary, designated, nominated, appointed, or assigned by Affiant.

17. CALIBER HOME LOANS, INC. is willfully withholding or concealing full disclosure of all material facts to Affiant.

18. CALIBER HOME LOANS, INC. is using undue influence upon Affiant to retain domination over the Affiant's complete knowledge and intentional consent or agreement.

19. CALIBER HOME LOANS, INC.'S action(s) exceed persuasion under duress by restraining and injuring Affiant's will, property, and rights without the consent, agreement and knowledge of Affiant.

Any man or woman having first hand knowledge of all the facts asserted herein and having absolute power and authority to rebut this affidavit must rebut each and every point separately with the rebutting party's own signature and endorsement notarized, under the penalty of perjury and willing to testify, and executed as true, correct, and complete with positive proof attached. Absent positive proof any rebuttal shall be deemed null and void having no force or effect, thereby waiving any of CALIBER HOME LOANS, INC.'S immunities or defenses.

Any rebuttal shall be mailed to the undersigned and the Notary address within ten (10) calendar days of CALIBER HOME LOANS, INC.'S receipt of this Affidavit.

When a rebuttal is not received by both the Affiant and the Notary within 10 days this entire Affidavit and default provisions shall be deemed true and correct.

CALIBER HOME LOANS, INC. further agrees **and** consents to this administrative notice and default under this affidavit as clear and convincing evidence and proof of the facts asserted herein:

1. CALIBER HOME LOANS, INC. agrees to a Deed of release or release of Mortgage.

2. CALIBER HOME LOANS, INC. agrees to set aside any Mortgage/Deed of Trust.

3. CALIBER HOME LOANS, INC. agrees that each point in this affidavit shall constitute a single claim against CALIBER HOME LOANS, INC.'S bond(s) for each point not directly rebutted by CALIBER HOME LOANS, INC.

Certified Mail No. # 7018 3090 0000 8236 0216

FILED DATE: 10/18/2019 6:20 PM   2019CH10665

FILED DATE: 10/18/2019 6:20 PM   2019CH10665

4. CALIBER HOME LOANS, INC. agrees to release any information, rather private or otherwise, to Affiant about any of CALIBER HOME LOANS, INC.'S or CALIBER HOME LOANS, INC.'S agents or representatives Employee Dishonesty Bond, Directors and Officers Policy Bond or any other liability bond(s), including the insurance or bond company name, bond company information, bond enforcement information, or any other of CALIBER HOME LOANS, INC.'S bond information Affiant requests.

5. CALIBER HOME LOANS, INC. hereby obligates and guarantees CALIBER HOME LOANS, INC.'S bond(s) to secure the performance of non rebuttal of this affidavit to Affiant for nay unfaithful performance of fiduciary duties, financial loss, or damages sustained by Affiant in connection to any breach of contract or this affidavit. Any amount is not limited by the value of any property or costs incurred by Affiant in seeking remedy for CALIBER HOME LOANS, INC.'S breach.

6. CALIBER HOME LOANS, INC. shall further agree that once or in CALIBER HOME LOANS, INC.'S bond(s) expire, terminate or do not equal the total amount due Affiant, CALIBER HOME LOANS, INC.'S President, Directors, and any of CALIBER HOME LOANS, INC.'S agents and representatives shall become individually liable for any difference due Affiant.

7. CALIBER HOME LOANS, INC. obligates and guarantees CALIBER HOME LOANS, INC.'S current or future bond(s) to discharge any allegations against Affiant.

8. CALIBER HOME LOANS, INC. immediately grants to Affiant the unconditional right of recission regarding alleged account #9703301359 and any security interest attached thereto.

9. CALIBER HOME LOANS, INC. agrees to filing of a UCC-3 deleting the alleged mortgage/deed of trust in any public record.

10. CALIBER HOME LOANS, INC. agrees to the filing of a UCC-5 Correction in any public registry to correct the inaccurate, unlawful or illegal mortgage/deed of trust in any public record.

11. CALIBER HOME LOANS, INC. agrees this affidavit shall be used as first party evidence or positive proof in any remedy sought by Affiant.

12. CALIBER HOME LOANS, INC. shall return any money or property of Affiant including but not limited to any original documentation, including but not limited by, any Notes, security interests to Affiants address stated herein.

13. CALIBER HOME LOANS, INC. waives all rights to adjudicate the alleged agreement referenced herein.

14. CALIBER HOME LOANS INC.'S president and any directors waive all immunities regarding any future actions sought by Affiant.

15. CALIBER HOME LOANS, INC. shall immediately terminate any security interest and certify to Affiant the termination within 10 days.

16. CALIBER HOME LOANS, INC. is barred from any alleged right, title, or interest in any alleged account, note, monetary instrument asset, or Mortgage/Deed of Trust regarding Affiant.

17. Any alleged trustee, or successor of CALIBER HOME LOANS, INC. is hereinafter completely removed and disqualified as trustee, agent, or successor by Affiant.

18. CALIBER HOME LOANS, INC. and any of CALIBER HOME LOANS, INC.'S assigns or nominees are estopped henceforth from any action against any of Affiant's rights or property.

19. CALIBER HOME LOANS, INC. abandons all right of; entry, possession, judgment, assignment or notice regarding Affiant or Affiant's property.

20. CALIBER HOME LOANS, INC. abandons the right of any alleged waiver or estoppel.

Certified Mail No. # 7018 3090 0000 8236 0216

21. CALIBER HOME LOANS, INC. hereinafter discharges any alleged Mortgage/Deed of Trust or any alleged debt.
22. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. is in violation of the Statute of Frauds.
23. All relationships between CALIBER HOME LOANS, INC. and Affiant are null and void.
24. CALIBER HOME LOANS, INC. hereby admits to causing Affiant to enter an alleged agreement under mistake.
25. The alleged Mortgage/Deed of Trust recorded and filed in any public record is a result of the aforementioned mistake and therefore is null and void.
26. CALIBER HOME LOANS, INC. agrees that Affiant is the absolute legal and lawful titleholder of Affiant's property referenced herein.
27. CALIBER HOME LOANS, INC. agrees that Affiant is a victim of Larceny and unlawful conversion by CALIBER HOME LOANS, INC.
28. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. filed simulated process in the public record.
29. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. breached Trust of Realty regarding Affiant.
30. CALIBER HOME LOANS, INC. agrees and consents that CALIBER HOME LOANS, INC. has no power of sale regarding alleged Mortgage/Deed of Trust or property of Affiant.
31. CALIBER HOME LOANS, INC. agrees and consents to Injunctive relief for Affiant.
32. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. has breached any express trust by disloyalty.
33. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. has breached the oral trust relationship with Affiant.
34. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. has employed the extortionate extension of credit with regard to Affiant.
35. CALIBER HOME LOANS, INC. agrees that CALIBER HOME LOANS, INC. is hereby removed and disqualified as trustee(s) to:
    a. Conflict of interest
    b. Concealment
    c. Breach of fiduciary responsibility(ies).
    d. Fraud.

By: executor *Ali Rashad Muhammad*
™Ali Rashad Muhammad©

## Jurat

On this day came before me the Affiant a living flesh and blood man to oath and attest and affirm the signature is true, complete, and correct on the foregoing affidavit. ™Ali Rashad Muhammad© the undersigned who is personally known by me or upon proper oath and identification, personally came before me, the subscriber, a notary public in and for said County and State, and Duly Affirmed the truth of the foregoing Affidavit in my presence. The Affiant also acknowledged the signing thereof to be his own voluntary act and deed. Signing the within instrument in my presence and for the purpose therein stated.

page 4 of 5

FILED DATE: 10/18/2019 6:20 PM   2019CH10665

Certified Mail No. # 7018 3090 0000 8236 0216

Signed this day Eighteenth , of October , 2019 at

5:30 p.m. .

My commission expires on: July 18, 3023

By Joyce E. Muhammad
Notary

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

seal: _____

page 5 of 5

# AFFIDAVIT OF MAILING

STATE OF ILLINOIS    )
                           )ss.
COUNTY OF COOK    )

I am over 18 years and not a party to the within action; my business address is:
For: Ali Rashad Muhammad
Joyce E. Muhammad  (Notary Public)
c/o 8011 S. Michigan Ave
Chicago, Illinois 60619

On the 21st day of October 2019, I mailed the original copy of the following:

Affidavit of Ali Rashad Muhammad – a total of Five (5) pages

A total of (5) pages, (not including this Affidavit of Mailing) by United States Postal Service Certified Mail, No. 7018 3090 0000 8236 0216, Return Receipt requested, in a sealed envelope with postage pre-paid properly addressed

CALIBER HOME LOANS, INC.
ATTN: CFO WILLIAM DELLAL
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

I have hereunto set my hand and affixed my seal of office, this 21 day of October , 20 19 C.E.

*Joyce E. Muhammad*
Notary Public in and for Illinois state

My Commission expires: July 18, 2023

> OFFICIAL SEAL
> JOYCE E MUHAMMAD
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/18/23

™Ali Rashad Muhammad©, Executor
c/o 8011 S. Michigan Ave
Chicago, Illinois state [60619]
Tel 708-539-9201

FILED
10/18/2019 6:25 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

7024567

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC | ) | |
| PLAINTIFF | ) | |
| | ) | |
| Vs. | ) | NO. 2019CH10665 |
| | ) | |
| DEFENSES AND COUNTERCLAIMS | ) | |
| ™ALI R. MUHAMMAD©, and Spouse | ) | 8011 S. MICHIGAN AVE |
| DEFENDANT | ) | CHICAGO, IL 60619 |

## ANSWER AND COUNTERCLAIM OF DEFENDANT

I, ™Ali Rashad Muhammad©, am before this court by way of special appearance without waiving any rights, remedies, or defenses, statutory or procedural.

    a. "You" and "your" include CALIBER HOME LOANS, INC. and any and all persons acting for or in concert with CALIBER HOME LOANS, INC.

    b. "Document" includes every piece of paper held in your possession or generated by you.

Requests for admissions

First admission: Admit or deny that CALIBER HOME LOANS, INC. is not licensed to do business in Illinois by virtue of being registered with the Secretary of State of Illinois and nominating an agent for service of process.

Admitted____

Denied____

Second admission: Admit or deny that CALIBER HOME LOANS, INC. has no regular, systematic way of doing business in Illinois, also known as "minimum contacts."

Admitted____

Denied____

Third admission: Admit or deny that CALIBER HOME LOANS, INC's. Charter does not authorize CALIBER HOME LOANS, INC. to engage in consumer lending.

Page 1 of 8

Admitted____

Denied____

Fourth admission: Admit or deny that CALIBER HOME LOANS, INC'S charter does not authorize CALIBER HOME LOANS, INC. to bring suits in foreclosure of consumer debts.

Admitted____

Denied____

Fifth admission: Admit or deny that CALIBER HOME LOANS, INC. is not the present holder of a contract with ™Ali Rashad Muhammad©.

Admitted____

Denied____

Sixth admission: Admit or deny that CALIBER HOME LOANS, INC. sold the contract which CALIBER HOME LOANS, INC. Had with ™Ali Rashad Muhammad©.

Admitted____

Denied____

    a. "You" and "your" include CALIBER HOME LOANS, INC. and any and all persons acting for or in concert with CALIBER HOME LOANS, INC.

    b. "Document" includes every piece of paper held in your possession or generated by you.

