MEK

ILND 44 (Rev. 09/07/18)

# CIVIL COVER SHEET

1:23-cv-05060
Judge Mary M. Rowland
Magistrate Judge Young B. Kim
Random assignment

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

**I. (a) PLAINTIFFS**
LOAN STAR FUNDS6 EUROPE FINANCIAL HOLDINGS
C/O CALIBER HOME LOANS, INC.

**DEFENDANTS**
™ALI RASHAD MUHAMMAD©

**(b)** County of Residence of First Listed Plaintiff _____
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant  Cook County
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*
McCalla Raymer Liebert Pierce, LLC
1 N DEARBORN St. Suite 1200
Chicago, ILL. 60602
Phone: 312-346-9088

Attorneys *(if known)*
Muhammad, Ali Rashad
Attorney in fact

**FILED**
AUG 02 2023 Ka
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** *(Check one box, only.)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government not a party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate citizenship of parties in Item III.)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
*(Check one box, only for plaintiff and one box for defendant.)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Check one box, only.)*

| CONTRACT | TORTS | | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 510 Motions to Vacate Sentence | [ ] 710 Fair Labor Standards Act | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 530 General | 530 General | [ ] 720 Labor/Management Relations | [ ] 376 Qui Tam (31 USC 3729 (a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 535 Death Penalty **Habeas Corpus:** | [ ] 740 Railway Labor Act | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 540 Mandamus & Other | [ ] 751 Family and Medical Leave Act | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 550 Civil Rights | [ ] 790 Other Labor Litigation | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 555 Prison Condition | [ ] 791 Employee Retirement Income Security Act | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 560 Civil Detainee – Conditions of Confinement | | [ ] 460 Deportation |
| [ ] 153 Recovery of Veteran's Benefits | [ ] 350 Motor Vehicle | | | | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | | **PROPERTY RIGHTS** | [ ] 480 Consumer Credit |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 370 Other Fraud | | [x] 820 Copyrights | [ ] 485 Telephone Consumer Protection Act (TCPA) |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 371 Truth in Lending | | [ ] 830 Patent | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 380 Other Personal Property Damage | | [ ] 835 Patent – Abbreviated New Drug Application | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 385 Property Damage Product Liability | | [x] 840 Trademark | [ ] 890 Other Statutory Actions |
| | | | | | [ ] 891 Agricultural Acts |
| | | | | | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | [ ] 422 Appeal 28 USC 158 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 861 HIA (1395ff) | [x] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 423 Withdrawal 28 USC 157 | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | | | [ ] 863 DIWC/DIWW (405(g)) | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | **IMMIGRATION** | | [ ] 864 SSID Title XVI | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 462 Naturalization Application | | [ ] 865 RSI (405(g)) | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | **FEDERAL TAXES** | |
| | [ ] 448 Education | [ ] 465 Other Immigration Actions | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | [ ] 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** *(Check one box, only.)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 8 Multidistrict Litigation Direct File

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.) 28 USC 1446 and 9 USC 205
The Convention and Recognition of Foreign Arbitral Awards

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:**
- [ ] Check if this is a class action Under rule 23, F.R.CV.P.
- Demand $ _____
- Check Yes only if demanded in complaint.
- Jury Demand: [ ] Yes [x] No

**IX. RELATED CASE(S) IF ANY** *(See instructions)*
Judge _____ Case Number _____

**X. Is this a previously dismissed or remanded case?** [ ] Yes [x] No  If yes, Case # _____ Name of Judge _____

Date: 8/2/2023

Signature of attorney of record: Muhammad, Ali Rashad
Without Prejudice UCC 1-308