MEK

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District of Illinois
## Appearance Form for Pro Se Litigants

**FILED**

AUG 02 2023 KG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). Please PRINT legibly

**Case Title:** LOAN STAR FUNDS c/o CALIBER HOME LOANS, INC. v. ™ALI RASHAD MUHAMMAD©

1:23-cv-05060
Judge Mary M. Rowland
Magistrate Judge Young B. Kim
Random assignment

An appearance is hereby filed by the undersigned as a pro se litigant.

**Name:** ™ALI RASHAD MUHAMMAD©

**Street Address:** c/o 8011 S. Michigan Avenue

**City/State/Zip:** Chicago, Illinois Republic [60619]

**Phone Number:** 708-539-9201

Without Prejudice UCC 1-308

**Signature:** Muhammad, Ali Rashad

**Executed on (date):** August 1, 2023

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**E-Mail Address (Please PRINT legibly):** Alirashad.muhammad@gmail.com

Rev. 06/23/2016