Judge Mary M. Rowland
Magistrate Judge Young B. Kim
Random assignment

**FILED**

AUG 02 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOAN STAR FUNDS** ) | |
| **Real Party In Interest** ) | |
| **plaintiff,** ) | |
| ) | CASE NO. 20231709638 |
| v. ) | NOTICE OF MOTION |
| ) | MOTION TO COMPEL ARBITRATION |
| **™ALI RASHAD MUHAMMAD©** ) | MOTION TO CONFIRM AWARD |
| **defendant.** ) | |

## CLAIM

1. Comes now libellant ™Ali Rashad Muhammad©, hereinafter "libellant" to state this claim of demand for arbitration due to an existing contract/security agreement between said parties which became binding on the Fourteenth Day of the Twelfth Month in the Year of Our Lord Two Thousand Twenty-One. The cause of the security agreement which the plaintiff agreed and consented to granting the secured party ("libellant") a security interest in all of User's property in the event of the unauthorized use, counterfeiting of Secured Party's common-law copyrighted property under the section of the contract called "Self-executing Contract/Security Agreement in Event of Unauthorized Use:".

We then, after such unauthorized use, sent out a cease-and-desist letter to the plaintiff informing it of the violation by plaintiff through its attorney Michael P. McGivney, filed a petition for declaratory judgment in the state court without our express written consent and acknowledgement in writing. This petition was filed as if we had personally electronically filed it in the docket of such court when nothing could have been further from the truth. After receipt of such cease-and-desist letter, Loan Star Funds in care of Caliber Home Loans and Michael P. McGivney, proceeded with a Motion to strike the petition and for sanctions on September 21, 2021, whereby the court granted such petition for sanctions. This was a willful violation of the common-law copyright of libellant.

The libellant, by way of a notary as a third-party witness, completed a private administrative process, whereby the plaintiff/libellee defaulted by not responding to any of the correspondence we sent by way of notary. The notary issued a certificate of non-response on December 14, 2021. See attached exhibits.

**Page One of Three**

2. By such default and certificate of non-response all of User's/libellee's property and interest in property became property of secured party libellant. The judgment is a contract between the parties. The judgment is also a lien on any and all of the debtor's property until the obligation is satisfied. Therefore, the subject matter of the state court proceeding relates to the judgment thus rendered and created a lien in the subject matter or property in question on the date of such judgment.

3. That judgment under the full faith and credit clause of the Constitution for the United States of America became a registered judgment in the state court by the filing of the administrative process in the state court. The judgment is entitled to full faith and credit in Illinois. See Employers' Liability Assurance Corp. Ltd., v. Coronet Insurance Company, 106 Ill. App.2d 24, 35 (1969). If the court after hearing has refused to set the registration aside, the registered judgment shall become a final judgment of the court in which it is registered, binding personally upon the defendant. See Employers' Liability Assurance Corp. Ltd., v. Coronet Insurance Company, 106 Ill. App.2d 24, 35 (1969). The judgment in the cause before us was registered by the filing of the petition. See Employers' Liability Assurance Corp. Ltd., v. Coronet Insurance Company, 106 Ill. App.2d 24, 35 (1969).

4. The office of the notary public, however, extends well into common law history. Black's Law Dictionary 1161 (9th ed. 2009), quoting J. Proffatt, The Office and Duties of Notaries Public § 1, at 1 (2d ed. 1892) ("A notary public is an officer long known to the civil law"). Under the Act and common law, the notary public "serves as a public witness of facts transacted by private parties." See Richard P. VANCURA v. Peter KATRIS et al., Supreme Court of Illinois, 939 N.E.2d 328, 345 (2010).

5. We chose the notary public to arbitrate our claim against the libellee and the libellee failed to respond to any of the correspondence. Now, by way of another law firm and attorney, libellee attempts to ignore the award granted by such arbitrator and claim a right of possession of the property now claimed and in the possession of the libellant. For which we bring this motion to confirm arbitral award under the Convention since Loan Star Funds the Real Party in Interest is a Foreign Trust. Or in the alternative motion to compel arbitration.

6. In addition, executions or judgments may be set off against one another under Illinois law. Wherein, Illinois law reads: "judgments between the same parties may be set off against each other, so that the larger judgment is reduced by the amount of the lesser judgment; the balance due on the larger judgment then is enforceable in the same manner as if there had been no set-off. "Moreover, the court's ordering of the set-off, derives from the court's inherent and statutory authority over enforcement of its judgments. (Matson v. Oberne (1887), 25 Ill. App. 213, 216; See 49 C.J.S. Judgments sec. 566(b) (1947).) From Adam Martin Const. Co. v. The Brandon Partnership, 135 Ill. App.3d 324, 327 (1985).

7. The amounts awarded to each of the parties by the arbitrator were not disturbed and were therefore confirmed; the set-off, applying these same amounts, was "in conformity" with the order confirming the award. No substantive rights of the parties were affected by this procedure. (See Wilcox Co. v. Bouramas (1979), 73 Ill. App.3d 1046, 1050, 392 N.E.2d 198.) In consideration hereof, in the alternative to the above demanded, we demand our right to an equitable set-off.

8. Since equity regards that be done which ought be done, we consider this demand, just and equitable and so as to avoid circuity of actions and to preserve judicial economy. Also as U.S. Representative Mike Kelly recently said, "all should receive equal justice under the law as well as a just and a fair trial."

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day of August 20 23.

By: _Muhammad, Ali Rashad_
sui juris In Propria Persona
Without Prejudice U.C.C. 1-308

### JURAT

State of Illinois }
}ss.
County of Cook }

Subscribed and sworn to or affirmed before me on this 1 day of AUGUST, 20 23 by Ali Rashad Muhammad, proved to be on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Joyce E. Muhammad_ (seal)
Notary Public for the State of Illinois

OFFICIAL SEAL
JOYCE E MUHAMMAD
Notary Public, State of Illinois
Commission No. 898254
My Commission Expires
July 18, 2027

**Page Three of Three**