Double Submission

Requests for admissions

First admission: Admit or deny that CALIBER HOME LOANS, INC. is not licensed to do business in Illinois by virtue of being registered with the Secretary of State of Illinois and nominating an agent for service of process.

Admitted____

Denied____

Second admission: Admit or deny that CALIBER HOME LOANS, INC. has no regular, systematic way of doing business in Illinois, also known as "minimum contacts."

Admitted____

Denied____

Third admission: Admit or deny that CALIBER HOME LOANS, INC's. Charter does not authorize CALIBER HOME LOANS, INC. to engage in consumer lending.

FILED DATE: 10/18/2019 6:25 PM  2019CH10665

Admitted___

Denied___

Fourth admission: Admit or deny that CALIBER HOME LOANS, INC'S charter does not authorize CALIBER HOME LOANS, INC. to bring suits in foreclosure of consumer debts.

Admitted___

Denied___

Fifth admission: Admit or deny that CALIBER HOME LOANS, INC. is not the present holder of a contract with ™Ali Rashad Muhammad©.

Admitted___

Denied___

Sixth admission: Admit or deny that CALIBER HOME LOANS, INC. sold the contract which CALIBER HOME LOANS, INC. Had with ™Ali Rashad Muhammad©.

Admitted___

Denied___

Defendant and their spouse, as and for their Answer to Plaintiff's Complaint respectfully hereby answer and allege as follows:

1. Defendants deny the allegations in paragraph 1 and demand strict proof thereof.

2. Defendants deny "EXHIBIT A" as authentic copy of Mortgage. Defendants deny "EXHIBIT B" is a authentic copy and demand original "WET INK SIGNATURE" Note be produced.

3a. Defendants neither admit nor deny allegations set forth in paragraph 3(A).

3b. Defendants admit that ™ALI R. MUHAMMAD© executed a note of Jan. 27, 2017 as set forth in paragraph 3(B).

3c. Defendants neither admit nor deny the allegations set forth in paragraph 3(C).

3d. Defendants neither admit nor deny the allegations set forth in paragraph 3(D).

3e. Defendants neither admit nor deny the allegations set forth in paragraph 3(E).

3f. Defendants neither admit nor deny the allegations set forth in paragraph 3(F).

3g. Defendants neither admit nor deny the allegations set forth in paragraph 3(G).

FILED DATE: 10/18/2019 6:25 PM 2019CH10665

3h. Defendants admit the purchase price of the home was listed as $157,100.00 as set forth in (H1).

3i. Defendants admit this describes the property in question.

3j. Defendants deny the allegations in paragraph 3(J) and demand strict proof thereof.

3k. Defendants admit ™ALI R. MUHAMMAD© is said present owner as set forth in paragraph 3(K).

3l. Defendants neither admit nor deny the allegations set forth in paragraph 3(L).

3m. Defendants deny the allegations in paragraph 3(M) and demand strict proof thereof.

3n. Defendants deny the allegations in paragraph 3(N) and demand strict proof thereof.

3o. Defendants deny the allegations in paragraph 3(O) and demand strict proof thereof.

3p. Defendants neither admit nor deny the allegations set forth in paragraph 3(P).

3q. Defendants deny the allegations in paragraph 3(Q) and demand strict proof thereof.

3r. Defendants deny the allegations in paragraph 3(R) and demand strict proof thereof.

3s. Defendants deny the allegations in paragraph 3(S) and demand strict proof thereof.

3t. Defendants deny the allegations in paragraph 3(T) and demand strict proof thereof.

4. Defendants deny the allegations in paragraph 4 and demand strict proof thereof.

## DEMAND FOR JURY TRIAL

The Defendants hereby demand trial by jury as to all issues so triable thereon.

WHEREFORE, The Defendants pray that this Honorable Court dismiss this action in toto, ordering that Plaintiff take nothing by this action.

## AFFIRMATIVE DEFENSES TO THE COMPLAINT

1. The mortgage and note in the above-styled matter are void ab initio for lack of compliance with the Truth in Lending Act ("TILA"), 15 U.S.C. **§1601**, et seq., and Regulation Z, 12 C.F.R. §226.1, et seq. ("Regulation Z" or "Reg Z") Specifically, Plaintiff failed to deliver to the Defendants all material disclosures required by TILA and Regulation Z.

2. The mortgage and note in the above-styled matter are void for lack of compliance with the Truth in Lending Act, 15 U.S.C. **§1601**, et seq., and the Home Ownership Protection Act (HOEPA), 12 C.F.R. §226.32.

page 4 of 8

FILED DATE: 10/18/2019 6:25 PM 2019CH10665
FILED DATE: 10/18/2019 6:25 PM 2019CH10665

3.     This court lacks subject matter jurisdiction over this action inasmuch as Plaintiff has not, and cannot establish it is the real party in interest to enforce the mortgage and/or note that is the subject of the above-styled action.

4.     The Plaintiff has failed to state a claim upon which relief may be granted inasmuch as Plaintiff has not, and cannot establish it is the real party in interest to enforce the mortgage and/or note that is the subject of the above-styled action.

5.     The Plaintiff lacks standing to pursue its claims against the Defendants inasmuch, and/or lacked standing at the time this action was filed as the Plaintiff has not, and cannot establish it is the real party in interest to enforce the mortgage and/or note that is the subject of the above-styled action.

6.     The Plaintiff has failed to plead the performance or meet a condition precedent to institution of this action because the "Lender" failed to mail a notice of acceleration before filing this action, as required by paragraph 22 of the mortgage.

7.     Any and all claims against defendants are offset by the damages owed to defendants by Plaintiff in connection with the counterclaim set forth herein.

8.     Plaintiff and/or its assignor failed to comply with the conditions and terms of the mortgage and note and/or 12 U.S.C. §2601, et seq ("RESPA"), with respect to the proper computation, collection and application of the Defendants' mortgage payments and the escrow accounts and payments as required under the note and the mortgage. As a result of the improperly collecting and posting of payments to the Defendants' account and improper payments of moneys that Plaintiff and/or its assignor is estopped or has waived its right to claim a default, and or is otherwise before the Court with unclean hands and cannot foreclose.

9.     The mortgage Plaintiff seeks to foreclose is illegal under Illinois and/or Federal law, due to the improper demand for payments from the Defendants. Thus, Plaintiff is estopped and/or has waived its right to foreclose, and is otherwise before this Court with unclean hands.

10.     The Complaint should be dismissed for failure to state a cause of action upon which relief may be granted since Plaintiff never acquired the note and or mortgage and or never had possession of the note and/or mortgage, and or did not have such possession when they were lost, and or never properly acquired the note and or mortgage under the Uniform Commercial Code, nor the right to reestablish and enforce the note and or mortgage that it seeks to reestablish and or enforce and or foreclose under Illinois and/or Federal law.

11.     Plaintiff has failed to join indispensable parties: to wit, the party who owns the mortgage and note and/or did so when the mortgage and note were lost.

12.     Plaintiff cannot maintain this action inasmuch as Plaintiff and/or its assignor has failed to comply with the post-closing loan disclosure requirements of 12 C.F.R. §226.9, et seq.

13.     Plaintiff cannot maintain this action since it breached the contract with the Defendants when it forced placed homeowners' insurance upon the Defendants in an amount in excess of that

page 5 of 8

required under the mortgage, increasing the Defendants monthly payments substantially, actually and proximately causing Defendants to no longer meet their obligations under the mortgage contract, and excusing them from continued performance thereunder.

14. The mortgage upon which this action is premised is void and unenforceable. The mortgage identified in the attached mortgage, CALIBER HOME LOANS, INC., as nominee was not licensed to conduct business in Illinois at the time the loan was made as a federally chartered bank, state-chartered commercial bank, credit union, savings association, non-deposit trust company, international banking office, consumer finance company, mortgage broker business, mortgage broker individual, retail installment seller, or sales finance company.

15. The mortgage upon which this action is premised is further void and unenforceable, because, CALIBER HOMES LOANS, INC., failed to register with the Illinois Division of Financial Institutions or the Illinois Division of Finance.

16. The mortgage is void for common law fraud in the inducement inasmuch as Plaintiff and/or its assignor misrepresented the actual amount of finance charges and interest rate that the Defendants would pay under the mortgage and note that is the subject of this action. The Defendants would not have entered into the mortgage and note had they been provided truthful and accurate disclosures by the lender in the transaction.

17. The mortgage is void based upon (733 ILCS 5/2-613) (from Ch. 110, par. 2-613) the statute of frauds due to the "Lender" not disclosing the fact the mortgage contract is in fact an investment contract to which the Defendant is an undisclosed third party contractee to the Pooling and Servicing Agreement. And the proof of that is the mortgage payments are going to the investors as cash flow claims. CALIBER HOME LOANS, INC., the servicer merely passes the mortgage payments to the investors.

## ADVERSE CLAIM

Defendants/Counterclaimants, the Homeowners, hereby sue Plaintiff/Counter-defendant, CALIBER HOME LOANS, INC., and state as follows:

1. The promissory note, which is actually a non-negotiable instrument and is not a note as such but is a security according to Title 15 U.S.C. §78c. C 10. Therefore as such Defendant has a security entitlement right as the entitlement holder and has a proprietary, possessionary, and property interest in the note/security and its proceeds. Article 8 of the Uniform Commercial Code governs the note/security. UCC 8-105. I am also asserting my right to rescind negotiation of the transaction. Negotiation means the endorsement on the note. They (Lenders) always endorse these notes "pay to the order of", I am rescinding that negotiation. This is in accord with (810 ILCS 5/3-306). This is also a Notice of breach of their fiduciary duty under (810 ILCS 5/3-307). Also based on the statute of frauds I demand the original note be produced to verify because the signature on the note in exhibit A appears to be a forgery. (810 ILCS 5/3-308) Proof of signature and status as holder in due course.

FILED DATE: 10/18/2019 6:25 PM   2019CH10665
FILED DATE: 10/18/2019 6:25 PM   2019CH10665

2.      When you are dealing in securities it is governed by Article 8 of UCC not Article 3, what you call a note is a security and it is a non-negotiable instrument. If they are non-negotiable they are not governed by Article 3 (UCC), they are governed by general contract law, specifically Restatement of Law Second series under contract section 164 which has to do with misrepresentation, which means it's subject to rescission. If you read the Adjustable; sub-prime mortgages have an adjustable rate rider that goes with the note. The rider modifies the conditions of payment and supplements and governs the promissory note. In addition, getting back to standing to sue as the holder in due course. I demand proof that CALIBER HOME LOANS, INC. has standing to sue as holder in due course because according to (810 ILCS 5/3-106)(d) If a promise or order at the time it is issued or first comes into possession of a holder contains a statement, required by applicable statutory or administrative law, to the effect that the rights of a holder or transferee are subject to claims or defenses that the issuer could assert against the original payee, the promise or order is not thereby made conditional for the purposes of Section 3-104(a); but if the promise or order is an instrument, there cannot be a holder in due course of the instrument. Furthermore I am filing also a claim in recoupment based on (810 ILCS 5/3-305) (from Ch. 26, par. 3-305) which is a counter-claim and that's the same language used in Rule 13 of the federal rules of civil procedure. (810 ILCS 5/3-305) (from Ch. 26, par. 3-305) Defenses and claims in recoupment. Except as stated in subsection (b), the right to enforce the obligation of a party to pay an instrument is subject to the following: (1) a defense of the obligor based on (I) infancy of the obligor to the extent it is a defense to a simple contract, (ii) duress, lack of legal capacity, or illegality of the transaction which, under the law nullifies the obligation of the obligor, (iii) fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms, or (iv) discharge of the obligor in insolvency proceedings. (3) a claim in recoupment of the obligor against the original payee of the instrument if the claim arose from the transaction that gave rise to the instrument; but the claim of the obligor may be asserted against a transferee of the instrument only to reduce the amount owing on the instrument at the time the action is brought. (c) Except as stated in subsection (d), in an action to enforce the obligation of a party to pay the instrument, the obligor may not assert against the person entitled to enforce the instrument a defense, claim in recoupment, or claim to the instrument (section 3-306) of another person, but the other person's claim to the instrument may be asserted by the obligor if the other person is joined in the action and personally asserts the claim against the person entitled to enforce the instrument. An obligor is not obliged to pay the instrument if the person seeking enforcement of the instrument does not have rights of a holder in due course and the obligor proves that the instrument is a lost or stolen instrument.

3.      (810 ILCS 5/3-306) Claims to an instrument. A person taking an instrument, other than a person having rights of a holder in due course, is subject to a claim of a property or possessory right in the instrument or it proceeds, including a claim to rescind a negotiation and to recover the instrument or its proceeds. A person having rights of a holder in due course takes it free of the claim to the instrument.

4.      If you read 226.23 of TILA(truth in lending act) or Reg Z: 12 C.F.R. In the appendix there is a Form H-8 and H-9 in the appendix. The lender has to give you the form to rescind, that's all in 226.23. It says that it doesn't apply to residential mortgage loans but go down to section H it says at foreclosure you have the right to rescind the loan transaction if 2 things occur: 1.) there was no

mortgage brokerage fee charged and 2.) you were not given notice of the right to rescind or 3.) or you were not given the appropriate form. The form is in appendix h-8 and h-9. So you can rescind the transaction when it goes to foreclosure. They will tell you that you only have 72 hours, but if they did not give you notice the statute of limitations does not toll until they tell you, you have a right to rescind. You can do it at foreclosure. I rescind the loan transaction.

5.      I move the court to dismiss this case with prejudice for plaintiff's failure to state a claim upon which relief can be granted due to lack of standing, fraud, misrepresentation and failure to disclose all the terms of the instrument(note/security).

Prepared and submitted by: executor

™Ali Rashad Muhammad©

Certificate of service

I, ™Ali Rashad Muhammad©, certify that October 18, 2019, I mailed a true and correct copy of the above and foregoing request for production of documents via certified mail, return receipt requested to:

ERNEST J CODILIS JR
CODILIS AND ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, ILLINOIS 60527

By: executor

™Ali Rashad Muhammad©

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CALIBER HOME LOANS, INC.
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134
ATTN: CFO (WILLIAM DELLAL)

9590 9402 4864 9032 2988 18

2. Article Number (Transfer from service label)

7018 3090 0000 8236 0216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

PS Form 3811, July 2015 PSN 7530-02-000-9053

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☑ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $1.15

Total Postage and Fees $7.45

Sent To CALIBER HOME LOANS INC ATTN: CFO
Street and Apt. No., or PO Box No. 13801 WIRELESS WAY
City, State, ZIP+4® OKLAHOMA CITY OK 73134

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

AFFIDAVIT OF Ali Rashad Mohamed

GRAND CROSSING C ANNEX
7748 S COTTAGE GROVE AVE
CHICAGO, IL 60619-9998
161521-0191
(800)275-8777
10/21/2019 01:44 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| DocMtr 6-10 | 1 | $1.79 | $1.79 |
| First-Class Mail® | 1 | $1.15 | $1.15 |
| Large Envelope | | | |
| (Domestic) | | | |
| AHOMA CITY, OK 73134 | | | |
| Wt:0 Lb 2.00 Oz) | | | |
| Expected Delivery Date) | | | |
| Mon 10/24/2019) | | | $0.50 |
| Certified Mail #) | | | |
| 70000082360216) | | | $2.80 |
| Return Receipt #) | | | |
| 9590940248649032298818 | | | $9.24 |
| Total | | | $9.24 |

Debit Card Remit'd                          $9.24
(Card Name:Debit Card)
(Account #: XXXXXXXX95572)
(Approval #:
(Transaction #:9071
(Receipt #:017196)
(Debit Card Purcha: $9.24)
(Cash Back:$0.00)

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

# EXHIBIT B

FILED
9/6/2022 11:10 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
19366605

FILED DATE: 9/6/2022 12:30 PM 2019CH10665

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. GENERAL SERVICES ADMINISTRATION
230 S DEARBORN ST.
CHICAGO, IL 60604

9590 9402 4910 9032 3590 74

2. Article Number (Transfer from service label)

7018 3090 0000 8051 0453

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)   C.

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
- Priority
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOROTHY BROWN
CLERK OF CIRCUIT COURT
50 W. WASHINGTON ST.
Chicago, IL 60602

9590 9402 4864 9032 2988 01

2. Article Number (Transfer from service label)

7018 3090 0000 8051 0460

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   R. Baugs    ☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
3/16/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM B. SULLIVAN
50 W WASHINGTON ST, Ste 285
Chicago, IL 60602

9590 9402 5700 9346 4961 39

2. Article Number (Transfer from service label)

7018 3090 0000 8051 0477

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
3/16/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- d Mail
- d Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

GSA BONDS

GRAND CROSSING C ANNEX
7748 S COTTAGE GROVE AVE
CHICAGO, IL 60619-9998
151521-0191
(800)275-8777
03/13/2020   AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| DocMir 8x10 | 2 | $1.79 | $3.58 |
| First Class | 1 | $4.60 | $4.60 |

Package Service
2 Days
(Domestic)
(CHICAGO, IL 60602)
(Weight:0 Lb 4 10 Oz)
(Estimated Delivery Date)
(Monday 03/16/2020)    $3.55

iled
USPS Certified Mail #)
7018090000805110477)

USPS Return Receipt #)
9590940257009 46496139)   $4.60

t-Class   age Service
vs
(Domestic)
(CHICAGO, IL 60602)
(Weight:0 Lb 4 30 Oz)
(Estimated Delivery Date)
(Monday 03/16/2020)    $3.55

ified
(USPS Certified Mail #)
7018309000080510460)   $2.85

urn Receipt
(USPS Return Receipt #)
9590940248649032298801)   $4.60

st-Class
ckage Service
Days
(Domestic)
(CHICAGO, IL 60604)
(Weight:0 Lb 6.90 Oz)
(Estimated Delivery Date)
(Monday 03/16/2020)    $3.55

Certified
(USPS Certif     #)
7018309000006 0453)    $2

urn Receipt
(USPS Return Receipt #)
9590940249109032350074)    .58

otals

**AFFIDAVIT OF INDIVIDUAL SURETY**

Courtroom Number: No hearing scheduled
Hearing Date: No hearing scheduled *(See instructions on reverse)*

Location: No hearing scheduled

OMB Control Number: 9000-0001
Expiration Date: 2/28/2021

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

FILED
9/2/2020 11:43 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665

10318077

STATE OF
**ILLINOIS**
COUNTY OF
**COOK**

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| ALI RASHAD MUHAMMAD | 50 W. WASHINGTON ST. LEVEL 25 CHICAGO IL. 60602 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
|---|---|
| SURETY/LIFETIME | IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS. CHANCERY DIVISION 50 W. WASHINGTON ST CHICAGO IL. 60602 STE. 2803 |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* | 6. TELEPHONE NUMBER |
|---|---|
| Depository Trust Company 55 Water St. N.Y N.Y 10041 | HOME - <br> BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description, the market value, attach supporting certified documents including recorded lien evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

See Certified Copy of Indictment, Case No: 2019CH10665

See Optional Form 90, Optional Form 91 & Standard Form 273, 274, 275a (Attached)

See Certified Copy of Certificate of Live Birth (Attached), And All other Attachments

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof)*

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE

See Certified Copy of Indictment, Case No: 2019CH10665

See Optional Form 90, Optional Form 91 See Certified Copy of Certificate of Live Birth(Attached) and All other Attachments

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT

See Certified Copy of Indictment, Case No: 2019CH10665

See Optional Form 90, Optional Form 91 See Certified Copy of Certificate of Live Birth(Attached) and All other Attachments

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where Appropriate)* |
|---|---|
| By: Muhammad, Ali Rashad | See Optional Form 90, 91, & Case NO: 2019CH10665 <br> See SSN 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/G99229359 & CERTIFICATE OF LIVE BIRTH |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | | |
|---|---|---|---|
| MONTH March | DAY 10 | YEAR 2020 | Chicago Illinois |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES | Official Seal |
|---|---|---|---|
| JOYCE E. MUHAMMAD | Joyce E. Muhammad | July 18, 2023 | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

JOYCE E. MUHAMMAD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 18, 2023

STANDARD FORM 28 (REV. 6-2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

FILED DATE: 9/2/2020 11:43 AM 2019CH10665

FILED DATE: 9/6/2022 12:30 PM 2019CH10665

FILED DATE: 9/2/2020 11:43 AM 2019CH10665

## PAYMENT BOND
(See Instructions on reverse)

DATE BOND EXECUTED
09/19/2019

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

PRINCIPAL (Legal name and business address)

MUHAMMAD, ALI RASHAD
50 W WASHINGTON ST, LEVEL 25
CHICAGO, ILLINOIS 60602

TYPE OF ORGANIZATION (X one)

[X] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE
[ ] CORPORATION   [ ] OTHER (Specify)

STATE OF INCORPORATION

ILLINOIS; BG# 112-72-822458

SURETY(IES) (Name(s) and business address(es))

ALI RASHAD MUHAMMAD
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK 10041

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

CONTRACT DATE
08/19/2019

CONTRACT NUMBER

## OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| SIGNATURE(S) | | (Seal) | (Seal) | (Seal) |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. MUHAMMAD, ALI RASHAD AUTHORIZED PERSON | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| SIGNATURE(S) | 1. | | (Seal) | | (Seal) |
|---|---|---|---|---|---|
| NAME(S) (Typed) | 1. ALI RASHAD MUHAMMAD, SURETYE PRIME | 2. | | | |

### CORPORATE SURETY(IES)

| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| SURETY A | | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 6-2016)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

FILED DATE: 9/6/2022 12:30 PM   2019CH10665

FILED DATE: 9/2/2020 11:43 AM   2019CH10665

## REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES
*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2022**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| MUHAMMAD, ALI RASHAD<br>50 W WASHINGTON ST, LEVEL 25<br>CHICAGO, ILLINOIS 60602 | 03/10/2020 |
| | 1B. STATE OF INCORPORATION |
| | ILLINOIS; BC# 112-72-622458 |
| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
| ALI RASHAD MUHAMMAD<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET<br>NEW YORK, NEW YORK 10041 | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 03/10/2020 |
| | 2C. STATE OF INCORPORATION |
| | ILLINOIS; BC# 112-72-622458 |

### 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)* | 3B. PENAL SUM OF BOND |
|---|---|
| BIRTH BOND# 112-72-622458<br>CIRCUIT COURT OF COOK COUNT, ILLINOIS,<br>CHANCERY DIVISION<br>CASE# 2019CH10665 | $ |

| 3C. DATE OF BOND | 3C. BOND NUMBER |
|---|---|
| 05/19/1972 | BC# 112-72-622458 |

| 3E. PRINCIPAL* |
|---|
| MUHAMMAD, ALI RASHAD<br>50 W WASHINGTON ST, LEVEL 25<br>CHICAGO, ILLINOIS 60602 |

| 3F. STATE OF INCORPORATION *(If Corporate Principal)* |
|---|
| ILLINOIS; BC# 112-72-622458 |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond:

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

**THEREFORE:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**WITNESS**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above – written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 275 (REV. 10/1998)**
Prescribed by GSA-FAR (48 CFR) 53.228(j)

FILED DATE: 9/6/2022 12:30 PM   2019CH10665
FILED DATE: 9/2/2020 11:43 AM   2019CH10665

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate Seal |
| 4B.(1). NAME AND TITLE *(Typed)*<br>MUHAMMAD, ALI RASHAD, Authorized Person | 4B.(2). NAME AND TITLE *(Typed)*<br>MUHAMMAD, ALI RASHAD, Authorized Person | |

| 5. REINSURING COMPANY | | |
|---|---|---|
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate Seal |
| 5B.(1). NAME AND TITLE *(Typed)*<br>ALI RASHAD MUHAMMAD, SURETY/LIFETIME | 5B.(2). NAME AND TITLE *(Typed)*<br>ALI RASHAD MUHAMMAD, SURETY/LIFETIME | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

**STANDARD FORM 275** (REV. 10/1998) **BACK**

FILED DATE: 9/8/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND *(See instructions on reverse)* | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST. LEVEL 25 CHICAGO, ILLINOIS 60602 | 03/10/2020 |
| | 1B. STATE OF INCORPORATION |
| | ILLINOIS; BC# 112-72-622458 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE |
|---|---|
| ALI RASHAD MUHAMMAD DEPOSITORY TRUST COMPANY 55 WATER STREET NEW YORK, NEW YORK 10041 | $ |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 03/10/2020 |
| | 2C. STATE OF INCORPORATION |
| | ILLINOIS; BC# 112-72-622458 |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| 3A. AMOUNT OF CONTRACT | 4A. PENAL SUM OF BOND |

| 3B. CONTRACT DATE 09/19/2019 | 3C. CONTRACT NUMBER CASE# 2019CH10665 | 4B. DATE OF BOND 05/19/1972 | 4C. BOND NUMBER BC# 112-72-622458 |
|---|---|---|---|

| 3D. DESCRIPTION OF CONTRACT | 4D. PRINCIPAL* |
|---|---|
| COURT CASE# 2019CH10665 | MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST. LEVEL 25 CHICAGO, ILLINOIS 60602 |

| 3E. CONTRACTING AGENCY CIRCUIT COURT OF COOK COUNTY, ILLINOIS | 4E. STATE OF INCORPORATION *(if Corporate Principal)* ILLINOIS; BC# 112-72-622458 |
|---|---|

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

**THEREFORE:**

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2, 4D - furnished legal name, business address and ZIP Code. *(Over)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 274 (REV. 4/2013)**
Prescribed by GSA - FAR (48 CFR) 53.228(i)

FILED DATE: 9/6/2022 12:30 PM   2019CH10665

FILED DATE: 9/2/2020 11:43 AM   2019CH10665

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be.  The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court.  It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE | (2) ATTEST:  SIGNATURE | Corporate |
| 5B. (1) NAME AND TITLE *(Typed)* <br><br> MUHAMMAD, ALI RASHAD, Authorized Person | (2) NAME AND TITLE *(Typed)* <br><br> MUHAMMAD, ALI RASHAD, Authorized Person | Seal |
| 6. REINSURING COMPANY | | |
| 6A. (1) SIGNATURE | (2) ATTEST:  SIGNATURE | Corporate |
| 6B. (1) NAME AND TITLE *(Typed)* <br><br> ALI RASHAD MUHAMMAD, SURETY/LIFETIME | (2) NAME AND TITLE *(Typed)* <br><br> ALI RASHAD MUHAMMAD, SURETY/LIFETIME | Seal |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(l).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

**STANDARD FORM 274** (REV. 4/2013) **BACK**

FILED DATE: 9/2/2020 11:43 AM 2019CH10665

FILED DATE: 9/6/2022 12:30 PM 2019CH10665

| REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND (See instructions on reverse) | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST. LEVEL 25 CHICAGO, ILLINOIS 60602 | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT 03/10/2020 |
|---|---|
| | 1B. STATE OF INCORPORATION ILLINOIS; BC# 112-72-622458 |
| 2. REINSURING COMPANY* ALI RASHAD MUHAMMAD DEPOSITORY TRUST COMPANY 55 WATER STREET NEW YORK, NEW YORK 10041 | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 03/10/2020 |
| | 2C. STATE OF INCORPORATION ILLINOIS; BC# 112-72-622458 |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE 09/19/2019 | 3C. CONTRACT NUMBER CASE# 2019CH10665 | 4B. DATE OF BOND 05/19/1972 | 4C. BOND NUMBER BC# 112-72-622458 |
| 3D. DESCRIPTION OF CONTRACT COURT CASE# 2019CH10665 | | 4D. PRINCIPAL* MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST. LEVEL 25 CHICAGO, ILLINOIS 60602 | |
| 3E. CONTRACTING AGENCY CIRCUIT COURT OF COOK COUNTY, ILLINOIS | | 4E, STATE OF INCORPORATION (If Corporate Principal) ILLINOIS; BC# 112-72-622458 | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.      (Over)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 273 (REV. 4/2013)
Prescribed by GSA - FAR (48 CFR) 53.228(h)

FILED DATE: 9/6/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE  *Muhammad, Ali Rashad* | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B(1) NAME AND TITLE *(Typed)*  MUHAMMAD, ALI RASHAD, Authorized Person | (2) NAME AND TITLE *(Typed)*  MUHAMMAD, ALI RASHAD, Authorized Person | |
| 6. REINSURING COMPANY | | |
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B(1) NAME AND TITLE *(Typed)*  ALI RASHAD MUHAMMAD, SURETY/LIFETIME | (2) NAME AND TITLE *(Typed)*  ALI RASHAD MUHAMMAD, SURETY/LIFETIME | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

FILED DATE: 9/6/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 09/19/2019 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. This OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST. LEVEL 25 CHICAGO, ILLINOIS 60602 | TYPE OF ORGANIZATION ("X" one) |
|---|---|

| | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| [X] INDIVIDUAL | [ ] PARTNERSHIP |
| [ ] JOINT VENTURE | [ ] CORPORATION |

STATE OF INCORPORATION
ILLINOIS: BC# 112-72-622458

| SURETY(IES) (Name(s) and business address(es)) (Include ZIP code) ALI RASHAD MUHAMMAD DEPOSITORY TRUST COMPANY 55 WATER STREET NEW YORK, NEW YORK 10041 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE 09/19/2019 | | CONTRACT NUMBER CASE# 2019CH10665 | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is NOT usable | STANDARD FORM 1416 (REV. 10/1998) Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

FILED DATE: 9/6/2022 12:30 PM   2019CH10665
FILED DATE: 9/2/2020 11:43 AM   2019CH10665

| **PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 09/19/2019 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2022** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| MUHAMMAD, ALI RASHAD | [X] INDIVIDUAL | [ ] PARTNERSHIP |
| 50 W WASHINGTON ST. LEVEL 25 | [ ] JOINT VENTURE | [ ] CORPORATION |
| CHICAGO, ILLINOIS 60602 | STATE OF INCORPORATION | |
| | ILLINOIS: BC# 112-72-622458 | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| ALI RASHAD MUHAMMAD | | | | |
| DEPOSITORY TRUST COMPANY | CONTRACT DATE | | CONTRACT NUMBER | |
| 55 WATER STREET | 03/10/2020 | | CASE# 2019CH10665 | |
| NEW YORK, NEW YORK 10041 | OPTION DATE | | OPTION NUMBER | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**WITNESS:**

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. MUHAMMAD, ALI RASHAD, Authorized Person | 2. | | |

| | **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | | |
| NAME(S) (Typed) | 1. ALI RASHAD MUHAMMAD | 2. | | |

| | | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 1418 (REV. 2/1999)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

FILED DATE: 9/6/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| SURETY B | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY C | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY D | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY E | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY F | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY G | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
| --- | --- | --- |
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 2/1999) **BACK**

FILED DATE: 9/2/2020 12:39 PM 2019CH10665

FILED DATE: 9/6/2022 11:43 AM 2019CH10665

| **BID BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 09/19/2019 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2022** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST, LEVEL 25 CHICAGO, ILLINOIS 60602 | TYPE OF ORGANIZATION ("X" one) [X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE [ ] CORPORATION  [ ] OTHER (Specify) STATE OF INCORPORATION ILLINOIS; BC# 112-72-622458 |
|---|---|

SURETY(IES) (Name and business address)

ALI RASHAD MUHAMMAD
DEPOSITORY TRUST COMPANY
55 WATER STREET N.Y., N.Y 10041

| PENAL SUM OF BOND | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | BID DATE | INVITATION NUMBER |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | |
| | | | | | FOR (Construction, Supplies or Services) | |

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has submitted the bid identified above.

**THEREFORE:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

**WITNESS:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. MUHAMMAD, ALI RASHAD | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. ALI RASHAD MUHAMMAD, SURETY/LIFETIME | 2. |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 24 (REV. 8/2016)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

FILED DATE: 10/6/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**

FILED DATE: 9/6/2022 12:30 PM  2019CH10665
FILED DATE: 9/2/2020 11:43 AM  2019CH10665

## PERFORMANCE BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)*

09/19/2019

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| MUHAMMAD, ALI RASHAD<br>50 W WASHINGTON ST. LEVEL 25<br>CHICAGO, ILLINOIS 60602 | [X] INDIVIDUAL | [ ] PARTNERSHIP | [ ] JOINT VENTURE |
| | [ ] CORPORATION | [ ] OTHER *(Specify)* | |
| | STATE OF INCORPORATION<br>ILLINOIS; BC# 112-72-622458 | | |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| ALI RASHAD MUHAMMAD | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| DEPOSITORY TRUST COMPANY | | | | |
| 55 WATER STREET | CONTRACT DATE | | CONTRACT NUMBER<br>CASE# 2019CH10665 | |
| NEW YORK, NEW YORK 10041 | 09/19/2019 | | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. MUHAMMAD, ALI RASHAD, AUTHORIZED PERSON | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) |
| NAME(S) *(Typed)* | 1. ALI RASHAD MUHAMMAD, SURETY/LIFETIME | 2. |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT (S) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1 | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

STANDARD FORM 25 (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

FILED DATE: 9/6/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| | | CORPORATE SURETY(IES) *(Continued)* | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) BACK

FILED DATE: 19/6/2022 12:30 PM 2019CH10665
FILED DATE: 9/2/2020 11:43 AM 2019CH10665

| CONSENT OF SURETY AND INCREASE OF PENALTY | 1. CONTRACT NUMBER CASE# 2019CH10665 | 2. MODIFICATION NUMBER | 3. DATED 03/10/2020 |
|---|---|---|---|

4. The surety (co-sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended. The principal and surety (co-sureties) further agree that on or after the execution of this consent, the penalty of the performance bond or bonds is increased by _____ dollars ($ _____ ) and the penalty of the payment bond or bonds is increased by _____ dollars ($ _____ ). However, the increase of the liability of each co-surety resulting from this consent shall not exceed the sums shown below.

| 5. NAME OF SURETY(IES) | 6. INCREASE IN LIABILITY LIMIT UNDER PERFORMANCE BOND | 7. INCREASE IN LIABILITY LIMIT UNDER PAYMENT BOND |
|---|---|---|
| A. ALI RASHAD MUHAMMAD | $ | $ |
| B. | $ | $ |
| C. | $ | $ |

| 8. INDIVIDUAL PRINCIPAL | A. BUSINESS ADDRESS MUHAMMAD, ALI RASHAD 50 W WASHINGTON ST. LEVEL 25 CHICAGO, ILLINOIS 60602 | B. SIGNATURE* <br><br> C. TYPED NAME AND TITLE MUHAMMAD, ALI RASHAD PRINCIPAL/AUTHORIZED PERSON <br><br> D. DATE THIS CONSENT EXECUTED | (seal) |
|---|---|---|---|

| 9. CORPORATE PRINCIPAL | A. CORPORATE NAME AND BUSINESS ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* <br> BY <br> C. TYPED NAME AND TITLE <br><br> D. DATE THIS CONSENT EXECUTED | *(Affix Corporate Seal)* |
|---|---|---|---|

*The Principal or authorized representative shall execute this Consent of Surety and Increase of Penalty with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

**10. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

| | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* | |
|---|---|---|---|
| A | ALI RASHAD MUHAMMAD DEPSOITORY TRUST COMPANY 55 WATER STREET NEW YORK, NEW YORK 10041 | BY <br> C. TYPED NAME AND TITLE MUHAMMAD, ALI RASHAD <br> D. DATE THIS CONSENT EXECUTED 03/10/2020 | *(Affix Seal)* |
| B | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* <br> BY <br> C. TYPED NAME AND TITLE <br> D. DATE THIS CONSENT EXECUTED | *(Affix Seal)* |
| C | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* <br> BY <br> C. TYPED NAME AND TITLE <br> D. DATE THIS CONSENT EXECUTED | *(Affix Seal)* |

Add similar signature blocks on the back of this form if necessary for additional co-sureties.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 1415 (REV. 7-1993)
Prescribed by GSA-FAR (48 CFR) 53.228(I)

FILED DATE: 19/6/2022 12:30 PM   2019CH10665
FILED DATE: 9/2/2020 11:43 AM   2019CH10665

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  ALI RASHAD MUHAMMAD         , of  50 W Washington St. CHGO., IL 60602  , by a bond
                    (Name)                                (Place of Residence)
for the performance of U.S. Government Contract Number        SS# 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                  ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number    CASE# 2019CH10665                                    on deposit

at  CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHANCERY DIVISION
                        (Name of Financial Institution)

located at  50 W. WASHINGTON ST. CHICAGO IL. 60602 STE. 2803                          , and
                        (Address of Financial Institution)

Whereas I,  MUHAMMAD, ALI RASHAD                              , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

NATIONAL BANK ACT OF 1864 SECTION 27, 28 & 53. 28 USC 2041-2044
Court instructions 12 USC 95a (2): Full acquittance and discharge for all purposes of the obligation...
See Court Case No. 2019CH10665 (Attached)
See Standard Form 28, 273, 274, 275(Attached)

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

Circuit Court of Cook County, Illinois, Chancery Division                          .
                        (Name of Financial Institution)

[Date]  03/10/2020                    [Signature]

                                      Seal

AUTHORIZED FOR LOCAL REPRODUCTION                 OPTIONAL FORM 91  (1-90)
                                                   Prescribed by GSA-FAR (48 CFR) 53.228(o)

FILED DATE: 9/8/2022 12:30 PM   2019CH10665
FILED DATE: 9/2/2020 11:43 AM   2019CH10665

### RELEASE OF LIEN ON REAL PROPERTY

Whereas ___ALI RASHAD MUHAMMAD___ , of ___50 W Washington ST. CHGO. IL. 60602___ , by a bond
                  (Name)                                (Place of Residence)

for the performance of U.S. Government Contract Number ___SS#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___ .

became a surety for the complete and successful performance of said contract, which bond includes a lien
upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

See Court Case No. 2019CH10665
See Standard Form 28, 273, 274,275(Attached)
See Optional Form 91, PERSONAL PROPERTY FROM ESCROW(Attached)
See IL. Certificate Birth Bond (Attached)

and recorded this pledge on ___CASE# 2019CH10665___
                                        (Name of Land Records)

in the ___CIRCUIT COURT OF COOK COUNTY___ of ___ILLINOIS___ .
                 (Locality)                           (State)
and

Whereas, I, ___MUHAMMAD, ALI RASHAD___ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have
determined that the lien is no longer required to ensure further performance of the said Government
contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance
of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

[Date]    03/10/2020                        [Signature]

AUTHORIZED FOR LOCAL REPRODUCTION                 [Seal]

**OPTIONAL FORM 90** (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228 (n)

| CONSENT OF SURETY | 1. CONTRACT NUMBER<br>CASE# 2019CH10665 | 2. MODIFICATION NUMBER | 3. DATED<br>03/10/2020 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| | | a. NAME OF PRINCIPAL<br><br>MUHAMMAD, ALI RASHAD | c. SIGNATURE | |
|---|---|---|---|---|
| 4. INDIVIDUAL PRINCIPAL | | b. BUSINESS ADDRESS | d. TYPED NAME<br>ALI RASHAD MUHAMMAD | |
| | | STREET ADDRESS<br>50 W WASHINGTON ST. LEVEL 25 | e. TYPED TITLE<br>PRINCIPAL/ AUTHORIZED PERSON | |
| | | CITY<br>CHICAGO / STATE IL / ZIP CODE 60602 | f. DATE THIS CONSENT EXECUTED<br>03/10/2020 | (Affix Seal) |
| 5. CORPORATE PRINCIPAL | | a. NAME OF PRINCIPAL | c. PERSON EXECUTING CONSENT (Signature) | |
| | | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | | STREET ADDRESS | e. TYPED TITLE | |
| | | CITY / STATE / ZIP CODE | f. DATE THIS CONSENT EXECUTED | (Affix Seal) |

**6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| | a. CORPORATE/INDIVIDUAL SURETY'S NAME<br><br>ALI RASHAD MUHAMMAD | c. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| A | b. BUSINESS ADDRESS | d. TYPED NAME<br>MUHAMMAD, ALI RASHAD | (Affix Seal) |
| | STREET ADDRESS<br>55 WATER STREET | e. TYPED TITLE<br>PRINCIPAL/ AUTHORIZED PERSON | |
| | CITY NEW YORK / STATE NY / ZIP CODE 10041 | f. DATE THIS CONSENT EXECUTED<br>03/10/2020 | |
| B | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) | |
| | b. BUSINESS ADDRESS | d. TYPED NAME | (Affix Seal) |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY / STATE / ZIP CODE | f. DATE THIS CONSENT EXECUTED | |
| C | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) | |
| | b. BUSINESS ADDRESS | d. TYPED NAME | (Affix Seal) |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY / STATE / ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

(Add similar signature blocks on the back of this form if necessary for additional co-Sureties)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1414 (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(k)

FILED DATE: 9/2/2020 11:43 AM 2019CH10665
FILED DATE: 19/6/2022 12:30 PM 2019CH10665

CERTIFICATION OF VITAL RECORDS

**STATE OF ILLINOIS** )
**County of Cook** )  KAREN A. YARBROUGH, County Clerk

April 29, 2019

I, Karen A. Yarbrough, County Clerk for the County of Cook, in the State of Illinois, and Keeper of the Records and Files for Cook County do hereby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office. IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the applicable City within Cook County, while in the State of Illinois.

*Karen A. Yarbrough*
County Clerk

FILED DATE: 19/6/2022 12:30 PM 2019CH10665

MATCHING IDC

**REGISTRATION DISTRICT NO.** 16.10
**REGISTERED NUMBER**

1064

39594

**STATE OF ILLINOIS**
**CERTIFICATE OF LIVE BIRTH**

**CHILD'S BIRTH NUMBER**
112-72 622458

| | | | |
|---|---|---|---|
| **CHILD—NAME** FIRST | MIDDLE | LAST | **DATE OF BIRTH** (MONTH, DAY, YEAR) HOUR |
| 1. ALEXANDER | AGUSTUS | HARRISON | 2b. MAY 19, 1972 2c.12:36 p. m. |

**CHILD**

| **SEX** 3. Male | **THIS BIRTH**—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) 4a. Single | **IF NOT SINGLE BIRTH**—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) 4b. | **PLACE OF BIRTH** 5a. | **COUNTY** Cook |
|---|---|---|---|---|
| **CITY, TOWN, TWP. OR ROAD DISTRICT NO.** 5b. Chicago | **INSIDE CITY** (YES/NO) 5c. Yes | **HOSPITAL—NAME** 5d. | **IF NOT IN HOSPITAL GIVE STREET AND NUMBER** 5e. WOODLAWN | |

**MOTHER**

| **MOTHER—MAIDEN NAME** FIRST 6a. Lillian | MIDDLE | LAST Weekly | **AGE** (AT TIME OF THIS BIRTH) 6b. 23 | **BIRTHPLACE** (STATE OR FOREIGN COUNTRY) 6c. Mississippi |
|---|---|---|---|---|
| **RESIDENCE STATE** 7a. Illinois | **COUNTY** 7b. Cook | **CITY, TOWN, TWP OR ROAD DISTRICT NO.** 7c. Chicago | **INSIDE CITY** (YES/NO) 7d. Yes | **STREET AND NUMBER** 7e. 4450 S. Woodlawn Avenue |
| **MOTHER'S COMPLETE MAILING ADDRESS** 7f. 4450 South Woodlawn Avenue | | **CITY OR TOWN** Chicago | **STATE** Illinois | **ZIP** 60653 |

**FATHER**

| **FATHER—NAME** FIRST 8a. Alexander | MIDDLE A. | LAST Harrison | **AGE** (AT TIME OF THIS BIRTH) 8b. 24 | **BIRTHPLACE** (STATE OR FOREIGN COUNTRY) 8c. Illinois |
|---|---|---|---|---|

**CERTIFIER**

| **INFORMANT'S SIGNATURE** 9a. X *Lillian Harrison* | | **RELATION TO CHILD** 9b. Mother |
|---|---|---|
| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE | **DATE SIGNED** (MONTH, DAY, YEAR) 10a. May 22, 1972 | **ATTENDANT**—M.D., D.O., MIDWIFE, OTHER 10b. M.D. |
| **SIGNATURE** 10c. *Dickson* | **ILLINOIS LICENSE NUMBER** 10d. 36-41302 | |
| **CERTIFIER'S COMPLETE MAILING ADDRESS** 10e. 5231 South Woodlawn Avenue | **STREET AND NUMBER OR R.F.D.** **CITY OR TOWN** Chicago | **STATE** Illinois **ZIP** 60615 |
| **LOCAL REGISTRAR'S SIGNATURE** 11a. *Harvey C. Brown* M.D. | **CHICAGO BOARD OF HEALTH** Chicago Civic Center, Room 105 Concourse Level, Chicago 60602 11b. | **DATE REC'D BY LOCAL REGISTRAR** (MONTH, DAY, YEAR) MAY 23 1972 |

VR 100—1096(M)   ILLINOIS DEPARTMENT OF PUBLIC HEALTH — BUREAU OF VITAL RECORDS   BASED ON 1968 U.S. STANDARD CERTIFICATE

*Accepted for Value*
*LEVY*
*For My Remedy Release The Proceeds, Products, Accounts, And Fixtures In The Order(s) to Me Immediately To Me In The Accordance With The Public Policy HJR-192, UCC 10-104 And UCC 1-104*
*EXEMPTION ID# 354649788*
*UCC Contract Trust Acct. # 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*
*Value $100,000,000.00 DATE: 05-21-2019*
*/s/ Ali Rashid Muhammad*

5926451

County of Cook
State of Illinois
**Office of County Clerk**
**Karen A. Yarbrough**
This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

KAREN A. YARBROUGH
COOK COUNTY CLERK

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Judgment Order        (Rev. * 01/08) CCCO 0038

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**FOR CHANGE OF NAME**

No.

ALEXANDER AGUSTUS HARRISON

2011CONC000254
CALENDAR/ROOM 10
TIME 00:00
Change of Name

### JUDGMENT ORDER

This cause having come to be heard upon the petition filed herein, with the Court being fully advised in the premises of the contents of the petition and attached affidavit. The Court being further advised that proper notice of the petition for a change of name was given in the following manner: (*Describe in detail the type of Notice given, i.e. publication, personal service, service by mail.*) ____PUBLICATION____

which the Court finds sufficient to satisfy the requirements of the statute.

That all of the material facts alleged in said petition are true; that the Petitioner(s) is/are a resident(s) of the State of Illinois and has resided therein continuously for a period of at least six months, or residents of the County of Cook at the time this petition was filed, that the conditions required by the Act of the General Assembly of the State of Illinois, entitled "Change of Name Act" have been complied with; that this Court has jurisdiction of the persons and of the subject matter hereof; ❑ (*check, if applicable*) that it is in the best interest of the child(ren) that a change of name be granted. Therefore:

**IT IS ORDERED;** That the Names of the Petitioner(s) are changed as follows:

A. Petitioner's Name from: ALEXANDER AGUSTUS HARRISON ... ALI RASHAD MUHAMMAD ;

B. Spouse's Name from: _____ ;

C. Child's Name from: _____ ;

D. Child's Name from: _____ to _____ ;

E. Child's Name from: _____ to _____ ;

F. Child's Name from: _____

ENTERED: MAY 2 6 2011

Dated: _____

Clerk of the Circuit Court
of Cook County, IL

ENTERED
Judge Maureen Ward Kirby—1974

MAY 2 6 2011

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK _____

Judge's No. _____

(*If space for additional names is needed, attach another order form and mark this form Page 1 of _____.*)

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

# EXHIBIT B1

FILED
9/6/2022 11:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
19366687

FILED DATE: 9/6/2022 12:34 PM  2019CH10665

FILED DATE: 10/8/2022 12:34 PM   2019CH10665

# AFFIDAVIT OF DISCHARGE

TO: JUDGE WILLIAM B SULLIVAN-2142

RE: BONDS (GSA) RECEIVED FOR CASE #2109CH10665   2019CH10665

This Affidavit of Discharge is being submitted and recorded pursuant to the government bonds you received on March 16, 2020 evidenced by return receipt signed on said date.

THESE FORMS ARE NOT SUBJECT TO THE DISCRETION OF THE COURT or other recipients. By your failure to reject the forms, or advise me of any defect you may have found in the forms, and provide me with your bond to support your position constitutes your acceptance for discharge of case #2019CH10665. Your failure to do so will be certified as fraud on your part, pursuant to U.S. v. Tweel 556 f. 2d 297

"Silence can only be equated with fraud when there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading. ... We cannot condone this shocking conduct. . . .If this is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately." U.S. v. Tweel, 550 f2d 297, 299-300

By failing to respond you have not acted in Good Behavior. A clear violation of YOUR RESPONSIBILITY. The time has lapsed for you to respond or acknowledge your receipt of these bonds and your good-faith intention to process the bonds and release the lien, or in the alternative, your affidavit and bond in support of your claim of defect in the bonds. By operation of law, your default comprises your agreement, consent and confession to all of the terms, statements and facts herein and herewith, and all inclusions and indorsements, front and back, annexed hereto. This default also constitutes your confession to holding all liability in the aforesaid matter, your stipulation that the above noted party has exhausted his administrative remedy, and your consent to all necessary collection procedures. As well, your default comprises your confession to securities fraud, tax fraud, breach of fiduciary duty and attempt of unjust foreclosure, and must now be certified and reported to the Governor and the Comptroller of the State of Illinois, the IRS and the United States Attorney in said area. This also constitutes your agreement to the arrest of your bond, and to the filing of criminal complaints and/or tort against you.

By your default you agree to accept and pay a co-claimant fee of Fifty Million Dollars ($50,000,000.00) for the privilege of being joined as a co-Claimant against legal fiction ALI R MUHAMMAD© pursuant to each attempt to impair the Claim or stultify the Claimant (me) or Debtor (the Trust).

Your default by acquiescence constitutes your agreement that all issues pertaining to this Contract are deemed settled and closed res judicata, stare decisis and collateral estoppel, and as a result, judgment by estoppel, and therein you confess to the criminal act of false imprisonment by failing to release the lien on ALI R MUHAMMAD©.

*I declare under the laws of the United States of America that the foregoing is true and correct. Executed on this* 5 *Day of* June 2020

By: Ali Rashad Muhammad
*As. Grantor Settlor of ALI R MUHAMMAD TRUST*

State of Illinois )
                 )ss.
County of Cook   )

## JURAT

Subscribed and sworn to (or affirmed) before me on this 5 day of June 2020, by Ali Rashad Muhammad proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature _____ (seal)

OFFICIAL SEAL
JOYCE E MUHAMMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/23

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William B Sullivan - 2192
50 West Washington St. Ste 2805
Chicago, IL. 60602

9590 9402 5700 9346 4860 86

Article Number (Transfer from service label)

7018 3090 0000 8233 6617

PS Form 3811, July 2015 PSN 7530-02-000-9053

2019CH10665   2019CH10665 PM   2019CH10665

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

# EXHIBIT B2

FILED
9/6/2022 11:13 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
19366726

FILED DATE: 9/6/2022 12:33 PM   2019CH10665

FILED DATE: 9/6/2022 12:38 PM 2019CH10665

US POSTAGE
$ 001.60

Joyce Muhammad
Po Box 179133
Chicago, IL 60619



DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY
50 W WASHINGTON ROOM 802
CHICAGO IL 60602

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

2019CH10665

# EXHIBIT C

FILED
9/6/2022 11:15 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60
19366788

# RECEIPT

## Supreme Court - Springfield

Supreme Court Building
200 East Capitol Avenue
Springfield, IL, 62701

**RECEIPT # S1801997**
RECEIPT DATE:
AUGUST 9, 2022

**PAID BY:** Ali Rashad Muhammad
8011 S. Michigan Ave.
Chicago, IL 60619

Clerk: jkaylor
Receipted: $4.50

| PAYMENT METHOD(S) | VOID | CHECK/MO NO. | AMOUNT |
|---|---|---|---|
| Money Order | | 28334000777 | $4.50 |

| DESCRIPTION | CASE NUMBER / SHORT TITLE | QTY | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| Copy Charges | | 18 | 0.25 | $4.50 |
| | | | TOTAL | $4.50 |

Copies of Economic Interest Statements for Judge William B. Sullivan

FILED
SUPREME COURT
CLERK

04/05/2020

## Statement Required of Members of the Judiciary of the State of Illinois

### STATEMENT OF

William B. Sullivan

(Please type/print your name)

**1. My current economic interests and the current economic interests of my immediate family** (spouse and minor children residing with me) **are as follows:**

(Here list current economic interests specified in numbered paragraph 1 of the instructions setting forth the date (within 30 days of the date of filing) as of which said interests are being reported.)

Personal Residence
Instrument of Indebtedness - Kennelly & Associates/John Kennelly
Bright Start College Savings Accounts - State of Illinois
Various Whole and Variable Life Insurance Policies - Northwestern Mutual Life Insurance Company
TIAA-CREFF - Retirement Account
Judges' Retirement System of Illinois
Byline Bank
State of Illinois Deferred Compensation Program
Oak Park School District 97 Deferred Compensation Program
Ethereum Cryptocurrency
Apple Inc. - Stock
Canopy Growth Corp F - Stock
Chubb Ltd F - Stock
Clorox Co - Stock
General Electric Co - Stock
Johnson & Johnson - Stock
Kushco Holdings Inc. - Stock
Medmen Enterprises Inc. F - Stock
Procter & Gamble - Stock
United Parcel Service - Stock

**2. My former economic interests and the former economic interests of my immediate family** (spouse and minor children residing with me) held during the year preceding the date of verification:

(Here list former economic interests specified in numbered paragraph 2 of the instructions.)

Hive Blockchain Tech F - Stock

Revised 01/04

3. Creditors to whom amounts in excess of $500 are owed as of the date of verification or were owed during the year preceding the date of verification by me or members of my immediate family (spouse and minor children residing with me), exclusive of revolving charge accounts with an outstanding liability equal to or less than $5,000, the amount of each such obligation outstanding as of the date of verification and the maximum amount of each such obligation during such preceding year within the categories set forth in numbered paragraph 3 of the instructions:

(Here list in accordance with numbered paragraph 3 of the instructions.)

Wells Fargo Home Mortgage - Greater than $250,000
Byline Bank - Greater than $100,000 but not more than $250,000
Northwestern Mutual Life Insurance Company - Greater than $5,000 but not more than $15,000

4. The name of any individual personally known by me to be licensed to practice law in Illinois who is a co-owner with me or members of my immediate family (spouse and minor children residing with me) of any of the economic interests disclosed in paragraphs 1 and 2, and the name of any person who has acted as a surety or guarantor of any of the obligations required to be disclosed in paragraph 3.

(Here list in accordance with numbered paragraph 4 of the instructions.)

n/a

Revised 01/04

3

5. My offices, directorships, and salaried employments and the offices, directorships and salaried employments of my immediate family (spouse and minor children residing with me) are as follows:

(Here list in accordance with numbered paragraph 5 of the instructions.)

Judge - Circuit Court of Cook County, Illinois

Spouse - Oak Park School District 97 - Interim Principal

6. Pending cases in which I or members of my immediate family (spouse and minor children residing with me) have an interest are as follows:

(Here list pending cases in which you or members of your immediate family are parties in interest, or an economic entity in which you or they have an interest is a party, in accordance with numbered paragraph 6 of the instructions.)

n/a

7. **My fiduciary positions, including executorships and directorships, and the fiduciary positions of the members of my immediate family** (my spouse and minor children residing with me) **are as follows:**

(Here list fiduciary positions in accordance with numbered paragraph 7 of the instructions.)

The Cheryl C. Sullivan Declaration of Trust - self directed living trust for benefit of spouse and spouse serving as trustee

The William B. Sullivan Declaration of Trust - self directed living trust for benefit of Judge and Judge serving as trustee

8. **The name of the donor of gifts received by me or members of my immediate family** (spouse and minor children residing with me) **during the year preceding the date of verification, are as follows:**

(Here list gifts in accordance with numbered paragraph 8 of the instructions.)

Oak Park Properties - Use of one parking space (ca. $30/month x 12 months) - $360

Revised 01/04

5

9. **My economic interests and relationships and those of my immediate family** (spouse and minor children residing with me), **other than those listed in numbered paragraphs 1 to 8 hereof, which could create conflicts of interest for me in my judicial capacity are as follows:**

(Here insert any economic interest or relationship which might or could create a substantial conflict of interest.)

n/a

## VERIFICATION

Pursuant to Supreme Court Rule 68, I declare that this Statement of Economic Interests, including any accompanying schedules and statements, as it relates to me and members of my immediate family, has been examined by me and to the best of my knowledge and belief is true, correct and complete.



*William B. Sullivan*

_____
Judge's Signature

04/05/2020
_____
Date

_____
Email Address

A receipt will be emailed to you by the Clerk of the Supreme Court indicating the date of the filing of your Declaration of Economic Interests Statement.

Revised 01/04

Statement Required of Members of the
Judiciary of the State of Illinois

**FILED**
**SUPREME COURT**
**CLERK**

04/13/2021

STATEMENT OF

William B. Sullivan
_____

(Please type/print your name)

**1. My current economic interests and the current economic interests of my immediate family**
(spouse and minor children residing with me) **are as follows:**

(Here list current economic interests specified in numbered paragraph 1 of the instructions setting forth the date
(within 30 days of the date of filing) as of which said interests are being reported.)

Personal Residence
Instrument of Indebtedness - Kennelly & Associates/John Kennelly
Bright Start College Savings Accounts - State of Illinois
Various Whole and Variable Life Insurance Policies - Northwestern Mutual Life Insurance Company
TIAA-CREFF - Retirement Account
Judges' Retirement System of Illinois
Byline Bank
State of Illinois Deferred Compensation Program
Oak Park School District 97 Deferred Compensation Program
Bitcoin Cryptocurrency
Apple Inc. - Stock
Johnson & Johnson - Stock
Facebook Inc. Class A - Stock
Procter & Gamble - Stock
TJX Companies, Inc. - Stock
Clorox Co. - Stock
SPDR S&P 500 Growth ETF Fund

**2. My former economic interests and the former economic interests of my immediate family** (spouse and minor children residing with me) **held during the year preceding the date of verification:**

(Here list former economic interests specified in numbered paragraph 2 of the instructions.)

Ethereum Cryptocurrency
Canopy Growth Corp F - Stock
Chubb Ltf F - Stock
General Electric Co - Stock
Kushco Holdings Inc. - Stock
Medmen Enterprises - Stock
United Parcel Service - Stock

Revised 01/04

3. **Creditors to whom amounts in excess of $500 are owed as of the date of verification or were owed during the year preceding the date of verification by me or members of my immediate family** (spouse and minor children residing with me), **exclusive of revolving charge accounts with an outstanding liability equal to or less than $5,000, the amount of each such obligation outstanding as of the date of verification and the maximum amount of each such obligation during such preceding year within the categories set forth in numbered paragraph 3 of the instructions:**

(Here list in accordance with numbered paragraph 3 of the instructions.)

Wells Fargo Home Mortgage - Greater than $250,000
Northwestern Mutual Life Insurance Company - Greater than $5,000 but not more than $15,000

4. **The name of any individual personally known by me to be licensed to practice law in Illinois who is a co-owner with me or members of my immediate family** (spouse and minor children residing with me) **of any of the economic interests disclosed in paragraphs 1 and 2, and the name of any person who has acted as a surety or guarantor of any of the obligations required to be disclosed in paragraph 3.**

(Here list in accordance with numbered paragraph 4 of the instructions.)

n/a

5. **My offices, directorships, and salaried employments and the offices, directorships and salaried employments of my immediate family** (spouse and minor children residing with me) **are as follows:**

(Here list in accordance with numbered paragraph 5 of the instructions.)

Judge - Circuit Court of Cook County, Illinois

Spouse - Oak Park School District 97 - Assistant Principal

6. **Pending cases in which I or members of my immediate family** (spouse and minor children residing with me) **have an interest are as follows:**

(Here list pending cases in which you or members of your immediate family are parties in interest, or an economic entity in which you or they have an interest is a party, in accordance with numbered paragraph 6 of the instructions.)

n/a

7. **My fiduciary positions, including executorships and directorships, and the fiduciary positions of the members of my immediate family** (my spouse and minor children residing with me) **are as follows:**

(Here list fiduciary positions in accordance with numbered paragraph 7 of the instructions.)

The Cheryl C. Sullivan Declaration of Trust - self directed living trust for benefit of spouse and spouse serving as trustee

The William B. Sullivan Declaration of Trust - self directed living trust for benefit of Judge and Judge serving as trustee

8. **The name of the donor of gifts received by me or members of my immediate family** (spouse and minor children residing with me) **during the year preceding the date of verification, are as follows:**

(Here list gifts in accordance with numbered paragraph 8 of the instructions.)

Oak Park Properties - Use of one parking space (ca. $30/month x 12 months) - $360

Revised 01/04

9. **My economic interests and relationships and those of my immediate family** (spouse and minor children residing with me), **other than those listed in numbered paragraphs 1 to 8 hereof, which could create conflicts of interest for me in my judicial capacity are as follows:**

(Here insert any economic interest or relationship which might or could create a substantial conflict of interest.)

n/a

## VERIFICATION

Pursuant to Supreme Court Rule 68, I declare that this Statement of Economic Interests, including any accompanying schedules and statements, as it relates to me and members of my immediate family, has been examined by me and to the best of my knowledge and belief is true, correct and complete.



*William B. Sullivan*
_____
Judge's Signature

04/13/2021
_____
Date

█████████████████████████
Email Address

A receipt will be emailed to you by the Clerk of the Supreme Court indicating the date of the filing of your Declaration of Economic Interests Statement.

Statement Required of Members of the
Judiciary of the State of Illinois

FILED
SUPREME COURT
CLERK

03/16/2022

STATEMENT OF

William B. Sullivan

(Please type/print your name)

**1. My current economic interests and the current economic interests of my immediate family** (spouse and minor children residing with me) **are as follows:**

(Here list current economic interests specified in numbered paragraph 1 of the instructions setting forth the date (within 30 days of the date of filing) as of which said interests are being reported.)

Personal Residence
Bright Start College Savings Accounts - State of Illinois
Various Whole and Variable Life Insurance Policies - Northwestern Mutual Life Insurance Company
TIAA-CREFF - Retirement Account
Judges' Retirement System of Illinois
Byline Bank
State of Illinois Deferred Compensation Program
Oak Park School District 97 Deferred Compensation Program
Bitcoin Cryptocurrency
Apple Inc. - Stock
Clorox Co. - Stock
Johnson & Johnson - Stock
Facebook/Meta Platforms Inc. Class
Procter & Gamble
TJX Companies
Grayscale Bitcoin TR BTC
SPDR S & P 500 Growth ETF Fund

1

FILED DATE: 19/6/2022 12:36 PM 2019CH10665

**2. My former economic interests and the former economic interests of my immediate family**
(spouse and minor children residing with me) **held during the year preceding the date of verification:**

(Here list former economic interests specified in numbered paragraph 2 of the instructions.)

Instrument of Indebtedness - Kennelly & Associates/John Kennelly

FILED DATE: 9/6/2022 12:36 PM 2019CH10665

3. **Creditors to whom amounts in excess of $500 are owed as of the date of verification or were owed during the year preceding the date of verification by me or members of my immediate family** (spouse and minor children residing with me), **exclusive of revolving charge accounts with an outstanding liability equal to or less than $5,000, the amount of each such obligation outstanding as of the date of verification and the maximum amount of each such obligation during such preceding year within the categories set forth in numbered paragraph 3 of the instructions:**

(Here list in accordance with numbered paragraph 3 of the instructions.)

Wells Fargo Home Mortgage - Greater than $250,000
Northwestern Mutual Life Insurance Company - Greater than $5,000 but not more than $15,000

4. **The name of any individual personally known by me to be licensed to practice law in Illinois who is a co-owner with me or members of my immediate family** (spouse and minor children residing with me) **of any of the economic interests disclosed in paragraphs 1 and 2, and the name of any person who has acted as a surety or guarantor of any of the obligations required to be disclosed in paragraph 3.**

(Here list in accordance with numbered paragraph 4 of the instructions.)

Revised 01/04

3

5. **My offices, directorships, and salaried employments and the offices, directorships and salaried employments of my immediate family** (spouse and minor children residing with me) are as **follows:**

(Here list in accordance with numbered paragraph 5 of the instructions.)

Judge - Circuit Court of Cook County, Illinois

Spouse - Oak Park School District 97 - Interim Principal

6. **Pending cases in which I or members of my immediate family** (spouse and minor children residing with me) **have an interest are as follows:**

(Here list pending cases in which you or members of your immediate family are parties in interest, or an economic entity in which you or they have an interest is a party, in accordance with numbered paragraph 6 of the instructions.)

n/a

Revised 01/04

4

FILED DATE: 9/6/2022 12:38 PM    2019CH10665

7. **My fiduciary positions, including executorships and directorships, and the fiduciary positions of the members of my immediate family** (my spouse and minor children residing with me) **are as follows:**

(Here list fiduciary positions in accordance with numbered paragraph 7 of the instructions.)

The Cheryl C. Sullivan Declaration of Trust - self directed living trust for benefit of spouse and spouse serving as trustee

The William B. Sullivan Declaration of Trust - self directed living trust for benefit of Judge and Judge serving as trustee.

8. **The name of the donor of gifts received by me or members of my immediate family** (spouse and minor children residing with me) **during the year preceding the date of verification, are as follows:**

(Here list gifts in accordance with numbered paragraph 8 of the instructions.)

Oak Park Properties - use of one parking space (ca. $30/month x 12 months) - $360

FILED DATE: 9/6/2022 12:36 PM  2019CH10665

9. My economic interests and relationships and those of my immediate family (spouse and minor children residing with me), other than those listed in numbered paragraphs 1 to 8 hereof, which could create conflicts of interest for me in my judicial capacity are as follows:

(Here insert any economic interest or relationship which might or could create a substantial conflict of interest.)

n/a

## VERIFICATION

Pursuant to Supreme Court Rule 68, I declare that this Statement of Economic Interests, including any accompanying schedules and statements, as it relates to me and members of my immediate family, has been examined by me and to the best of my knowledge and belief is true, correct and complete.



*William B. Sullivan*
_____
Judge's Signature

03/16/2022
_____
Date

██████████████████████
_____
Email Address

A receipt will be emailed to you by the Clerk of the Supreme Court indicating the date of the filing of your Declaration of Economic Interests Statement.

Revised 01/04

6

Hearing Date: 11/17/2022 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 60

20202159

Calendar Number 60

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

FILED
11/7/2022 12:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH10665
Calendar, 60

Caliber Home Loans, Inc
PLAINTIFF

Vs.

Ali R. Muhammad; United States of America; Unknown
Owners and Nonrecord Claimants
DEFENDANTS

No. 2019CH10665

8011 S Michigan Ave
Chicago, IL 60619

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's Motion for the entry of an Order Approving the Report of sale and Distribution, Confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT FORTY-THREE (EXCEPT THE SOUTH SIXTEEN AND TWO THIRDS FEET THEREOF) AND ALL OF LOT FORTY-FOUR IN WOLFF'S SUBDIVISION OF BLOCK NINE IN WEBSTER'S SUBDIVISION OF THE NORTHWEST QUARTER OF SECTION THIRTY-FOUR, TOWNSHIP THIRTY-EIGHT NORTH, RANGE FOURTEEN, EAST OF THE THIRD PRINCIPAL MERIDIAN.

Commonly known as: 8011 S Michigan Ave, Chicago, IL 60619

Property Index Number: 20-34-108-005-0000

Due notice of sale motions having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) have been properly given;

That the sale was fairly and properly made;

That The Judicial Sales Corporation, hereinafter sales officer, has in every respect proceeded in accordance with the terms of this Court's Judgment and;

That the real property described herein, which is the subject matter of the instant proceedings, is a Single Family Home;

That the real property described herein was last inspected by movant, its insurers, investors, or agents, on 06/27/2022;

**EXHIBIT**
**G**

FILED DATE: 11/7/2022 12:34 PM   2019CH10665

That the holder of the Certificate of Sale or the person to whom the deed will be issued can be contacted through, C/O SPOC Department 3701 Regent Blvd
Irving, TX 75063
REO@CaliberHomeLoans.com, (800) 401-6587

That justice was done.

**IT IS THEREFORE ORDERED:**

1. The sale of the premises involved herein and the Report of Sale and Distribution filed by the Sales Officer are hereby approved, ratified and confirmed;

2. That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution.

3. That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

4. That there shall be an IN REM deficiency Judgment entered in the sum of $82,537.18 with interest thereon by statute provided, against the subject property;

5. That any Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

   735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the holder of the certificate of sale and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver a deed sufficient to convey title to the holder of the certificate of sale pursuant to the findings of this Court as set forth above;

**IT IS FURTHER ORDERED:**

That the deed to be issued hereunder is a transaction subject to the Real Property Transfer Tax laws of the State of Illinois, 35 ILCS 200/31-1, *et seq*. Nothing in this Order Approving Sale shall be deemed to have an effect on the transfer exemption provisions set forth in county and local municipality transfer tax laws

That the successful bidder, any insurers, investors, and agents of the Plaintiff, are entitled to and shall have possession of the subject property as of a date 30 days (          ) after entry of this order against Ali R. Muhammad; United States of America, without further Order of the Court, as provided in 735 ILCS 5/15-1701, unless prohibited by law;

That the Sheriff of Cook County is directed to evict and dispossess:

Ali R. Muhammad at the subject property commonly known as:

8011 S Michigan Ave
Chicago, IL 60619

2

ATTORNEY GENERAL OF THE STATE OF NEW YORK
CONSUMER FRAUDS AND PROTECTION BUREAU

In the Matter of

Investigation by LETITIA JAMES,
Attorney General of the State of New York, of

Caliber Home Loans, Inc.,

                Respondent.

Assurance No. 20-046

## ASSURANCE OF DISCONTINUANCE

       The Office of the Attorney General of the State of New York ("OAG") commenced an

investigation into Caliber Home Loans, Inc.'s ("Caliber" or "Respondent") residential mortgage

servicing pursuant to N.Y. Executive Law § 63(12) and N.Y. General Business Law § 349. This

Assurance of Discontinuance ("Assurance" or "AOD") contains the findings of the OAG's

investigation and the relief agreed to by the OAG and Respondent (collectively, the "Parties").

### OAG's FINDINGS

*Background and Relevant Parties*

       1.     Caliber is a mortgage loan originator and servicer headquartered in Coppell,

Texas.

       2.     As part of its business, Caliber services home mortgage loans owned by the

related entities that collectively constitute and/or are affiliated with the private equity firm

known as Lone Star Funds ("LSF"). In addition, Caliber services loans owned, guaranteed,

insured, payable to, or administered on behalf of, various federal agencies and authorities,

including the Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan

Mortgage Corporation ("Freddie Mac"), Government National Mortgage Association, the

Federal Housing Authority, United States Department of Agriculture, United States Department of Veterans Affairs (collectively, "GSE/Government Investor Loans").

3.     Some of the loans that Caliber services on behalf of LSF are Non-Performing Loans ("NPLs"), usually purchased from private financial institutions or the federal government after the borrower has defaulted on monthly mortgage payments, and in which the loan is seriously delinquent.

*Caliber's Proprietary Loan Modifications*

4.     One of Caliber's responsibilities, when servicing NPLs, is to determine whether borrowers are eligible for loss mitigation (including loan modifications) as an alternative to foreclosure.

5.     When Caliber services NPLs, it follows a loss mitigation "Authority Matrix." This Authority Matrix lists the various modification programs that the loan owner offers for each loan in its portfolio, and requires Caliber to follow a proprietary sequence of modification options (known as a modification "waterfall") when setting the terms of loan modifications.

6.     Caliber, pursuant to this Authority Matrix, has offered a variety of modifications, including temporary loan modifications whose monthly payments increase after a period of two-to-five years.

7.     Certain of Caliber's temporary loan modifications are hereinafter referred to as "Short-Term Modifications." The Short-Term Modification decreases the borrower's interest rate for a temporary period (which was typically two years prior to approximately April 2013 and five years since then). The loan remains fully-amortizing during the temporary modification period (i.e., the borrowers' monthly payments reduce the principal balance of the loan during that period), but when that term expires, the interest rate generally reverts to the higher pre-

8/1/23, 2:36 PM WP50 Oklahoma County Assessor Real Account Detail

 

You can follow us on **facebook**

https://www.facebook.com/okcountyassessor **Click here**

**Larry Stein** Oklahoma County Assessor (405) 713-1200 - **Public Access System**

| Home | Contact Us | Guest Book | Map Search | New Search |
|------|-----------|------------|------------|-----------|

Real Property Display - Screen Produced  8/1/2023 2:23:41 PM

| Account: R141361095 | Type: Residential |  bing | Location: | 3305 N MALONEY ST |
|---|---|---|---|---|
| Building Name/Occupant: | | | Map Parcel | OKLAHOMA CITY |
| Owner Name 1: | LSF10 MASTER PARTICIPATION TRUST | | 1/4 section #: | 2480 |
| Owner Name 2: | C/O CALIBER HOME LOANS | | Parent Acct: | |
| Owner Name 3: | | | Tax District: | TXD 252 |
| Billing Address: | 13801 WIRELESS WAY | | School System: | Mid-Del #52 |
| City, State, Zip | OKLAHOMA CITY , OK  73134-2500 | | Land Size: | 0.42 Acres |
| Country: *(If noted)* | | | | |

| Personal Property | Land Value: 6,291 | **Treasurer:** | Click to View Taxes |
|---|---|---|---|
| Sect 20-T12N-R2W Qtr NW | ROCK MANOR ESTATES  Block 002  Lot 002 | Subdivision Sales | |

**Full Legal Description:** ROCK MANOR ESTATES 002 002

| Photo & Sketch (if available) | Comp Sales Address/Date/Price **(ordered by relevancy)** | | **Report Coming Soon** |
|---|---|---|---|
| | 3201 N MALONEY ST OKLAHOMA CITY, OK | 12/27/2022 | $205,000 |
| | 3401 N MARILYN DR OKLAHOMA CITY, OK | 03/11/2022 | $260,000 |
| | 3216 N MALONEY DR OKLAHOMA CITY, OK | 10/13/2022 | $172,500 |
| | 4409 NE 31ST ST OKLAHOMA CITY, OK | 12/02/2021 | $210,000 |
| | 3512 N MALONEY ST OKLAHOMA CITY, OK | 01/21/2020 | $165,000 |
| | 3201 N MALONEY ST OKLAHOMA CITY, OK | 05/08/2020 | $160,000 |

Value History **(*The County Treasurer 405-713-1300 posts & collects actual tax amounts.  Contact information HERE)**

| Year | Market Value | Taxable Mkt Value | Gross Assessed | Exemption | Net Assessed | Millage | Est. Tax | Tax Savings |
|------|-------------|-------------------|----------------|-----------|--------------|---------|----------|-------------|
| 2023 | 238,000 | 170,382 | 18,741 | 0 | 18,741 | 122.11 | $2,289 | $908 |
| 2022 | 200,500 | 162,269 | 17,848 | 0 | 17,848 | 122.11 | $2,180 | $514 |
| 2021 | 167,000 | 154,542 | 16,999 | 0 | 16,999 | 124.74 | $2,121 | $171 |
| 2020 | 152,000 | 147,183 | 16,190 | 0 | 16,190 | 128.23 | $2,076 | $68 |
| 2019 | 143,500 | 140,175 | 15,419 | 0 | 15,419 | 124.82 | $1,925 | $46 |

| -- | -- | > | >| | [1/5] |
|---|---|---|---|---|

Property Account Status/Adjustments/Exemptions

| Account # | Grant Year | Exemption Description | Amount |
|-----------|-----------|----------------------|--------|
| R141361095 | 2020 | 5% Capped Account | 0 |

Property Deed Transaction History  (Recorded in the County Clerk's Office)

| Date | | Type | Book | Page | Price | Grantor | Grantee |
|------|---|------|------|------|-------|---------|---------|
| 2/19/2019 | > | Hmstd Off & | 13953 | 1033 | 0 | RICHARDSON LINDA B REV LIVING TRUST | LSF10 MASTER PARTICIPATION TRUST |
| 9/4/2018 | > | Hmstd Off & | 13831 | 894 | 0 | RICHARDSON LINDA B REV LIVING TRUST | LSF10 MASTER PARTICIPATION TRUST |
| 4/19/2007 | > | Deeds | 10471 | 761 | 0 | RICHARDSON WALTER C | RICHARDSON LINDA B |
| 4/19/2007 | > | Deeds | 10471 | 769 | 0 | RICHARDSON LINDA B | RICHARDSON LINDA B REV LIVING TRUST |
| 9/1/1977 | > | Historical | 4399 | 365 | 0 | | RICHARDSON WALTER C & LINDA G |

Last Mailed Notice of Value (N.O.V.) Information/History

| Year | Date | Market Value | Taxable Market Value | Gross Assessed | Exemption | Net Assessed |
|------|------|-------------|---------------------|----------------|-----------|--------------|
| 2023 | 02/14/2023 | 238,000 | 170,382 | 18,741 | 0 | 18,741 |
| 2022 | 03/15/2022 | 200,500 | 162,269 | 17,848 | 0 | 17,848 |
| 2021 | 03/19/2021 | 167,000 | 154,542 | 16,999 | 0 | 16,999 |
| 2020 | 03/10/2020 | 152,000 | 147,183 | 16,190 | 0 | 16,190 |

| Last Mailed Notice of Value (N.O.V.) Information/History | | | | | | |
|---|---|---|---|---|---|---|
| **Year** | **Date** | **Market Value** | **Taxable Market Value** | **Gross Assessed** | **Exemption** | **Net Assessed** |
| 2019 | 04/02/2019 | 143,500 | 140,175 | 15,419 | 0 | 15,419 |

| -- | -- | > | >| | [1/3] |

| Property Building Permit History | | | | | | |
|---|---|---|---|---|---|---|
| **Issued** | **Permit #** | **Provided by** | **Bldg #** | **Description** | **Est Construction Cost** | **Status** |
| 5/20/1997 | 10234292 | OKLAHOMA CITY | 1 | Burn - Trip | 3,500 | Inactive |

| Click button on building number to access detailed information: | | | | | | |
|---|---|---|---|---|---|---|
| | **Bldg #** | **Vacant/Improved Land** | | **Bldg Description** | **Year Built** | **SqFt** | **# Stories** |
| Click | 1 | Improved | | Ranch 1 Story | 1980 | 2,046 | 1 Stories |